IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05-11067 PBS**

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUGATTI, INC.,<br><br>Defendant. | Case No. |

## MOTION TO APPOINT SPECIAL PROCESS SERVER

Pursuant to Fed. R. Civ. P. 4(c)(2), the Plaintiffs move the Court to allow the appointment of Dewsnap & Associates, LLC, J.W. McCormack Station, P.O. Box 4538, Boston, MA 02101, and the constables employed thereby, qualified persons over the age of 18, and not parties to this action, as special process servers authorized to serve all process in this action upon The Bugatti, Inc.

Respectfully submitted,

VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.,

By their attorneys,

_/s/ David A. Brown_
David A. Brown (BBO# 556161)
Margaret H. Paget (BBO# 567679)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone: 617.646.2000
Facsimile: 617-646-2222

Of Counsel:

Susan B. Flohr
Michael D. White
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone: (202) 772-5800
Facsimile: (202) 772-5858

Dated: May 23, 2005

00067553.DOC /