AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

VOLKSWAGEN AG, VOLKSWAGEN OF
AMERICA, INC, BUGATTI INTERNATIONAL SA

V.

THE BUGATTI, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05C 11067 PBS

TO: (Name and address of Defendant)

THE BUGATTI, INC.
100 CONDOR STREET
EAST BOSTON, MASSACHUSETTS 02128

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID A. BROWN
SHERIN AND LODGEN LLP
101 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            MAY 23 2005

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  MAY 23, 2005 |
| NAME OF SERVER (PRINT)  Scott J. ChioFiLo | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "IN-Hand" upon Larry Tyrrell, Supervisor, The Bugatti, INC, 100 Condor Street, East Boston, MA. (& Person in charge of business) @ 3:40 pm.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $35.00 | TOTAL  $0.00  35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MAY 23, 2005        *Scott J. Chiofilo*
                    Date                  Signature of Server

Scott J. Chiofilo
92 State Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.