IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC., and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | Case No. 05 11067 PBS |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, The Bugatti, Inc., moves for an extension of time to respond to Plaintiffs' Complaint to and including July 13, 2005. In support of its motion, Defendant states as follows:

1. Defendant was served with Plaintiffs' complaint on May 24, 2005, and its responsive pleadings is due June 13, 2005.

2. Defendant has not yet retained counsel to represent it in this matter. The undersigned attorneys are representing Defendant as Opposer in an Opposition proceeding currently pending before the Trademark Trial and Appeal Board against Plaintiff, Bugatti International, S.A. Defendant seeks the Court's indulgence in allowing counsel to present this motion.

3. Defendant is a small company operated by Mr. Terry Scheller and requires additional time to retain counsel and prepare a responsive pleading.

4. Defendant's undersigned attorney has spoken with Mr. Michael D. White of Blank Rome LLP, primary counsel for Plaintiffs, and Mr. David A. Brown of Sherin and Lodgen

LLP, local counsel for Plaintiffs. Plaintiffs' counsel have no objection to Defendant's motion, and have no objection to Defendant presenting its motion through counsel who is not of record in this matter.

WHEREFORE, Defendant, the Bugatti, Inc., respectfully requests that its time for responding to Plaintiff's Complaint be extended to July 13, 2005.

Respectfully submitted,

THE BUGATTI, INC.

By: _____
John J. Arado
WILDMAN, HARROLD, ALLEN & DIXON
225 W. Wacker Drive, 28th Floor
Chicago, IL 60606
Ph: (312)201-2000
Fax: (312)201-2555

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

VOLKSWAGEN AG, VOLKSWAGEN OF )
AMERICA, INC., and BUGATTI )
INTERNATIONAL, S.A., )
)
)
            Plaintiffs, )
v. )   Case No. 05 11067 PBS
)
THE BUGATTI, INC., )
)
)
           Defendant. )

## CERTIFICATE OF SERVICE

    The undersigned attorney affirms that he caused the attached Motion for Extension of Time to Respond to Plaintiffs' Complaint to be served upon the following attorneys:

Susan B. Flohr             and         David A. Brown
Michael D. White                        Margaret H. Paget
BLANK ROME LLP                    SHERIN AND LODGEN LLP
600 New Hampshire Avenue, NW      101 Federal Street
Washington, DC 20037                 Boston, Massachusetts 02110

by overnight mail on the 10th day of June, 2005.

Respectfully submitted,

THE BUGATTI, INC.

By: _____
John J. Arado
WILDMAN, HARROLD, ALLEN & DIXON
225 W. Wacker Drive, 28th Floor
Chicago, IL 60606
Ph:  (312)201-2000
Fax: (312)201-2555