UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC., and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | CIVIL ACTION <br> No. 05-11067-PBS |

MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
(ASSENTED-TO)

    Defendant, The Bugatti, Inc. moves that the period for filing its response to the Plaintiffs' complaint in accordance with the Fed. R. Civ. P. 12(a)(1)(A) be extended from July 13, 2005 to July 27, 2005. Defendant was served with the complaint on May 23, 2005. The time for Defendant to respond to the complaint was extended from May 24, 2005 to July 13, 2005 as Defendant had not obtained counsel.

    Defendant now has retained the undersigned counsel to represent it in this matter. The additional time sought in this motion will provide Defendant's counsel adequate time to review the allegations in the complaint and permit the Defendant to respond accordingly.

    The Plaintiffs do not oppose the present motion and extension.

LITDOCS/608287.1

WHEREFORE, Defendant, The Bugatti, Inc., respectfully requests that the time for responding to Plaintiff's complaint be extended to July 27, 2005.

Respectfully submitted,

**THE BUGATTI, INC.**

*By its attorneys,*

 /s/ David M. Magee                              .
Victor H. Polk, Jr., BBO #546099
David M. Magee, BBO #652399
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Dated: July 12, 2005