UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>THE BUGATTI, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-11067 PBS<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned, Victor H. Polk, Jr., hereby notices his appearance as counsel to the defendant The Bugatti, Inc.

**THE BUGATTI, INC.**

/s/ Victor H. Polk, Jr.

Victor H. Polk, Jr., BBO #546099
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Dated: August 1, 2005

LITDOCS/610406.1