UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

| | |
|---|---|
| VOLKSWAGEN AG, <br> VOLKSWAGEN OF AMERICA, INC. <br> and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATION OF LOCAL RULE 7.1 CONFERENCE**

In accordance with Local Rule 7.1, I, Margaret H. Paget, counsel for the plaintiffs, affirm that on August 25, 2005, I conferred with defendant's counsel concerning the plaintiffs' Motion for Admission Pro Hac Vice, and defendant's counsel has assented to the Motion.

_____
Margaret H. Paget

August 25, 2005

00080563.DOC /