UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

VOLKSWAGEN AG, )
VOLKSWAGEN OF AMERICA, INC. )
and BUGATTI INTERNATIONAL, S.A., )
)
Plaintiffs, )
)
v. )
)
THE BUGATTI, INC., )
)
Defendant. )

## AFFIDAVIT OF MICHAEL D. WHITE IN SUPPORT OF HIS MOTION FOR ADMISSION PRO HAC VICE

I, Michael D. White, hereby depose and state as follows:

1. I am an attorney with the law firm of Blank Rome LLP located at 600 New Hampshire Avenue, NW, Washington, DC 20037.

2. I am a member in good standing of the bars of the District of Columbia (admitted in 1982), the State of California (admitted 1983, inactive status), the Commonwealth of Virginia (admitted 1982) and the United States Patent and Trademark Office (admitted 1987).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the pains and penalties of perjury this 25th day of August, 2005.

*[signature]*
Michael D. White, Esq.