UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

| | |
|---|---|
| VOLKSWAGEN AG,<br>VOLKSWAGEN OF AMERICA, INC.<br>and BUGATTI INTERNATIONAL, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUGATTI, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF LOCAL RULE 7.1 CONFERENCE**

In accordance with Local Rule 7.1, I, Margaret H. Paget, counsel for the plaintiffs, affirm that on August 25, 2005, I conferred with defendant's counsel concerning the plaintiffs' Motion for Admission Pro Hac Vice, and defendant's counsel has assented to the Motion.

*/s/ Margaret H. Paget*
Margaret H. Paget

August 25, 2005

00080563.DOC /