UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, plaintiffs Volkswagen AG ("VWAG"), Volkswagen of America, Inc. ("VWoA") and Bugatti International, S.A. ("Bugatti International") certify that:

1. VWoA and Bugatti International are wholly-owned subsidiaries of VWAG; and

2. No parent corporation or public entity owns 10% or more of VWAG's stock.

VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. AND BUGATTI INTERNATIONAL, S.A.

By their attorneys,

_/s/ David A. Brown_
David A. Brown, BBO #: 556161
Margaret H. Paget, BBO #: 567679
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 646-2000

00081989.DOC /

Of Counsel:

Susan B. Flohr
Michael D. White
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone:    (202) 772-5800
Facsimile:    (202) 772-5858

Date: September 9, 2005

- 2 -

00081989.DOC /