UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

| | |
|---|---|
| VOLKSWAGEN AG,<br>VOLKSWAGEN OF AMERICA, INC.<br>and BUGATTI INTERNATIONAL, S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BUGATTI, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF BUGATTI INTERNATIONAL'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Bugatti International, S.A. ("Bugatti International"), by its authorized representative and undersigned counsel, hereby certifies that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

BUGATTI INTERNATIONAL, S.A.,

By its authorized representative:

_____
Klaus le Vrang

Dated: _Sept. 8, 2005_

By its attorneys,

_____
**SHERIN AND LODGEN LLP**
David A. Brown, BBO #: 556161
Margaret H. Paget, BBO #: 567679
101 Federal Street
Boston, MA 02110
Telephone: (617) 646-2000

Of Counsel:

**BLANK ROME LLP**
Susan B. Flohr
Michael D. White
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone:     (202) 772-5800
Facsimile:     (202) 772-5858

- 2 -