UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11067-PBS

| | |
|---|---|
| VOLKSWAGEN AG, <br> VOLKSWAGEN OF AMERICA, INC. <br> and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF VOLKSWAGEN OF AMERICA'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Volkswagen of America, Inc. ("VWoA"), by its authorized representative and undersigned counsel, hereby certifies that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

VOLKSWAGEN OF AMERICA, INC.,

By its authorized representative:

_____
Joseph S. Folz

Dated: September 8, 2005

By its attorneys,

*/s/ David A. Brown*
**SHERIN AND LODGEN LLP**
David A. Brown, BBO #: 556161
Margaret H. Paget, BBO #: 567679
101 Federal Street
Boston, MA 02110
Telephone: (617) 646-2000

Of Counsel:

**BLANK ROME LLP**
Susan B. Flohr
Michael D. White
600 New Hampshire Avenue, NW
Washington, DC 20037
Telephone:    (202) 772-5800
Facsimile:    (202) 772-5858