UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>THE BUGATTI, INC.<br><br>                    Defendant. | CIVIL ACTION<br>NO. 05-11067 PBS |

## The Bugatti, Inc.'s Local Rule 16.1(D)(3) Certificate

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated September 9, 2005

| | |
|---|---|
| Regal Fabrics, Inc. | Regal Fabrics, Inc. |
| By: | By its attorneys, |
| /s/ Terry Scheller      .<br>Its: President | /s/ David M. Magee      .<br>Victor H. Polk, Jr., BBO #546099<br>David M. Magee, BBO #652399<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>Tel: (617) 951-8000<br>Fax: (617) 951-8736 |

LITDOCS/614622.1

CERTIFICATE OF SERVICE

The undersigned hereby affirms that he electronically filed the foregoing paper with the Clerk of the Court using the ECF system and caused copies to be served upon the following attorneys of record:

| | |
|---|---|
| Susan B. Flohr | David A Brown |
| Michael D. White | Margaret H. Paget |
| BLANK ROME LLP | SHERIN AND LODGEN LLP |
| 600 New Hampshire Avenue, NW | 101 Federal Street |
| Washington, DC 20037 | Boston, Massachusetts 02110 |

by United State Postal Service on the 9th day of Septmber 2005.

Respectfully submitted,

**THE BUGATTI, INC.**

*By its attorneys,*

 /s/ David M. Magee            .
David M. Magee, BBO #652399
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736