UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Volkswagen AG, et al
Plaintiff,
      V.                                    Civil Action Number
                                                05-11067-PBS

The Bugatti, Inc.
Defendant.                                    September 12, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/31/06

Party with burden expert designation deadline: 5/1/06

Rebuttal expert designation deadline: 6/1/06

Reply Report deadline: 6/15/06

Depositions: 7/31/06

Summary Judgment Motion filing deadline: 9/15/06

Opposition to Summary Judgment Motions: 10/16/06

Reply: 10/30/06

Hearing on Summary Judgment or Pretrial Conference: 12/13/06 at 2:00 p.m.

                                                                   By the Court,

                                                                   /s/ Robert C. Alba
                                                                   Deputy Clerk