**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VOLKSWAGON AG, VOLKSWAGON OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>          Plaintiffs,<br><br>   v.<br><br>THE BUGATTI, INC.<br><br>          Defendant. | Civil Action No.  05-11067-PBS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance as counsel for Defendant The Bugatti, Inc. regarding the above-referenced matter.

Respectfully submitted,

/s/  H. Joseph Hameline

H. Joseph Hameline, BBO #218710
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
Telephone: 617-542-6000
Facsimile: 617-542-2241
Dated:  October 20, 2005        hhameline@mintz.com

LIT 1546668v.1