IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGON AG, VOLKSWAGON OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>                Plaintiffs,<br><br>  v.<br><br>THE BUGATTI, INC.<br><br>                Defendant. | Civil Action No.  05-11067-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Defendant The Bugatti, Inc. regarding the above-referenced matter.

                                        Respectfully submitted,

                                        /s/ Geri L. Haight_____

                                        Geri L. Haight (# 638185)
                                        Mintz, Levin, Cohn, Ferris,
                                          Glovsky & Popeo, P.C.
                                        One Financial Center
                                        Boston, Massachusetts  02111
                                        Telephone: 617-542-6000
                                        Facsimile: 617-542-2241

Dated:  October 20, 2005                                glhaight@mintz.com

LIT 1546658v.1