IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGON AG, VOLKSWAGON OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>      Plaintiffs,<br><br>  v.<br><br>THE BUGATTI, INC.<br><br>      Defendant. | Civil Action No.  05-11067-PBS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

  Kindly enter my appearance as counsel for Defendant The Bugatti, Inc. regarding the above-referenced matter.

                Respectfully submitted,

                /s/ Philip J. Catanzano

                Philip J. Catanzano, BBO # 654873
                MINTZ, LEVIN, COHN, FERRIS,
                 GLOVSKY & POPEO, P.C.
                One Financial Center
                Boston, Massachusetts  02111
                Telephone: 617-542-6000
                Facsimile: 617-542-2241
Dated:  October 20, 2005        pcatanzano@mintz.com

LIT 1546663v.1