UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>Plaintiffs,<br><br>v.<br><br>THE BUGATTI, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO.  05-11067 PBS |

## WITHDRAWAL OF APPEARANCE OF VICTOR H. POLK, JR. AS COUNSEL FOR DEFENDANT THE BUGATTI INC.

Please withdraw the appearance of Victor H. Polk, Jr, and the firm of Bingham McCutchen LLP as counsel for defendant The Bugatti, Inc. ("Bugatti").  Upon information and belief, the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C. has entered an appearance as successor counsel for Bugatti.

The requirements of Local Rule 83.5.2 are satisfied in that there are no motions pending before the court; no trial date has been set; and no hearings or conferences are scheduled, and no reports, written or oral, are due.

Dated:     Boston, Massachusetts
           October 21, 2005

                                        **THE BUGATTI, INC.,**

                                        By its attorneys,


                                        /s/ Victor H. Polk, Jr.                            .
                                        Victor H. Polk, Jr., BBO #546099
                                        **BINGHAM McCUTCHEN LLP**
                                        150 Federal Street
                                        Boston, Massachusetts 02110
                                        Tel: (617) 951-8000

                                        *Attorneys for Plaintiff*
                                        *The Bugatti, Inc.*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby affirms that the foregoing paper was electronically filed the with

the Clerk of the Court using the ECF system and that he personally caused copies to be served

upon the following attorneys of record:

Susan B. Flohr                          David A Brown
Michael D. White                        Margaret H. Paget
BLANK ROME LLP                          SHERIN AND LODGEN LLP
600 New Hampshire Avenue, NW            101 Federal Street
Washington, DC 20037                    Boston, Massachusetts 02110

H. Joseph Hameline
Geri  L. Haight
Philip Catanzano
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO P.C.
One Financial Center
 Boston, Massachusetts  02111

by email and United State Postal Service on the 21st day of October 2005.

Respectfully submitted,

**THE BUGATTI, INC.**

*By its attorneys,*

 /s/ David M. Magee                    .
David M. Magee, BBO #652399
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736