UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VOLKSWAGEN AG, <br> VOLKSWAGEN OF AMERICA, INC. <br> and BUGATTI INTERNATIONAL, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUGATTI, INC., <br><br> Defendant. | Civil Action No. 05-11067-PBS |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Margaret H. Paget, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Lisa Savitt, Esq. to appear in this action as counsel for the Plaintiffs.

The Court should allow this motion for the reasons set forth below and in the accompanying affidavit:

1.  Lisa Savitt is a member of the law firm of Blank Rome LLP located at 600 New Hampshire Avenue, NW, Washington, DC 20037. She represents the plaintiffs, Volkswagen AG, Volkswagen of America, Inc. and Bugatti International, S.A. and is intimately familiar with the facts giving rise to the plaintiffs' claims in this lawsuit.

2.  Lisa Savitt is a member in good standing of the bars of the State of New York (admitted in 1982), of the State of Pennsylvania (admitted in 1984), and of the District of Columbia (admitted in 1993).

3.  There are no disciplinary proceedings pending against Lisa Savitt as a member of

116333.00124/90061489v.1

the bar in any jurisdiction.

    4.    Lisa Savitt is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Volkswagen AG, Volkswagen of America, Inc. and Bugatti International, S.A., respectfully request that this Motion for Admission Pro Hac Vice be ALLOWED.

> Respectfully submitted,
>
> VOLKSWAGEN AG, VOLKSWAGEN OF
> AMERICA, INC. and BUGATTI
> INTERNATIONAL, S.A.,
>
> By their attorneys,
>
> /s/ Margaret Paget
> _____
> David A. Brown (BBO# 556161)
> Margaret H. Paget (BBO# 567679)
> Sherin and Lodgen LLP
> 101 Federal Street
> Boston, Massachusetts 02110
> Telephone: 617.646.2000

Dated: February 8, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Margaret H. Paget, affirm that on February 8, 2006, I conferred with counsel for the defendant concerning this motion for admission pro hac vice and received the defendant's assent to it.

/s/ Margaret Paget
_____
Margaret H. Paget

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/8/06.

/s/ Margaret Paget

116333.00124/90061489v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, )<br>VOLKSWAGEN OF AMERICA, INC. )<br>and BUGATTI INTERNATIONAL, S.A., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>THE BUGATTI, INC., )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-11067-PBS |

## **AFFIDAVIT OF LISA SAVITT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Lisa Savitt, hereby depose and state as follows:

1. I am an attorney with the law firm of Blank Rome LLP located at 600 New Hampshire Avenue, NW, Washington, DC 20037.

2. I am a member in good standing of the bars of the State of New York (admitted in 1982), the State of Pennsylvania (admitted in 1984), and the District of Columbia (admitted in 1993).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of February, 2006.

                                                                                */s/ Lisa J. Savitt*
                                                                                Lisa J. Savitt, Esq.