UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THE BUGATTI, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No.  05-11067-PBS |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendant The Bugatti, Inc. respectfully requests that it be heard with regard to its Motion To Compel Responses To Outstanding Discovery Requests From Plaintiffs Volkswagen A.G. And Bugatti International S.A., dated February 23, 2006, prior to the close of discovery which is set, pursuant to this Court's Scheduling Order, for March 31, 2006.

                                        Respectfully submitted,

                                        **THE BUGATTI, INC.,**

                                        By its attorneys,


                                        _____
                                        H. Joseph Hameline (BBO #218710)
                                        Geri L. Haight (BBO #638185)
                                        Philip J. Catanzano (BBO #654873)
                                        Darci J. Bailey (*pro hac vice*)
                                        MINTZ, LEVIN, COHN, FERRIS,
                                          GLOVSKY & POPEO, P.C.
                                        One Financial Center
                                        Boston, Massachusetts  02111
                                        (617) 542-6000

Dated: February 24, 2006

LIT 1562398v.1