UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THE BUGATTI, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No.  05-11067-PBS |

### REQUEST FOR ORAL ARGUMENT

    Pursuant to Local Rule 7.1(D), Defendant The Bugatti, Inc. respectfully requests that it be heard with regard to its Motion To Compel Responses To Outstanding Discovery Requests From Plaintiffs Volkswagen A.G. And Bugatti International S.A., dated February 23, 2006, prior to the close of discovery which is set, pursuant to this Court's Scheduling Order, for March 31, 2006.

                                                                                       Respectfully submitted,

                                                                                      **THE BUGATTI, INC.,**

                                                                                      By its attorneys,

                                                                                      /s/ Geri L. Haight
                                                                                      H. Joseph Hameline (BBO #218710)
                                                                                      Geri L. Haight (BBO #638185)
                                                                                      Philip J. Catanzano (BBO #654873)
                                                                                      Darci J. Bailey (*pro hac vice*)
                                                                                      MINTZ, LEVIN, COHN, FERRIS,
                                                                                        GLOVSKY & POPEO, P.C.
                                                                                     One Financial Center
                                                                                      Boston, Massachusetts  02111
                                                                                      (617) 542-6000

Dated: February 24, 2006

## Certificate of Service

  I hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be served upon Margaret H. Paget, Esq., SHERIN AND LODGEN LLP, 101 Federal Street, Boston, Massachusetts 02110, by complying with this Court's Administrative Procedures for Electronic Case Filing

Dated:  February 24, 2006

                /s/ Geri L. Haight
                Geri L. Haight