# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THE BUGATTI, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No.  05-11067-PBS |

## DEFENDANT THE BUGATTI, INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE

Defendant and Counterclaim Plaintiff The Bugatti, Inc. hereby assents to and joins in Plaintiffs and Counterclaim Defendants Volkswagen AG, Volkswagen of America, Inc. and Bugatti International, S.A.'s Request for a Case Management Conference to Facilitate Settlement.

Respectfully submitted,

**THE BUGATTI, INC.,**

By its attorneys,

Dated: March 1, 2006

/s/ Geri L. Haight_____
H. Joseph Hameline, BBO # 218710
Geri L. Haight, BBO #  638185
Philip J. Catanzano, BBO # 654873
Darci J. Bailey (*pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
  AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

### Certificate of Service

I hereby certify that on this day, I caused a true and accurate copy of the foregoing document to be served upon Margaret H. Paget, Esq., SHERIN AND LODGEN LLP, 101 Federal Street, Boston, Massachusetts 02110, by complying with this Court's Administrative Procedures for Electronic Case Filing.

Dated: March 1, 2006          /s/ Geri L. Haight_____
                              Geri L. Haight

LIT 1562973v.1