UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VOLKSWAGEN AG, | ) | |
| VOLKSWAGEN OF AMERICA, INC., | ) | |
| and BUGATTI INTERNATIONAL, S.A., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CASE NO. 05-11067 PBS |
| V. | ) | |
| | ) | |
| THE BUGATTI, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**<u>CERTIFICATION</u>**

Pursuant to F.R.C.P. rule 26(b), Local Rule 37.1, the non-party witness, Arbella Protection Insurance Co. asserts that counsel has conferred with plaintiffs' counsel on March 2, 2006 to attempt to avoid or resolve this discovery dispute and to narrow the issue.

ARBELLA PROTECTION INSURANCE CO.
By its attorney,

DATED: 3/3/06

/s/Lewis C. Eisenberg
Lewis C. Eisenberg, Esq. / BBO #152140
COSGROVE, EISENBERG and KILEY, PC
803 Hancock Street - P.O. Box 189
Quincy, MA 02170
(617) 479-7770

## CERTIFICATE OF SERVICE

I, Lewis C. Eisenberg, Esq., as attorney for Arbella Protection Insurance Co., hereby certify that on this date a copy of the within Certification was served on the below attorneys, by hand delivery:

Margaret H. Paget, Esq.
Sherin & Lodgen
101 Federal Street
Boston, MA  02110

Geri L. Haight, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA  02111

and by facsimile and first class mail to:

Michael D. White, Esq.
Blank Rome, LLP
Watergate
600 New Hampshire Ave., NW
Washington, DC 20037

/s/Lewis C. Eisenberg
LEWIS C. EISENBERG, ESQ.

DATED: 3/3/06