**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

VOLKSWAGEN AG, VOLKSWAGEN OF
AMERICA, INC. and BUGATTI
INTERNATIONAL, S.A.

      Plaintiffs and Counterclaim Defendants,

      v.

THE BUGATTI, INC.

      Defendant and Counterclaim Plaintiff.

**Civil Action No. 05-11067-PBS**

**MEMORANDUM IN OPPOSITION TO THE BUGATTI, INC.'S
MOTION TO COMPEL RESPONSES TO OUTSTANDING
DISCOVERY REQUESTS FROM PLAINTIFFS**

## I.     INTRODUCTION

This memorandum is filed on behalf of Plaintiffs Volkswagen AG, Volkswagen of

America, Inc. and Bugatti International, S.A. (collectively "Plaintiffs") in opposition to the

Defendant The Bugatti, Inc.'s ("Defendant") pending motion to compel. Defendant seeks the

following three categories of information:

    (1)    all documents and information concerning Plaintiffs' purported U.S.
customers, including names, addresses, telephone numbers, and the date
and location of past or future deliveries of any products upon which BISA-
BUGATTI Trademarks are affixed;

    (2)    all documents and information concerning the consideration involved in
the alleged 1998 acquisition and subsequent licensure of and agreements
concerning the BUGATTI-BISA Trademarks;

    (3)    all documents and information concerning investigations or due diligence
concerning the strengths and/or weaknesses of the BUGATTI-BISA
Trademarks performed by Plaintiffs in connection with their alleged 1998

acquisition and subsequent licensure of and agreements concerning those trademarks.

The purported relevance of this information is Plaintiffs' use of the asserted BISA-BUGATTI trademarks and the relative strength and value of those marks. For the reasons stated below, Defendant's motion should be denied in its entirety.

The disclosure of the identities of the customers is not relevant to any claim or defense in this case. Whether a vehicle has been sold or transported in commerce is information which can be gleaned from Bugatti International. The specific customers are not parties to this litigation and the disclosure of their identities will only serve to assist in their harassment by Defendant. The consideration paid for the BISA-BUGATTI trademarks, while itself dispositive that the marks are famous, should not be compelled because Plaintiffs have already produced a mountain of evidence of the fame of the marks, rendering the consideration paid (as well as royalties under licenses) cumulative. Finally, production of due diligence and sales negotiation documents was not refused and such documents have already been produced.

## II.     FACTUAL BACKGROUND

### A.     Plaintiffs' Use of the Famous BISA-BUGATTI Trademarks

The BUGATTI automotive brand is legendary, not merely famous, and the Volkswagen Group is the acknowledged owner of that brand, including the history of the brand:

> Fact or fiction? *The latest legend to bear the Bugatti name* could finally be with us after a very long development period . . .

> It shouldn't really be featured in this book-after all, the Bugatti Veyron has been on the verge of hitting the road for what seems like years. Hounded by delays and slips in production, it's become something of a running joke in the auto industry that it will never actually see the light of day.

The trouble is that the industry also happens to be head over heels in love with the Veyron, and who can blame them?  First of all, ***the Veyron is the latest creation from a brand that has fans all over the world***-Bugatti was created back at the beginning of the 20th century by Ettore Bugatti; its limos and sports cars from the 1920s and 1930s are now the stuff of motoring legend.  And so is the company's history.

Death in the Bugatti family, a failed revival; and a rebirth followed by a humiliating bankruptcy when the world sank into recession in the 1990s-reading Bugatti's history, you could be forgiven for thinking that the company is cursed.  Even in the hands of Volkswagen, the development of the latest car to bear the Bugatti name-the Veyron-was at one point halted.  But now VW has the car back on track with delivery of the first Veyron to one lucky (and rich) customer at the end of 2005.

● ● ●

***If the word supercar ever seemed too underwhelming to describe something as monumental as the Bugatti Veyron, then hypercar would probably do it justice.***  But only just, mind you.

Adam Phillips, <u>Supercars, Driving the Dream</u>, (2006) Ex. 1, BI 107470 (emphasis added).

Plaintiffs have produced to Defendant numerous automotive magazine articles concerning the Bugatti Veyron, individually and collectively establishing the fame of the Bugatti Veyron.  *See* Exs. 2-6.  In addition, Plaintiffs have also produced materials concerning the EB 110 which was introduced into the United States in the early 1990's by Bugatti International's licensee.  *See* Exs. 7-9.  In its motion, Defendant has conveniently ignored all of these materials.

As Defendant has admitted in its memorandum, a number of partners have been established in the United States to identify potential Veyron customers.  Among these is O'Gara Coach Company, which on its website and in advertisement uses the Red Oval Logo bearing  the word EB BUGATTI, which also serves as the badge on the front grille of the Veyron.  *See* Exs. 10-11.

3

The Bugatti Veyron has been transported in commerce in the United States.  A vehicle has been available for inspection/viewing in Florida, as well as test drives by potential customers.  Defendant's counsel was informed of this fact and afforded multiple opportunities to view the vehicle, but has not availed herself of the opportunity.  *See* Exs. 12-14.

In any event, the availability of the Veyron for test drives in Miami was reported in a front page article in the *Miami Herald* on February 28, 2006.  *See* Ex. 15.

Thus, the fame of the Bugatti Veyron is well-established and well-documented and a vehicle badged with the Red Oval Logo bearing the word EB BUGATTI has been transported in commerce and openly and publicly used by potential customers, thereby establishing use in commerce under 15 U.S.C. § 1127.[1]

In addition to the automotive magazine reports concerning the Bugatti Veryron, the December 2005 *Robb Report* (Ex. 16) featured the Bugatti Veyron on its cover as one of the 21 ultimate gifts.  The article is entitled "Bugatti Rides Again" with the subtitle "Welcome the Veyron with this gift that lauds the genius of the Bugatti Family."  In the ultimate form of mail order the *Robb Report* states:

> *After seven years of design, development, testing, redesign, and retesting, the fastest, most powerful, and most expensive production car ever assembled is officially available for purchase.*

Gregory Anderson, *Bugatti Rides Again, Robb Report*, Dec. 2005, at 140, Ex. 16, BI 100114.

> When *Le Patron*, Ettore Bugatti, began building his cars in Molsheim nearly a century ago, Alsace was German territory.  Not until 1918 did the region become part of France.  Some 80 years later, Alsace still belongs to France, but *Bugatti is*

---

[1] Although the BISA-BUGATTI trademarks were famous long before 1972, for the purposes of this litigation, the critical date is in the late 1990s, not 1972 as Defendant asserts.

4

> ***back in German hands, with Volkswagen having acquired the rights to the
> brand name and invested an estimated $400 million in reviving the marque. It
> expects to produce 30 to 40 Veyrons per year, and at least one Robb Report
> reader can be among the first to own one.***

*Id.* at BI 100116 (emphasis added).

Thus, the Bugatti Veyron has been offered for sale to the readership of the *Robb Report*, a

magazine sold in the United States. In addition, the magazine reported that ***Volkswagen had***

***invested $400 million in reviving the marque***. This evidence had been produced to Defendant

well prior to the filing of its motion to compel but was conveniently ignored.

Not only has the automotive press acknowledged the Volkswagen Group as the successor

to the glorious Bugatti history, in the January 2006 issue of *Road & Track*, the automotive press

also ascribes continuity between the Bugatti EB 110 of Bugatti International's prior licensee and

the Bugatti Veyron:

> In summing up the Bugatti Veyron, had I not driven it, I would have great
> difficulty in deciding just what it stands for and where it fits in.

● ● ●

> ***Where it absolutely succeeds is as a massive technical achievement -- a
> statement for VW AG. And it will be guaranteed a place in automotive history
> because of the performance figures.***
>
> On paper, ***its nearest relative by specification is its brother, the Bugatti EB 110 -***
> -multi-cylinder turbo engine, hybrid construction, awd and impractical on the
> road. It is much nearer the SLR for totally accessible performance for almost
> everyone, thanks to the electronics--but without the ergonomics and luggage
> space. I have a lot of admiration for the perseverance of Bugatti president, Dr.
> Thomas Bscher, and his technical team for delivering the vehicle program and
> creating a unique piece of automotive history.

Gordon Murray, *Anatomy of a Supercar, Road & Track*, Jan. 2006, Ex. 5, BI 102997.

In addition to the recognition by the automotive press that VWAG is the successor to the company established by Ettore Bugatti, Plaintiffs have produced chain of title documents to Defendant which establish the lineage back to the original company.

**B.      Defendant's Use of a Red Oval Design Bearing the Word BUGATTI**

After VWAG purchased the rights to the BISA-BUGATTI Trademarks and began promoting the Veyron in the United States (*See* Ex. 17) and years after Bugatti International's licensee introduced the Bugatti EB 110 into the United States, Defendant began using a Red Oval Design bearing the word BUGATTI on its websites and in its catalogs. *See* Ex. 18-20. Defendant's Red Oval Design is virtually identical to the badge which has been used on the grille of Bugatti automobiles, including the EB 110 and the Bugatti Veyron. *See* Ex. 1 (BI 107467, BI 107471), Ex. 2 (BI 100000), Ex. 3 (BI 102976), Ex. 4 (BI 100007), Ex. 5 (BI 102995), Ex. 6 (BI 100023), Ex. 8 (BI 107462). In an effort to represent to the public a (nonexistent) relationship with the Bugatti Veyron, Defendant has included on its <www.bugatti.com> website an image of the Veyron and a link to websites concerning the Veyron. *See* Ex. 19-20.[2]

Defendant's false association with Bugatti International and the Bugatti Veyron cannot be legitimately challenged by Defendant. Thus, in order to challenge the causes of action which have arisen, Defendant is forced to challenge the entitlement to fame of the BISA-BUGATTI trademarks by challenging "use."

In addition to using the Red Oval Design, Defendant has used the famous marks of other companies on its websites and in its catalogs. In particular, as recited in ¶¶36 and 51 of the

---

[2] It should be noted that Plaintiffs have successfully coexisted with other users of "Bugatti" marks. It is only when actions have been taken by others such as Defendant which result in confusion or dilution that Plaintiffs have been forced to take action against them.

116333.00124/35716715v.1

Complaint, Defendant has instructed its distributors to copy images from its

<<www.atalante.com> website:

> This site is provided compliments of your Bugatti® Atalante™ Leather
> Accessories distributor, who can arrange to have these leather accessories
> personalized for you.

> Distributors are encouraged to copy and paste pictures and descriptions from this
> web site. To save a copy of picture to your own hard disk just click and hold
> down your mouse button on the picture you'd like to use and choose save, name it
> with a name you can remember or write down, and save it to a folder where you
> will be sure to find it -- or to your desktop.

> As of April 15, 2005, on the <<www.atalante.com> website, Defendant was
> providing the following instructions:

> This site is provided compliments of your Atalante™ Leather Accessories
> distributor, who can arrange to have these leather accessories personalized for
> you.

> Distributors are encouraged to use pictures and descriptions from this web site.


As a result, Plaintiffs have sought discovery of the names of Defendant's Distributors,

*not* customers, who may be following the instructions. Plaintiffs have specifically indicated that

they were *not* interested in issuing subpoenas to Defendant's customers:

> In response to your letter of January 27, 2006, regarding our position with
> respect to the disclosure of our client's customers, let us be clear that we do not
> intend to subpoena "every single customer" listed by your client in response to
> our discovery requests and numerous follow up letters. We only intend to
> subpoena *distributors*, despite the fact that you continue to avoid telling us which
> of such customers are *distributors*. We have taken pains to make it clear that we
> have no interest in subpoenaing your client's consumer customers.
> Notwithstanding our good faith effort to avoid having to do so, your associate Mr.
> Catanzano, has steadfastly and mysteriously taken the position that neither he, nor
> your client, understand what the term "distributor" means, despite the fact that
> your client has used this very same term on its own website and in its own
> correspondence.

7

*See* Ex. 21, January 30, 2006 letter from S. Flohr to G. Haight.  Defendant's assertion in n. 9, p.

9 of Defendant's Memorandum "of Plaintiffs' repeated threats to subpoena every single

customer" is a blatant and deliberate mischaracterization of the record in order to justify

Defendant's efforts to harass Plaintiffs' customers.

## III.    ARGUMENT

Federal Rule of Civil Procedure 26 expressly establishes limitations on discovery which

may be taken.  Rule 26(b)(1) recites that "[a]ll discovery is subject to the limitations imposed by

Rule 26(b)(2)(i), (ii), and (iii)."  Rule 26(b)(2) states in pertinent part:

> The frequency or extent of use of the discovery methods otherwise permitted
> under these rules and by any local rule shall be limited by the court if it
> determines that:  (1) the discovery sought is unreasonably cumulative or
> duplicative, or is obtainable from some other source that is more convenient, less
> burdensome, or less expensive; (ii) the party seeking discovery has had ample
> opportunity by discovery in the action to obtain the information sought; or (iii) the
> burden or expense of the proposed discovery outweighs its likely benefit, taking
> into account the needs of the case, the amount in controversy, the parties'
> resources, the importance of the issues at stake in the litigation, and the
> importance of the proposed discovery in resolving the issues.  The court may act
> upon its own initiative after reasonable notice or pursuant to a motion under Rule
> 26(c).

Rule 26( c) expressly sets forth that the Court "may make any order which justice requires to

protect a party or person from annoyance, embarrassment, oppression, or undue burden or

expense, including one or more of the following:

> (1)    that the disclosure or discovery not be had;

> • • •

> (4)    that certain matters not be inquired into, or that the scope of the
>        disclosure or discovery be limited to certain matters;

> • • •

(7)    that a trade secret or other confidential research, development, or
commercial information not be revealed or be revealed only in
a designated way . . . .

Thus, notwithstanding that a protective order has been entered in this case, limitations as

to discovery of highly sensitive information or closely guarded secrets are expressly

contemplated by Rule 26.

There is ample authority supporting denial of a motion to compel disclosure of customer

lists. *See Foxworthy v. Sun Art Designs, Inc.*, No. 96-3372, 1997 U.S. Dist. LEXIS 6411 (Mar.

4, 1997) (holding that customer lists need not be produced because Plaintiff's counsel expressed

an intent to contact the customers, and that opposing counsel should not be permitted to contact

customers in an intellectual property action.); *Volkswagen Aktiengesellschaft v. Westburg*, 260 F.

Supp. 636 (E.D. Pa 1966) (granting a protective order prohibiting plaintiff's counsel from

initiating, directly or indirectly, any contact or communication with defendant's customers);

*Murata Mfg Co., Ltd. v. Bel Fuse Inc.*, No. 03 C 2934, 2004 U.S. Dist. LEXIS 9771 (May 26,

2004) (In ruling on a motion to compel names of customers, stating that "The heart of the

controversy is that [plaintiff] does not simply want the names of [defendant's] customers,

[plaintiff] wants to contact those customers and depose them for this litigation." The court

determined that defendant's concern about the effect interrogating and subpoenaing its customers

could have on its sales outweighed plaintiff's interest in contacting defendant's customers to

obtain evidence to respond to defendant's obviousness defense.); *Administration of the Estate of*

*Tupac Shakur v. Thug Life Clothing, Co.*, Cancellation No. 28,968, 2001 TTAB LEXIS 158

(Feb. 28, 2001) (denying portion of respondent's request seeking customer lists because

"customer lists are not discoverable"); *Sunkist Growers, Inc. v. Benjamin Ansehl Co.*, 229

9

U.S.P.Q. 147 (1985) (stating that "It is well settled that customer lists are confidential

information and generally specifying the types of businesses involved is sufficient . . . The

Board fails to see that whatever need opposer may have for such names . . . outweighs the

possible harm, such as harassment of its customers, which might result to applicant."); *Kegan v.*

*Lane*, Opp. No. 102,966, 1997 TTAB LEXIS 492 (Dec. 1, 1997) (denying portion of opposer's

motion seeking customer names because "the names of a party's customers constitute

confidential information and are generally not discoverable even under a protective order") (This

decision was reconsidered and upheld by the Board in *Kegan v. Lane*, Opp. No. 102,966, 1998

TTAB LEXIS 276 (April 15, 1998)); *Cool-Ray, Inc. v. Eye Care, Inc.*, 183 U.S.P.Q. 618 (TTAB

1974) (stating "the names of applicant's customers are indeed confidential information and the

Board fails to see that whatever need opposer may have for such names outweighs the possible

harm, such as harassment of its customers, which might result to applicant from the disclosure of

such names").

Similarly, protection from disclosure of closely guarded secrets such as the consideration

paid for the BISA-BUGATTI Trademarks and license royalties is likewise contemplated by the

express language of Rule 26.

**A.     Bugatti International Should Not Be Compelled to
         Produce Its Customer List**

The entire predicate of Defendant's asserted entitlement to the customer lists is to

challenge Plaintiffs' use of the BISA-BUGATTI Trademarks in commerce.  Defendant does not

make any serious argument that the marks are not "famous," only that the marks have not been

used.  Under the Lanham Act, use in commerce can be shown by transportation in commerce:

10

The term "use in commerce" means the bona fide use of a mark in the <u>ordinary course of trade, and not made merely to reserve a right in a mark.  For purposes of this chapter, a mark shall be deemed to be in use in commerce</u> --

    (1)    on goods when --

        (A)    it is placed in any manner on the goods or their containers or the displays associated therewith or on the tags or labels affixed thereto, or if the nature of the goods makes such placement impracticable, then on documents associated with the goods or their sale, and

        (B)    <u>the goods are sold or transported in commerce</u>, and

    (2)    on services when it is used or displayed in the sale or advertising of services and the services are rendered in commerce, or the services are rendered in more than one State or in the United States and a foreign country and the person rendering the services is engaged in commerce in connection with the services.

15 U.S.C. § 1127 (emphasis added).

According to *McCarthy on Trademarks and Unfair Competition*, the leading treatise in the field, "a formal 'sale' is not necessary if the goods are 'transported' in commerce." 3J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition, § 19:118 at 19-339 (4th ed. 2005). Thus, "transportation," as an alternative to "sale," simply requires the same elements of open and public use before potential customers. <u>Id.</u>[3]

Whether there has been use in commerce is ***not*** dependent on Bugatti International's customer lists. <u>A Bugatti Veyron has been available for viewing in Florida and Defendant's counsel has been made fully aware of that fact.</u>  The vehicle was also available for test drives by potential customers in Miami. Defendant's counsel has declined to avail herself of the opportunity to view the vehicle in Florida and has inquired as to when it would be available for

---

[3] Defendant's argument concerning use relies entirely upon sales and disregards other ways in which trademark rights arise prior to such sales.

116333.00124/35716715v.1

viewing in the Northeast. This is tacit acknowledgement by Defendant's counsel that the Bugatti Veyron is being transported in commerce.

Defendant has not identified a single fact which will be gleaned from deposing Bugatti International's customers that cannot first be sought from Bugatti International. The sensitivity of the customer identities was made clear to Defendant's counsel:

> Finally, it is not our position that the wealth of our customers places them above the reach of the Federal Rules. The cost of our client's vehicles and the small number of vehicles to be sold each year, are facts that explain, in part, the highly sensitive nature of the identities of such customers. Should their privacy be disrupted by questions regarding matters of no relevance whatsoever to this case (delays in delivery?), the resulting harm to Plaintiff Bugatti International and VWAG would be immense and certainly disproportionate to any value that would redound to your client by deposing such individuals for purposes of defending this lawsuit. Moreover, any information you believe you need on timely delivery of cars or related matters, can be obtained from our clients directly. There is no need to contact our clients' customers for such information. In contrast, our efforts to secure information from The Bugatti Inc. regarding its invitation to distributors to copy the logos displayed on its web pages has been rebuffed at every turn.

*See* Ex. 21, January 30, 2006 letter from S. Flohr to G. Haight. The sole reason to obtain the identities of Bugatti International's customers is to harass them. For that reason alone Defendant's motion to compel the identities of such customers should be denied.

**B.    Defendant Has Admitted the Fame of the Bugatti Veyron Supercar**

In its motion papers, Defendant failed to inform the Court that it has used a picture of the Bugatti Veyron on its <www.bugatti.com> website and has also provided links to websites featuring the Bugatti Veyron. *See* Exs. 19-20. By doing so, Defendant has admitted to the fame of the Bugatti Veyron. Otherwise, why else would the Veyron be displayed on Defendant's website?

12

**C.    The Disclosure of the Valuation of the BISA-BUGATTI Trademarks
and License Royalties Should Not Be Compelled**

The consideration paid for the BISA-BUGATTI Trademarks is a closely guarded

corporate secret.  Defendant speculates that VWAG "paid 'peanuts' for rights to the Bugatti

name."  Defendant's Memorandum, p. 18.  The fact that the consideration paid is closely

guarded is as much a reflection as to *how much* VWAG paid, *not how little*.  The "fame" of the

BISA-BUGATTI Trademarks was established *before* VWAG bought the rights.  Plaintiffs have

produced ample documents to Defendant showing that the BISA-BUGATTI Trademarks,

especially the Red Oval Logo bearing the word EB BUGATTI used as the badge on the EB 110

automobile made by Bugatti International's licensee was used in commerce in the United States

well prior to VWAG's acquisition and also well prior to the date that Defendant began using a

Red Oval Design bearing the word BUGATTI.  Moreover, Plaintiffs have also produced chain of

title documents establishing ownership of the marks.

Bugatti International has already produced sufficient evidence to establish fame of the

BISA-BUGATTI Trademarks at the time of their acquisition.  Neither Bugatti International nor

VWAG should be compelled to produce the valuations sought by Defendant as this is highly

confidential and cumulative and will only serve to further confirm the fame which is already

established.  By the standard set in *Pro Football, Inc. v. Harjo*, 191 F. Supp. 2d 77 (D. D.C.

2002), a standard advocated by Defendant, such consideration will conclusively establish the

fame of the BISA-BUGATTI Trademarks.  Moreover, the royalties redacted from the license

agreements will be further cumulative evidence of fame that should not be compelled.[4]

---

[4] English language copies of license agreements have been produced to Defendant contrary to the allegations on p.
11, n. 11 of Defendant's Memorandum.

116333.00124/35716715v.1

**D.    Disclosure of the Consideration Paid for the BISA-BUGATTI Marks is Cumulative of the Fame of Those Marks and Should Not Be Compelled**

Despite the fact that the consideration paid is cumulative, as the Defendant has stated in its Memorandum "[t]he level of fame Plaintiffs have ascribed to the BISA-BUGATTI Trademarks will be directly proportional to the amount of consideration Plaintiffs paid for such marks." Memo. at 18. Defendant cannot back away from this position. If Plaintiffs are required to disclose the amount of consideration paid for the marks, that amount clearly establishes the fame of the marks by the standard that Defendant has cited and relied upon. Given the amount of consideration paid, if Plaintiffs are required to disclose it, Defendant cannot deny the fame of the marks.

**E.    Plaintiffs Have Produced Acquisition and Due Diligence Documents**

There has been no refusal by Plaintiffs to produce due diligence documents or sales negotiation documents. It is not clear at all why this topic was included in the present motion to compel. In any event, Plaintiffs have, in fact, produced numerous documents which show the negotiations which took place and the due diligence undertaken by Plaintiffs. Those documents were produced bearing document production numbers BI 107541 - BI 107608 and are appended as Collective Ex. 22.

The purported "meet and confer" occurred on February 3, 2006 during a break in the Rule 30(b)(6) deposition of Defendant. The primary emphasis of that "meet and confer" was the Bugatti Veyron customer names and the consideration for the BISA-BUGATTI marks, not the due diligence/acquisition documents. As of February 3, 2006, Plaintiffs were still in the process of locating and producing responsive documents. The production of the documents identified

14

above should render moot the present motion as it relates to the due diligence documents and purchase negotiations documents.

**F.    Defendant is Not Entitled to Attorneys Fees or Costs for Defendant's Motion**

Plaintiffs have demonstrated that they were justified in the positions taken. The disclosures sought with respect to "fame" are cumulative. In any event, Defendant's motion, if successful, will result in conclusive proof of the fame of the BISA-BUGATTI Trademarks. Thus, if Defendant should "prevail" on its motion, it will be a Pyrrhic victory because the underlying premise of the motion -- to defeat Plaintiffs' claims of fame of the BISA-BUGATTI Trademarks -- will itself have been defeated. Disclosure of the names of customers will serve no purpose other than to permit Defendant to harass the customers, to the detriment of Plaintiffs' customer relationships. Documents related to due diligence and acquisition negotiations have been produced. Thus, no attorneys fees or costs should be awarded Defendant in the event Defendant's motion is granted.

## IV.    CONCLUSION

Defendant's motion is a contrivance to obtain the highly sensitive names of the Bugatti Veyron customers solely to harass them and for no other purpose. Similarly, Defendant's motion needlessly seeks the closely held secret of the consideration paid for the BISA-BUGATTI trademarks. This contrivance is predicated on a purported challenge to the fame of the BISA-BUGATTI trademarks despite the mountain of evidence already produced to Defendant which demonstrates the fame of the marks. The "use" issue is based upon a deliberate disregard of the statutory provision that "transport in commerce" constitutes "use." Defendant's counsel has been made aware of the physical presence of a Bugatti Veyron in Florida and afforded the

opportunity to inspect the vehicle. Defendant's counsel has declined the opportunity and asked

when the car would be available for viewing in the Northeast, thereby acknowledging that the

vehicle would be transported in commerce, meeting the use requirement of the statute. Finally,

there never was a true dispute concerning the due diligence and purchase negotiation documents

which have been produced. That issue is moot.

      For the reasons stated, Defendant's motion to compel should be denied in its entirety.

Respectfully submitted,

**PLAINTIFFS VOLKSWAGEN AG**
**VOLKSWAGEN OF AMERICA, INC.**
**and BUGATTI INTERNATIONAL, S.A.**

By its attorneys,

David A. Brown (BBO# 556161)
Margaret H. Paget (BBO# 567679)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts  02110

and

Susan B. Flohr, Esq.
Michael D. White, Esq.
Lisa J. Savitt, Esq.
BLANK ROME LLP
600 New Hampshire Ave., NW
Washington, DC  20037

Dated:   March 10, 2006

16

116333.00124/35716715v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006 I served upon the below-named counsel the

foregoing Memorandum in Opposition to The Bugatti, Inc.'s Motion to Compel Responses to

Outstanding Discovery Requests from Plaintiffs' by hand:

H. Joseph Hameline, BBO # 218710
Geri L. Haight, BBO # 638185
Philip J. Catanzano, BBO # 654873
MINTZ, LEVIN, COHEN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

David A. Brown

*Exhibit 1*



Adam Phillips

BI107463

# SUPERCARS

## DRIVING THE DREAM

Adam Phillips

BARNES
& NOBLE
NEW YORK

BII07464

This edition published by Barnes & Noble Publishing, Inc.,
by arrangement with Igloo Books Ltd.

2006 Barnes & Noble Books

M10 9 8 7 6 5 4 3 2 1

ISBN 0-7607-7965-1

© Copyright Igloo Books Ltd

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or
transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or, otherwise,
without written permission in accordance with the provisions of the Copyright Act 1956 (as amended).
Any person or persons who commit any unauthorized act in relation to this publication may be liable to
criminal prosecution and civil claim for damages.

Project management: Kandour Ltd

Editorial and design management: Emma Hayley and Jenny Ross
Written by Adam Phillips
Design and layout: Kurt Young
Cover design: Kurt Young
Cover pictures contributed by Evo magazine
Pictures contributed by Evo magazine, Ford Motor Company Ltd,
Bugatti Automobiles S.A.S, Aston Martin, Koenigsegg Automotive AB,
Mitsubishi Motors Ltd, Ariel Motor Company Ltd

Printed in China

BI107465

# Contents

| | |
|---|---:|
| Introduction | 4 |
| The History Of The Supercar | 6 |
| Mercedes 300SL | 8 |
| Ford GT40 | 9 |
| Lamborghini Muira | 10 |
| Lamborghini Countach | 11 |
| BMW M1 | 12 |
| Lotus Turbo Esprit | 13 |
| Ferrari 288 GTO | 14 |
| Ferrari Testarossa | 14 |
| Porsche 959 | 15 |
| Ferrari F40 | 15 |
| Bugatti EB110 | 16 |
| Jaguar XJ220 | 17 |
| McLaren F1 | 18 |
| Ferrari F50 | 19 |
| The Modern Supercar | 20 |
| Aston Martin Vanquish S | 22 |
| Aston Martin DB9 | 28 |
| Aston Martin DBR9 | 34 |
| Aston Martin V8 Vantage | 36 |
| B Engineering Edonis | 42 |

| | |
|---|---:|
| Ferrari Enzo | 48 |
| Ferrari F430 | 54 |
| Ford GT | 60 |
| Honda NSX | 68 |
| Koenigsegg CC | 74 |
| Lamborghini Murcielago | 80 |
| Lamborghini Gallardo | 86 |
| Maserati MC12 | 92 |
| Mercedes-Benz McLaren SLR | 98 |
| Mitsubishi Lancer Evolution VIII | 104 |
| Pagani Zonda | 110 |
| Porsche Carrera GT | 116 |
| TVR Sagaris | 124 |
| TVR Tuscan 2 | 130 |
| Future Perfect? | 136 |
| Bugatti Veyron | 138 |
| Supercars On A Budget | 142 |
| Ariel Atom 2 | 144 |
| Lotus Exige | 148 |
| Mercedes-Benz SLK350 | 152 |
| Vauxhall VX220 Turbo | 156 |

BII07466

# 1990s

## Bugatti EB110 (1992-1995)

It was supposed to be the rebirth of the Bugatti brand and, at first, the future was looking bright for the marque. While the EB110's looks may have been controversial, the Bugatti was a true supercar with staggering performance; it featured, thanks to the chassis and four-wheel drive, a colossal amount of grip to make the most out of all that power. Two versions were available–the 'humble' GT with 553bhp and the Supersport which boasted 603bhp. But alas, the Bugatti dream imploded in 1995 when the company went bust, mainly because of the global recession.

| | |
|---|---|
| Engine | 3500cc |
| Max power | 603bhp at 8,250rpm |
| Max torque | 479lb ft at 4,250rpm |
| 0-60mph | 3.1secs |
| Top speed | 218mph |



16

BI107467



136

BI107468

# Future Perfect?

It seems like we've hit perfection with the supercar. So where do you go from here? How do you top what seems insurmountable? Well, judging from the various developments and news (and a fair smattering of rumours too), the best is inevitability still to come. The supercar community's desire to outdo each other and seduce buyers will see the arrival of more potential supercar classics over the next few years.

For example, McLaren is all set to re-enter the scene aproper in 2008 with its supercar codenamed the P8. Featuring a Mercedes-sourced 6.3-liter V8, the P8 should be able to produce above 500bhp and over 440lb ft of torque, all for the estimated price of £150,000/US$200,000.

Then there are the left-of-the-middle entries such as Project 1221's MF1. Details are scant about this emerging supercar but the makers claim it will have unmatched handling and agility plus a large luggage capacity. Yes, you may have heard such hyperbole a dozen times before but the MF1 could actually deliver. After all, it's being engineered by the former technical director of Lamborghini and Bugatti, Mauro Forghieri.

As for the far future, there's that 300mph barrier to break, and it has been predicted that supercars will produce in excess of 2,000bhp, weigh 25 percent less than current crop and could even hit 350mph. Sounds like the ramblings of the mad but there is a supercar that's set to touch down later this year which could potentially leave the outrageous performance of current supercars for dead, and offer an enticing and very real glimpse of what the future of the supercar has in store for us...

Enter the Bugatti Veyron.

137

BI107469

## *Supercars*



*Fact or **fiction?** The latest legend to bear the Bugatti name could finally be with us after a very long development period...*

It shouldn't really be featured in this book–after all, the Bugatti Veyron has been on the verge of hitting the road for what seems like years. Hounded by delays and slips in production, it's become something of a running joke in the auto industry that it will never actually see the light of day.

The trouble is that the industry also happens to be head over heels in love with the Veyron, and who can blame them? First of all, the Veyron is the latest creation from a brand that has fans all over the world–Bugatti was created back at the beginning of the 20th century by Ettore Bugatti; its limos and sports cars from the 1920s and 1930s are now the stuff of motoring legend. And so is the company's history.

# *Bugatti Veyron*



Death in the Bugatti family; a failed revival; and a rebirth followed by a humiliating bankruptcy when the world sank into recession in the 1990s–reading Bugatti's history, you could be forgiven for thinking that the company is cursed. Even in the hands of Volkswagen, the development of the latest car to bear the Bugatti name–the Veyron–was at one point halted. But now VW has the car back on track with delivery of the

first Veyron to one lucky (and rich) customer at the end of 2005.

Any supercar fan knows why it's essential that the Veyron does finally touch down–after all, it could potentially rip asunder every supercar that's gone before it. Here are the figures–it's got nearly 1,000bhp on tap; it's got not one, but 4 turbos; it's expected to weigh in at just under 2 tonnes; it can go from 0–60 in an estimated 3secs; it has a potentially record-breaking top speed of over 250mph; it features the biggest rear tyres ever fitted on a production car; it has four wheel drive of course; oh, and it's going to cost in excess of 1,000,000 Euros/US$1,000,000 to get your hands on one. In fact, everything about this supercar is big–the DSG gearbox even has 7 gears to make the most of (and more importantly, tame) the Veyron's amazing W16, 64v quad-turbo 8-liter engine.

VW are adamant that they also want the Veyron to be utterly driveable and not simply a car that sees the bare minimum of miles before being locked up in a high security garage with 24-hour surveillance (though the latter is recommended). And VW want the Veyron to be reliable–just under a dozen of them have already been put through the punishing testing that all VWs, from Lupos upwards, have to go through before they head out to the showroom.

If the word supercar ever seemed too under whelming to describe something as monumental as the Bugatti Veyron, then hypercar would probably do it justice. But only just, mind you.

BI107470



BI107471



"The Bugatti Veyron could potentially rip asunder every supercar that's gone before it"

BI107472



## Tall Order?

Volkswagen intends to make between 30 to 50 Veyrons a year depending on the demand from customers. And if you're wondering if Volkswagen is actually up to the job of selling supercars, bear in mind that they own Audi–the company that oversaw the creation of the next generation of Lamborghinis.

## Back To Its Roots

The Veyron is being assembled at a workshop right next to Chateau St Jean near Mosheim in France–which is the region where the company's founder, Ettore Bugatti, began making his dream cars nearly 100 years ago.

## Brake Neck Speeds

With nearly 1,000bhp to propel the driver towards the horizon, it's fairly important that the Veyron can stop as quickly as it can start. To aid in avoiding near disaster when a car pulls out in front of you while you're doing 200mph + on a German autobahn, the Veyron is fitted with specialist carbon-ceramic brakes and a rear wing that can be deployed as an air brake. It is claimed that slamming on the anchors at 248mph will bring the Veyron to a complete standstill in less than 10secs.

## Egg-Face Interface

The car's difficult 'gestation period' has been tough for Bugatti–first, a mule version of the car managed to crash at over 200mph. Then the Veyron made an appearance at California's Laguna race track, USA, last year, only to spin off the track and come to a rest in a gravel trap, missing a concrete wall by inches. Much media mirth ensued, but with the progress Bugatti have made, they seem on course to have the last laugh.

## Bugatti Veyron (specifications subject to change)

| Engine | 64v quad turbo W16 | Maximum Torque | 922lb ft at 2,200-5,500rpm | Kerb Weight | 1950kg/4299lbs approx. | Wheels Front | 9.5 x 20in |
|---|---|---|---|---|---|---|---|
| Valvetrain | DOHC 4 Valves / Cyl | Transmission | Seven-speed DSG | Length | 4380mm/172in | Wheel Rear | 13 x 21in |
| Displacement | 7993cc | 0–60mph | 3.0secs | Width | 1994mm/78in | Price | 1,000,000 Euros approx |
| Maximum Power | 987bhp at 6,000rpm | Maximum Speed | 252mph | Height | 1206mm/47in | | US$1,000,000 approx. |

*Exhibit 2*

RED-HOT TESTS: **DODGE VIPER COUPE, PORSCHE CAYMAN S**

# CAR AND DRIVER

NOVEMBER 2005   www.CARandDRIVER.com

WE (AND ONLY WE) DRIVE **253 MPH** IN THE 1001-HP **BUGATTI VEYRON!**





1955-2005 **50 YEARS**

**SUPERTUNER BRAWL:** Finding the fastest four-banger.
**NEW:** Aston Martin V-8 Vantage, Mazda 5, Audi Q7.
**PLUS:** Ford Explorer vs. Jeep Commander. Joie Chitwood returns.

US $3.99 UK £3.20
CANADA $4.99



03915

0 72987 7

1.1

BI 100000

# HIGH-SPEED PREVIEW BUGATTI VEYRON 16.4

# The fastest and most expensive production car ever.

BY CSABA CSERE

PHOTOGRAPHY BY ACHIM HARTMANN

BI 100001



**W**hen you're ripping along at 253 mph, your mind is not drifting aimlessly. Your senses are cranked up to full volume to detect any hint of impending catastrophe in the maelstrom of wind rush, tire thrum, mechanical thrash, and exhaust roar that surrounds you.

Is that slight shift in the whistling wind caused by a body panel coming loose? Does that vague vibration signal a tire starting to delaminate? Does that subtle new mechanical whine presage a failing bearing that's about to lock up the powertrain?

No such problem developed on the Bugati Veyron 16.4, because it is not a half-baked aftermarket or boutique road burner. It is a production car developed and tested to the standards of Volkswagen, Bugatti's parent company. With a top speed of 253 mph, it is also the fastest production car ever built.

Production, of course, is a relative term. In the case of the Veyron, Bugatti plans to build only about 50 cars a year at a price of €1 million, which is about $1,250,000 as this is written. To this rarefied market Bugatti has brought an unusual level of sophistication and engineering necessitated by the promise of 1001 metric horsepower (or 987 American horses) and a top speed of 252 mph, a pledge from former VW boss Ferdinand Piëch when he unveiled the production-intent Veyron at the 2001 Geneva auto show.

Achieving 1000 horsepower in a racing engine is one thing, but to do so in a reliable, refined, durable, and emissions-legal configuration is much harder. The energizer in the Veyron is a WR16 displacing 7998cc and turbocharged with 15.8 psi of boost. You can think of it as two Passat WR8 engines put together and pumped up by four turbos.

But the Bugatti engine has more cylinders, more displacement, more power per liter, and more output overall than any other engine in the WR family tree. When I ask Bugatti development boss Wolfgang Schreiber to explain how the same engine can be rated at 1001 SAE net horsepower at 6000 rpm for the U.S. but only 987 horsepower (1001 PS) for Europe, he laughs, saying, "The production engines are all putting out between 1020 and 1040 PS—enough to cover both promises."

The engine's torque peak is

equally mighty at 922 pound-feet, developed between 2200 and 5500 rpm. The four small turbos minimize throttle lag, and the 9.3:1 compression ratio ensures reasonable torque even before boost develops.

All that twist required a dedicated transmission. The Veyron gets a King Kong seven-speed version of VW's twin-clutch gearbox, called DSG. Like the DSG available in the Audi TT, it operates with an automatic mode or a full manual mode via paddle shifters. Because gearchanges occur with one clutch disengaging as the other engages, shifts are uniformly smooth and swift.

With about as much engine output as two Corvette Z06 V-8s, it's no surprise that Bugatti engineers decided to go with all-wheel drive. We don't have many details about the driveline, but the front-to-rear torque split is automatically adjusted to suit dynamic conditions and can range from 100 to 0 percent at either end.

An engine—particularly a turbo-

charged one—that develops four-digit power throws off more heat than a dozen pizza ovens. Consequently, in the nose of the Veyron are three coolant radiators, one heat exchanger for the twin air-to-liquid intercoolers, and two air-conditioning condensers. There are also transmission and differential oil coolers on the right side and a large engine-oil cooler in the left-side air intake. To help heat escape from the engine compartment, the big WR16 sits in the open, enclosed by no cover of any kind. This powertrain propels the 4300-pound Veyron as effortlessly and gracefully as Tiger Woods belts a 300-yard drive.

My experience with

Veyron interior is beautifully finished. Central air vent is set into edge of engine-turned panel. Note power gauge at lower left (above).

the car took place at Ehra-Lessien in Germany, Volkswagen's test track and high-speed theme park not far from VW headquarters in Wolfsburg. At least it will soon become a theme park because Bugatti plans to let Veyron owners bring their cars to this 13.0-mile circuit to explore the top speed of their cars. In addition to finding out how fast the Veyron can go, I was a guinea pig for this ultimate high-speed thrill ride.

We started with two familiarization laps to get a feel for the track and the car. The track is simple, with a pair of high-banked, 150-mph corners connected by two five-mile-long straights—one of which has a slight bend so that it touches a common parking area.

With the Veyron's high beltline, I











BI 100003









Normal mode (top) presents max ride height and a clean body. Handling mode (middle) drops the body and extends the rear spoiler and wing. Top-speed mode (bottom) hunkers even lower and leaves just a bit of wing showing. When braking in the handling mode, the wing tilts up even more to increase drag and rear downforce.

couldn't see any of the front bodywork from the driver's seat, but the view of the pavement immediately in front of the car is excellent. The driving position is comfortable, with a snug sport seat that provides great lateral support and manual fore-and-aft and seatback-angle adjustments (a plusher power seat will be optional).

Even after it was lowered to my preferred position, the steering wheel did not obstruct my view of the instrument cluster. And despite the Veyron's low, 47.5-inch height, there was plenty of clearance between my helmeted head and the headliner. Schreiber promises the car will accommodate drivers as tall as six foot seven.

Although the Veyron idles with a quiet murmur, as soon as it starts rolling you hear a symphony of mechanical music that gives way to tire thrum when you get above 100 mph, which doesn't take long. We had no opportunity to perform acceleration testing, but the ease with which the Bugatti blows past that speed is astonishing. We predict about six seconds flat from a dead stop.

What's more, the acceleration doesn't slacken when you hit triple-digit speeds. In my first lap, I took the car up to about 185 mph, at which point the tire noise was fairly loud but the Veyron was otherwise calm and relaxed. One reason it felt so secure is that when you hit 137 mph, the Bugatti hunkers down, lowering its normal ride height of 4.9 inches to 3.1 in front and 3.7 in the rear. At the

same time a small spoiler deploys from the rear bodywork and a wing extends about a foot, perched at a six-degree angle. Two underbody flaps ahead of the front tires also open up. This configuration produces substantial downforce—about 330 pounds in front and 440 in the rear at 230 mph.

Given that it only takes about 500 horsepower to overcome the prevailing drag at 185 mph, that leaves the 500 horses remaining for acceleration duty. So when you plant your right foot at 185, the Veyron's surge of power shoves you into the driver's seat about as hard as a Corvette's does at 100 mph, or a Ford Five Hundred's does at 40 mph. Accelerating from 185 to 230 on my next lap didn't take very long, and the car remained glued to the pavement, although wind roar overcame tire thrumming to become the predominant sound.

But 230 mph is about as fast as the Veyron will go until you put the car into top-speed mode. This involves coming to a stop and, while the car is idling, turning a key in a lock on the floor to the left of the driver's seat. When you do that, the car sinks down even lower on its suspension, until ground clearance has been reduced to a mere 2.6 inches in front and 2.8 in the rear. This setup also causes the front underbody flaps to close and the rear spoiler and wing to retract, although the wing remains tilted out of the body at a slight two-degree angle. These changes reduce the car's drag coefficient from 0.41 to

BI 100004

[...]

# Next Up: A Bugatti to Turn a Profit



Even at $1,250,000, the Veyron is not expected to earn a dime of profit for Bugatti when development and tooling costs are counted up. But this outrageous 253-mph supercar will certainly put the Bugatti name back on the automotive map in a big way and will set the stage for future Bugatti models that will be less ambitious, less expensive, sell in higher volumes, and perhaps make money for the marque.

In an interview in the German magazine *Auto Motor und Sport,*

Thomas Bscher, the head man at Bugatti, has conceded the Veyron is "only an investment in the marque. We will make no money from it. That must come from a new model."

Bscher envisioned a small Bugatti sports car—two doors, four seats—costing perhaps €100,000 ($125,000), with a production run of maybe 2000 vehicles a year. The new model "would use components from the VW Group," he added, "possibly from Bentley even, where a small car will not be competing with the Bentley cars. The new Bugatti may be fitted with

a VW engine." Should such a new model arrive for 2008, Bugatti predicts the company would be making a profit the following year.

That will make for an unconventional Bugatti lineup, with one model costing about 10 times as much as the other one. It will also make Bugattis both cheaper and more expensive than the other ultra-luxury marques in the Volkswagen fold, Bentley and Lamborghini. These marketing problems will likely prove more challenging than the actual design and engineering of the new, higher-volume Bugatti.           —CC







0.36, and they reduce the peak downforce from 770 to 120 pounds.

Before proceeding further, the driver is urged to verify visually that all these aerodynamic changes have taken place, as well as to check the pressure in the special Michelin PAX System Pilot Sport tires and inspect them for any damage. Developing tires that could withstand 250-plus mph while supporting up to 4800 pounds of car, occupants, and downforce was one of the major technical challenges of the Veyron, and judging by the comparative lack of concern about the tires during my run, I'd say this problem has been solved.

Beyond this suggested checklist, there are a few catches in the procedure that will make it hard to perform

a top-speed run on public roads. Once the Veyron exceeds 35 mph, if you turn the steering wheel more than 90 degrees, or so much as touch the brakes, the car's configuration reverts to the handling mode.

The reasons for this became clear during my first top-speed lap. With downforce reduced, the Veyron no longer cut through the air like some hyperkinetic fastball. Instead, it meandered slightly, something akin to a swift knuckle ball.

I barely touched the car's top-speed governor that was set at 253 mph (407.5 kilometers per hour) on that first lap, but on the second I held the car there for at least three of the back straight's five miles. The combination of driveline noise, tire noise,



Polished aluminum intakes feed, in order, air cleaners, turbos, intercoolers, and intake manifolds.

Titanium exhaust has four tailpipes: two in the central outlet, two in the diffusers.

Underbody flaps in the nose open to relieve air pressure that builds up ahead of the front tires.

The seven-speed DSG sits ahead of the engine in Lamborghini Murciélago fashion.

Suspension has control arms as well as conventional shocks with titanium coil-overs in series with hydraulic ride-height adjusters.

Brakes were tested by 14 consecutive decels from 199 to 50 mph at 0.80 g.

NOVEMBER 2005

BI 100005



The Veyron's structure combines a carbon-fiber central tub with a front aluminum space frame and a heat-resistant tubular stainless-steel rear assembly. Most body panels are carbon fiber, except for the aluminum doors.

and hurricane-force winds rushing over the car must have been deafening, but I don't remember it, as I concentrated on keeping the gently meandering car within the center of the track's three lanes.

The straightaway was only 32 feet wide, with a low highway-type guardrail at each edge and dense forest beyond. One stretch of the straightaway didn't even have a guardrail on the outside of the track, just a grassy embankment that sloped up at about 20 degrees for about 30 feet toward the trees. Leaving the pavement and ending up in the trees was only a twitch of the steering wheel away.

Fortunately, the Veyron's steering is ideally set up for such fast running. There's absolutely no slack on-center, and the steering responds with a gentleness that makes it easy to feed in the delicate corrections needed to keep the Veyron between the center lane's dotted lines without overcorrecting. Still, I can see why Bugatti engineers don't want their customers to be passing semis on the autobahn at 200-plus mph in this low-downforce mode.

When you lift off the throttle at 253 mph, the aerodynamic drag alone slows the Veyron at 0.3 g. After running that fast, dropping below 200 suddenly seems utterly effortless. You could not only hold a cell-phone con-

versation at 185 but also *dial* a cell phone at that pace. Allocate some money to keep an attorney on retainer if you get one of these cars, because double and triple the speed limit will quickly feel comfortable and normal.

You will likely only experience this speed in short bursts, which is why the Veyron's powerful brakes will come in handy. The car is equipped with huge carbon-ceramic brakes: 15.7 inches in front with eight-piston, four-pad calipers, and 15.0 inches in back with six-piston, two-pad calipers. When you step on the brakes at high speed, the rear wing tilts up to a 55-degree angle. At 230 mph, this increases rear downforce to 1100 pounds and adds as much as 2500 pounds of drag. A panic stop at that speed produces nearly 2.00 g of initial deceleration—at least 50 percent more retardation than a Porsche 911 can generate at any speed.

With the top speed verified, Schreiber jumped into the car to demonstrate the Veyron's "launch mode," which allows the engine to light up all four tires in a full-bore accel run. He promises the Veyron will sprint from rest to 100 km/h (62 mph) in less than three seconds. From this, we would conclude that the car will likely run the quarter-mile in the high 10s at about 140 mph for another production-car record.

Rational thought runs for its life when faced with the prospect of a car costing $1,250,000. But we have satisfied ourselves that the Veyron is the fastest production car ever built. We expect it to be the quickest one as well. It is strikingly attractive, beautifully finished, and brimming with sophisticated and well-developed automotive technology.

We've never driven any other car that achieves and maintains high speeds so confidently and effortlessly. Veyrons will never be commonplace and will surely be decorating the 18th fairway at Pebble Beach within the next few decades. If any automobile is worth more than a million bucks, we're happy to nominate the Veyron 16.4.  ∎

## BUGATTI VEYRON 16.4

**Vehicle type:** mid-engine, 4-wheel-drive, 2-passenger, 2-door coupe
**Base price:** $1,250,000

**Engine type:** quad-turbocharged and intercooled DOHC 64-valve W-16, aluminum block and heads, direct fuel injection

| | |
|---|---|
| Displacement | 488 cu in, 7998cc |
| Power (SAE net) | 1001 bhp @ 6000 rpm |
| Torque (SAE net) | 922 lb-ft @ 2200 rpm |

| | |
|---|---|
| Transmission | 7-speed manual with automated shifting and clutch |
| Wheelbase | 106.3 in |
| Length/width/height | 175.8/78.7/47.5 in |
| Curb weight | 4300 lb |

**Performance ratings (C/D est):**

| | |
|---|---|
| Zero to 60 mph | 2.9 sec |
| Zero to 100 mph | 6.0 sec |
| Zero to 150 mph | 11.0 sec |
| Zero to 200 mph | 22.0 sec |
| Standing ¼-mile | 10.8 sec @ 140 mph |
| Top speed (observed at governor) | 253 mph |

**Projected fuel economy (C/D est):**

| | |
|---|---|
| EPA city driving | 7 mpg |
| EPA highway driving | 10 mpg |
| Steady 253 mph | 3 mpg |

## 10 Fastest Production Cars Ever

| model year | vehicle | top speed, mph | source |
|---|---|---|---|
| 2005 | Bugatti Veyron 16.4 | 253 | Car and Driver |
| 2005 | Koenigsegg CCR | 241 | independent observer |
| 1998 | McLaren F1 | 240 | independent observer |
| 2003 | Saleen S7 | 223 | at 6500-rpm redline |
| 2004 | Ferrari Enzo | 220 | Auto Motor und Sport |
| 1993 | Jaguar XJ220 | 212 | independent observer |
| 1992 | Bugatti EB110 GT | 212 | Autocar |
| 2002 | Pagani Zonda S | 208 | Sport Auto |
| 2004 | Mercedes-Benz SLR McLaren | 207 | Auto Motor und Sport |
| 2004 | Porsche Carrera GT | 207 | Auto Motor und Sport |

Most cars and speeds on this list have been verified by magazine tests or other independent observers. The only exception is the Saleen S7, which we strongly suspect can achieve its sixth-gear redline at 223 mph, especially in the later turbocharged form.

BI 100006

*Exhibit 3*



# evo

## THE THRILL OF DRIVING

**FERRARI 612 ACROSS CHINA!**
We drive the Scaglietti to the centre of the earth

**TVR v MARCOS**
Road-racer Sagaris takes on brilliant new TSO GT2

# As good as it gets?

GALLARDO SE
& VEYRON 16.4

+

THE MOST
POWERFUL
CARS WE'VE
EVER DRIVEN

BI102976

US $9.99
DECEMBER 2005
AUSTRALIA $10.95
UK £3.95



VEYRON 16.4

BI102977



# WHAT'LL SHE
## DO, MISTER?

Two hundred and fifty three, apparently. But what's the
Veyron really like to drive? Our Mr Metcalfe finds out ●

BI102978

evo 1081



# This

car is already the stuff of legend. In the early days of its development, so one of the stories goes, the engineers were struggling to get the power from the engine. So they asked for a meeting with Dr Piech and suggested it might be easier to launch the Veyron with 700-800bhp and work up to 1000bhp with later derivatives, once they'd figured out how to do it. Dr Piech fixed them with the famous death-rays, dismissed their suggestion and ordered them out, telling them not to return until the power figure started with a one.

Extraordinary man, Dr Piech. But then without his single-mindedness, maybe even bloody-mindedness, the Veyron would never have happened. Once he'd announced to the world that Bugatti would build the world's most powerful car ever, it was going to happen, whatever it took.

The power isn't the only extraordinary statistic, of course. It's the evening before our drive, we've only been in Sicily for a couple of hours and already I'm suffering from number fatigue. My guide to the Veyron is Dr Wolfgang Schreiber who, as well as being Bugatti's Technical Director of Engineering, is a constant fount of fascinating Veyron facts, all delivered in the deadpan style beloved of German engineers.

Take the Veyron's official top speed of 407kph or 253mph. Dr Schreiber has just informed me that this is in fact an electronically limited maximum. The Veyron is actually capable of pushing on past 257mph, with each further 1kph beyond 400kph requiring an additional 8bhp to overcome air resistance. At maximum speed, he continues, the 8-litre W16 engine is consuming fuel at a rate of 2.3mpg, meaning the 22-gallon tank would run dry after just 12 minutes (or 51 miles) of flat-out motoring. Good grief. The Green Party would commit hari kari at the very thought.

Should you need to stop in a hurry, the Veyron will go from 250mph to standstill in just 9.8sec, the vast Michelin tyres (the rears cost an astounding £1400 each) needing just 450 metres of tarmac ➲





BI102979



VEYRON 16.4

Sunrise on Sicily's northern
coastal road makes spectacular
backdrop for stunning Veyron.
Top left: driver's eye view over
the exposed W16 engine helps
to justify the monster £834,000
list price. Far left: flat out in
the Californian desert
during final ESP testing

BI102980

evo 1083



to grapple with. That's bordering on surreal, but then so are the acceleration times. According to Dr Schreiber, 0-62mph takes just 2.5sec, 0-125mph 7.3sec, 0-186mph 16.7sec and 0-250mph 55.6. To put it in perspective, if a fully wound-up McLaren F1 went past a poised, stationary Veyron at 100mph and the Veyron driver gave it the gun as the F1 passed, the Bugatti would still reach 200mph just before the McLaren did.

It goes on; when I comment that it's a shame the quoted power of the engine is 'just' 1001PS because that translates to a rather untidy-sounding 987 imperial bhp, Dr Schreiber chuckles. Apparently every Veyron engine puts out well over 1000 British horsepower, the actual figure being closer to 1050bhp. It was left as 1001PS on the specification because that was what Dr Piech had promised it was going to be in 2001. Head spinning, I retire to bed. Tomorrow's a big day…



This is it then, and it's a beautiful morning. Only three of the five Veyrons that have been brought to Sicily for the launch are being used, but there they are, lined up outside the hotel, engines already warmed, ready for our departure. It's quite a sight.

To my eyes, the Veyron is a truly beautiful car, the signature Bugatti horseshoe grille and the subtle curves looking timeless in this early-morning light. Yet the twin alloy air intakes peeking over the roofline leave the onlooker in no doubt that here is something immensely powerful, almost dragster-like, an impression reinforced by the huge, naked engine externals that lie between the highly polished intakes. The only jarring element is the front bonnet, which sits proud of the front wings, making it appear as if it hasn't been closed properly. The designers say it tricks the eye into thinking the car is narrower than it

BI102981



Above: our car was fitted with the optional sports seats, which save 60kg over the standard items. Starter button sits behind gear selector on centre console. No fake metal in here – all that glitters is real, including the aluminium stalks



# THE FAST KEY

It unlocks the Veyron's top speed – and it comes in a rather special box

really is. I guess I need my eyes testing then, because it doesn't work for me.

Our Veyron is going to be the white and grey car, specially created for the final, 186mph-plus ESP tests in the Black Rock Desert, Nevada, famous for ThrustSSC's land speed record-breaking runs. The predominantly white bodywork was to help keep cabin temperatures down in the sweltering desert heat. Apparently Black Rock is one of the few places on earth where you can simulate violent lane-change manoeuvres at Veyron speeds without the risk of hitting anything.

The door opens wide and although there's a wide sill, getting in is easy. It's a large, airy cabin and I have to move the seat forward – it's almost  ⊕

BI102982



If you spot a Veyron with the rear spoiler raised, it's either been doing over 137mph or the driver has selected 'handling mode'. Exhaust has four pipes – two exit via the central outlet, the other two are hidden in rear venturis. Left, from top: Sicily's coastal autostrada has some spectacular bridges; dash is least successful part of interior; gearbox has British company Ricardo's logo next to Bugatti's

BI102983



'There's a slight pause, as if the mighty quad-turbo W12 engine has to clear its throat before erupting into action'

BII02984

evo 1087

Cover
Story
VEYRON 16.4



'The 1000bhp Bugatti is so far proving to be a very friendly device'





BI102985



Top: 8-litre quad-turbo W12 is partly exposed to aid cooling. Either side of the air intakes are the two turbo chargecoolers. Left: lucky journos on launch were helicoptered to various locations but Veyron would have been quicker, since chopper's top speed is a mere 130mph. Better turning circle, though

shock to find I have to move it manually(!) but this car is equipped with the no-cost optional sports seats, which do without the electric motors to save weight. Made from carbonfibre, they're very comfortable and don't look out of place in the otherwise luxurious cabin.

It's a wonderful place to be. The roof, pillars and dash are covered in a mix of leather and Alcantara that looks beautifully classy, especially juxtaposed with the machined alloy centre console. The steering wheel is a work of art in itself, with its aluminium spokes and perfectly shaped rim. Behind the horizontal spokes are the two aluminium paddles for manually controlling the seven-speed DSG gearbox (left for changing down, right for changing up).

The dash itself is less successful, the binnacle dominated by a needlessly huge rev-counter, redlined at 6500rpm, flanked by a smaller speedo (calibrated to 280mph on our car) to the right and the intriguing 'power' dial (calibrated to 1001bhp) on the left. Above these are tiny fuel and water temperature gauges, almost too small to read, their legibility not helped by the red-on-black markings.

Starting the mighty engine involves inserting a generic Audi-style key into the dash and hitting the start button that sits behind the gear selector.

There's a beguiling, multi-cylinder whirl as the starter, located just behind me, whisks the W16 into life, then a wall of mechanical sound reaches the cabin before the giant settles to a busy tickover, the mighty gearbox chattering discreetly beside me within the centre console. There's an acute sense of being close to the action. The noise emanating from the engine is just that, though, a busy noise granted, but not a particularly tuneful one – blipping the throttle seems only to raise the noise level, rather than bringing the 16 cylinders into some sort of harmonic order. (From the outside it's rather better; there's a classy, deep and purposeful rumble to an idling Veyron.)

To move off you can either nudge the central gear selector into drive or tap the right-hand paddle to manually select the tall first gear. As you release the foot-brake the car starts to inch forward thanks to the clever DSG gearbox having a helpful degree of 'creep' built into it.

By the time we finally nose out of the car park it's rammed with onlookers and it's a relief to be out onto the fantastic, winding roads of Sicily. I seem to be sitting quite low, but as the sports seats don't adjust for height I'll have to lump it. Visibility is good directly to the front and rear, less good to the sides, the huge A-pillars and mirrors creating a worryingly large blind-spot when manoeuvring, an activity further hindered by a simply huge turning circle.

We've found a terrific coastal road for some photography, which means seriously extending the



Veyron will have to wait a while. So far I've had only the briefest opportunity to wake the power dial from its slumber, but the DSG gearbox has already made a big impression for its sheer usability. Having wrestled recently with the carbon clutch on a Carrera GT and the notchy 'box of a Zonda F, this is a revelation. The seven gears slip home with no hint of lost momentum yet without suffering from that slightly disconnected feel you get with a manually-operated auto 'box (or even an automated manual, for that matter).

Far from being a huge challenge to drive, the 1000bhp Bugatti is so far proving to be a very friendly device. The ride is firm but cosseting, and the steering is outstanding. Considering the size of the front tyres, the weighting at the steering wheel is extraordinarily good, and there's a constant chatter of information coming via the leather-rimmed wheel. Turning either side of dead centre ◉



VEYRON 16.4

# BOX OF TRICKS

## The Veyron's twin-clutch gearbox is a masterpiece, engineered by Brits

Another British company vital to the Veyron project is gearbox manufacturer Ricardo (located in the leafy suburbs of Leamington Spa). Ricardo was contracted to develop and produce the Veyron's unique seven-speed DSG gearbox, front and rear diffs for the four-wheel-drive transmission and, crucially, its electronic control unit.

Originally the Veyron was going to have a paddle-shift automated manual (like Ferrari's F1 gearbox) but computer models predicted that the combination of 1g acceleration and the sudden interruption of power when another gear was being select would lead to a completely



unacceptable jerk for both the driver and transmission.

As Ricardo had extensive DSG experience and VW was also developing a similar gearbox for the Golf, it was decided the Veyron should have this type of gearbox as well. Not least because it would have been strange if a Golf had a more sophisticated gearbox than the flagship Bugatti Veyron!

Development was going well with a ron mule (disguised as a Golf) pounding round MIRA) then in 2003 VW suddenly changed the Veyron's design parameters. Originally the engine was to be torque-limited in first, but VW announced this was no longer going to be the case. They also increased the tyres' grip value by 25 per cent, insisted first gear could run to 107kph (to optimise the 0-100kph time) and re-calculated the car's production kerb weight upwards. It all meant a major rethink for Ricardo.

The specification of the steel used for the actual gears was changed to the ultimate 'vacuum arc remelted steel', four times more expensive than any other type. It was necessary because the torque load during a launch could now be up to 10,500Nm at the rear axle on

grippy tarmac – uncharted territory for a road car.

There were now 50 engineers at Ricardo working solely on the Veyron gearbox, including 20 software engineers. The biggest challenge they faced was creating a gearbox capable of pussyfooting around town (hence building in 'creep' and hill-hold functions), as well as coping with the massive loads when full power was used.

They ended up with a dry-sumped (a first for a road car), seven-speed gearbox with casings made of high-grade aluminium (magnesium wouldn't b strong enough). The gearbox needing four separate oil pumps to lubricate the twin clutches and gear clusters, with the multi-plate wet clutches (which should never need any maintenance) being doused in up to 35 litres of oil/min (your water tap in the house delivers 10 litres/min if you're lucky). Packaging was incredibly tight thanks to the size of the engine and the final gearbox ended up weighing just 120kg (22kg of which was the clutches).

A gearchange takes just 150 milliseconds although, strictly, this should be described as a clutch change as the gear would already have been preselected by the computer in readiness for command from the driver.

Production has now started, two dedicated engineers building one gearbox each every week. At the time of our visit they were busy working on customer gearboxes numbers 18 and 19.



'We're leaving the relative sanity of Enzo levels of power and entering the Veyron zone'





Being editor of a leading car magazine, Metcalfe gets to have his photo taken with the car. Note the sunglasses and the legs-apart pose for added charisma; try to ignore the creases in the groin area. Right: 'our' car is off-loaded from the truck late at night after being prepped for the next day's activities

BI102987



simply requires a linear increase in effort, gently building as lock increases. It's easily the best steering I've encountered on any car from the VW Group, and it reinforces the reassuring feeling of connectedness.

Time is tight if we're going to do more than take pictures, so Dr Schreiber, who's been sitting beside me all along, points me in the direction of the nearest autostrada. We find it, perched above us on 200-metre-high pillars and hugging the northern coastline. A winding access-road takes us onto the slip-road and as we surge onto the carriageway we're plunged instantly into a tunnel carved through the rock. Finally, I get the chance to give the throttle a bit more than a tickle.

There's a slight pause, as if the mighty engine has to clear its throat before erupting into action. Then the power dial starts to swing into action as first 500, then 600 horsepower are brought into play. No time to think now – the car is simply rocketing into the blackness of the tunnel. I catch sight of 140mph on the tiny speedo; this is insane. Short seconds later we burst back into the sunlight, and a touch on the right paddle slips yet



another cog into play without any pause in the action; I can't help thinking that all other supercar transmissions are going to feel very crude after this. We swing through a series of curves that join the tunnels together, thumps echoing through the cabin as we cross expansion joints – inevitable with such massive tyres and the carbonfibre body.

Now we're cruising at 130mph in fourth, with barely 200 horsepower being called on, according to the power indicator. The Metcalfe brain computes that this means there's around 800bhp waiting in the wings. Introducing the throttle to the carpet again seems the only sensible option.

Whoaah! As the tacho swings past 4500rpm we're

leaving the relative sanity of Ferrari Enzo levels of power and entering the exclusive Veyron zone: 700bhp rapidly becomes 800, the engine note grows menacingly deeper, more gravelly as the revs rise ever higher, the acceleration hit intensifying beyond hurricane force as the needle storms through 900bhp and lunges for the final 1001bhp marker. This is an entirely new dimension of accelerative excess, four turbos whistling behind me as the red line approaches, and my eyes are fixed on a previously non-existent corner now fast approaching. Another gear slips home just as I start to ease off for the corner. As the wastegates pop and chatter their displeasure at my lack of ●



VEYRON 16.4

Left: main structure is carbonfibre but wings and doors are aluminium. Below: press 'launch control' button, then depress accelerator and brake at same time. Revs rise to 3000. Release footbrake and wheels instantly spin at 50kph before car catches up and you pass 62mph just 2.5sec later. Awesome

constant while they refuse to grumble (a common problem with carbon brakes) despite the massive weight they're having to slow.

Information about the changing grip at the road surface keeps flowing to my fingertips. I can also sense when the rear tyres start to get overloaded with torque; just as I think it's about time I eased off the power, the electronically controlled rear diff shuffles the excess power to the front.

I'm surprised at the amount of turbo lag the Veyron seems to suffer, though. Extracting over 1000bhp from an 8-litre engine that revs to 6500rpm still requires relatively high boost pressures (1.2bar in the Veyron's case) and the four turbos, which all come into play simultaneously, take time to spool up. Go for an overtake in too high a gear and there's an uncomfortable moment when there doesn't seem to be anything happening, followed by a sudden, almighty rush. Accelerating down these short straights, I sometimes find myself making a clumsy dive for the brakes to avoid poking a Veyron-sized hole through the barrier at the next corner. I'm also surprised at how little intervention there is from the ESP at times like this. Only when the heavy masses of the engine take over does the ESP light start to flicker.

That weight, though, is becoming increasingly noticeable the harder we push. There's amazing traction on offer, but with typically slippery Italian tarmac under tyre, you soon feel the weight at the rear starting to get the upper hand. A front/rear weight balance of 45/55 sounds pretty good, but according to Dr Schreiber the quoted 1888kg kerb weight is in fact a dry weight. To get a truer figure you need to allow for 100 litres of fuel, 40 litres of water for engine cooling, 15 litres of water for the twin chargecooler circuit, 20 litres of engine oil, a further 22 litres for the gearbox and another 15 litres for hydraulics, brakes, etc. That puts the weight closer to 2100kg. Dr Schreiber admits the figure was a lot higher(!) but they've taken nearly 200kg out of the car since 2003. Still, there's 1155kg over the rear axle, and that's over 13kg more than the total kerb weight of a McLaren F1.

So it's no Elise (or F1). But while the weight works against it on these roads, that's not to say it feels unwieldy or difficult. In fact it handles amazingly well, and having 1000bhp to play with on these roads is an absolute blast.

The problem for Bugatti is that, in creating a mid-engined supercar, it is inviting comparisons with other mid-engined cars that are bound to be lighter and, therefore, more nimble. Cars like the

commitment, I glance down at the speedo to see it hovering between 180 and 190mph. Good grief. I'd have guessed at 160mph but such is the relentless acceleration the Veyron generates at these speeds, your brain struggles to recalibrate.

Before I came out here, I timed my Ferrari 550 from 125mph to 150mph (200kph to 240kph) to help give me some sort of reference for today. It took a smidge over six seconds, which seemed pretty cool at the time. It's not now, though. The Veyron needed just under three seconds to cover the same increment. So that's half the time taken by a near-200mph Ferrari. That's madness.

Outside, the dramatic rear spoiler has been brought into play. Normally it lies flush with the bodywork, but it rises on its hydraulically powered struts once the speed exceeds 138mph. It also functions as an air brake, tilting upwards in just

0.4secs to add up to 0.6g to the braking effort, as well as increasing downforce over the rear axle.

The Veyron is clearly in its element on the autostrada but how will all this power translate to the twistier sections of the Targa Florio course? We pull off at the next junction to join part of the historic road-race route. With 'handling' mode engaged (the ride height drops 45mm at the front and 30mm at the rear, while the rear spoiler is permanently raised) we're immediately into a rhythm as the road flows gracefully up the hillside in a series of constant-radius curves. The Veyron seems to control roll exceptionally well (the super-wide track must help), while the tireless brakes (eight-pot callipers on 400mm carbon discs at the front, six pots and 380mm discs at the rear) are so good you never notice how hard you're making them work, the pedal pressure remaining





BII02989

## SPECIFICATION

### VEYRON 16.4

| | |
|---|---|
| ■ Engine | W16 |
| ■ Location | Mid, longitudinal |
| ■ Displacement | 7993cc |
| ■ Cylinder block | Al alloy, dry sumped |
| ■ Cylinder head | Al alloy, dohc per bank, 4v per cyl |
| ■ Fuel and ignition | Electronic engine management, fuel injection, four turbochargers |
| ■ Max power | 987bhp @ 6000rpm (see text) |
| ■ Max torque | 922lb ft @ 2200-5500rpm |
| ■ Transmission | Seven-speed DSG twin-clutch gearbox, four-wheel drive, front and rear diffs |
| ■ Suspension | Double wishbones front and rear |
| ■ Brakes | Carbon-ceramic discs front and rear, 400mm diameter front, 380mm rear, ABS, ESP |
| ■ Wheels | 19.7in diameter front, 21.25in rear |
| ■ Tyres | 265-680 front, 365-710 rear Michelin PAX system |
| ■ Weight (kerb) | 1888kg (see text) |
| ■ Power-to-weight | 531bhp per ton |
| ■ 0-62mph | 2.5sec |
| ■ 0-125mph | 7.3sec |
| ■ 0-186mph | 16.7sec |
| ■ Top speed | 253mph |
| ■ Price | c£830,000 (€1,000,000 plus local tax) |
| ■ On sale | Now |

**evo RATING** ★★★★★





Carrera GT and Zonda F. Choosing the Veyron over these rivals is to admit that you're more likely to get your kicks from the Bugatti's pulverising acceleration on the straights, rather than enjoying race-car dynamics through the curves.

None of which should stop us celebrating the Veyron's existence. It is a true engineering marvel, and some of the world's greatest engineers have worked long years to turn Ferdinand Piech's vision of the world's first 1000bhp supercar into reality. That seven-speed DSG gearbox is one of the finest pieces of engineering I've ever sampled in a car, period. The ride is superbly judged, as are the steering and the brakes. In fact the ease of driving this 250mph-plus car is extraordinary, while the build quality is such that it simply feels it will last forever. It's also one of the best looking cars on the planet.

In previous decades, Dr Piech's magnificent obsessions have brought us the all-conquering Porsche 917 and Audi Quattro. Today we have another masterpiece, the 1000hp Bugati Veyron. Whatever its detractors would like us to think, the world is a better place because of it. ■

# THE LAUNCH

## Roger Green takes a look behind the scenes of the Veyron launch

*Exhibit 4*



# car

## NEW!
**car** RE-INVENTED
DRIVING! OPINION!
EXCITEMENT!
CRASHES!

## BUGATTI WORLD EXCLUSIVE
# 212MPH
## ON THE ROAD

Climb aboard the 1000bhp
Veyron - faster than
Schumacher's
F1 Ferrari

**NEW
ASTON
VANTAGE
DRIVEN**
Is it *really* a
911 beater?

**THE LATEST
BMW M3
FOR £20k?**
Yes, you can

OCTOBER 2005 £3.90 USA $9.25 ISSUE 518

BI 100007



BI 100008



# 212 MPH

AND STILL ONE GEAR TO GO

The Veyron is the most incredible car ever – and CAR was the only magazine at its final high-speed tests on public roads in Germany

Story Georg Kacher
Photography Charlie Magee

BT 100009



BI 100010

F IT WASN'T FOR THE
holiday traffic the Veyron would be travelling faster than a mere
212mph. Slowcoaches in flat-out AMG 55s and BMW M5s,
hampered by their 155mph limiters, keep looming large in the
windscreen, stopping progress as effectively as an uphill
juggernaut. Under hard braking and pulling 0.6g now, the
Bugatti feels like a 737 aborting take-off at the very last minute.
Crazy, since the car is still travelling at 130mph.

It's like a moment from *Back to the Future* when Marty opens
the door and finds himself in another time, another place. We've
arrived at a critical moment in the history of the motor car. We're
here to see the rules rewritten, the impossible achieved. We're
witnessing the final shakedown of a car that one day you will tell
your grandchildren about. And it makes your knees go weak.

Now, I have to be honest with you, I'm not behind the wheel
of this Bugatti Veyron 16.4. Despite all my grovelling and
attempted bribery on your behalf the big cheeses have decreed
that total secrecy means total secrecy until the car gets launched
in October. But, in one crucial respect at least, they have
relented. I am here with the technical director of Bugatti
Engineering, Wolfgang Schreiber, as he puts the car he helped
create through an intensive and exhaustive final test. I'm the only
person outside Bugatti to have been granted this privilege, to be
in a position to down-load his thoughts directly. This is a truly
life changing experience – not even Michael Schumacher gets
to travel this fast, even on raceday.

ON THE FAR LEFT OF THE INSTRUMENT
binnacle there is a round dial with an unusual calibration. The
needle starts at zero and swings round to the 1001 horsepower
mark (that's 1001ps, or 987bhp), displaying the enormous
elemental force produced by the awesome quad-turbo engine.

To reach 155mph, where most rivals throw in the electronic
towel, no more than 270bhp is required. But what happens
when you summon the remaining 700-odd? 'Then hell breaks
loose,' says Schreiber with a knowing smile. He is one of only
three people who regularly push the million euro Bugatti to the
limit – on race tracks, on VW's proving ground and on the road.

'The Veyron is a truly groundbreaking piece of kit,' he says.
'The maximum combustion energy in fact adds up to 3000bhp
– 1000bhp is swallowed by the cooling system, 1000bhp goes
through the exhaust apparatus and 1000bhp is relayed to the four
driven wheels. A thousand horsepower – that's a whole new
dimension. The same applies to the maximum torque – 921lb ft
at 2000rpm. Unlike other transmissions, which would go bust
facing a four-figure challenge, ours can take up to 1106lb ft. With

BI 100011

THE VEYRON IS THE
GRANDEST GRAND
TOURER, NOT A
RACER IN DISGUISE



01 Even if you're just dawdling around, the Veyron's use of high-quality materials encourages you to get involved. You'll want to use the finely crafted paddles more than is strictly necessary. Right for up, left for down. Seventh comes into play above 215mph

02 Like the grille and the two-tone exterior paint, the machined aluminium inside the Veyron alludes to pre-war Bugattis. Don't expect it to turn up on the next Passat

03 It can't be a coincidence that the German manufacturers have chosen this year to abandon the 155mph voluntary limit; the Veyron makes every other car's performance figures look modest

04 Oh go on then – but wash your hands first. Like the Aston in this issue, the Veyron makes sense of the otherwise daft vogue for starter buttons. It'll feel like you're touching the hand of God, as per the Sistine Chapel's ceiling

05 Hydraulic suspension permits changes in ride height, partly to save you from speed bumps but mostly to make the best possible use of the aerodynamics. Driver also gets some control over the rear wing and spoiler combo

06 Changes can be made manually using the paddles or the stubby stick, or you can just stick it in automatic. In sport mode, the engine revs to the red line in every gear and changes down early

BI 100012



BI 100013



## Another day, another headache

**1998-1999**
Volkswagen acquires the Bugatti marque, and has an idea.

**1998-1999**
EB118 and EB218 are built in quick succession, but never made public. Engineers casually mention packaging issues

**OCTOBER 1999**
Tokyo show sees first official prototype – EB 18/3 Chiron, featuring massive 18-cylinder engine. Engineers looking a bit worried

**SEPTEMBER 2000**
EB 18/4 is shown to the world at Paris, with two cylinders missing. Engineers a bit happier

**SPRING 2001**
VW tells the world it will build the car, starting in 2003, and mentions 987bhp. EB 16.4 is born. Engineers sweating profusely

**SPRING 2002**
VW announces top speed and £1m price. Show car morphs into first prototype and starts testing. Engineers working round the clock

**BUGATTI**

BI 100014



minimum – but so is the downforce. At the front, there is zero lift, and in the rear there are a mere 40 kilos resting on the wing. In 'handling' mode, which is good for up to 234mph, the corresponding figures are 150kg for the front axle and 200kg for the rear axle.

Like the Mercedes SLR McLaren, the Veyron is equipped with an air brake. 'But in our car, the rear vision remains intact even when the flap is up,' gloats Schreiber. 'When you hit the pedal hard at 126mph-plus, the air brake effects a deceleration of 0.6g. At the same time, the downforce increases by up to 300 kilos. As a result, the rear wheels can take a much larger share of the brake balance without approaching their lock-up limits.'

The team camped out in the wind tunnels at Audi and Sauber to fine-tune the Veyron for the best blend of speed, thermodynamics and stability, and wound up with a shape that could hit 254mph in ideal conditions with 'only' 1001ps. But, just to be on the safe side and protect the precious top speed, they squeezed out even more power to cover for the possibility of adverse conditions. So, when they say the W16 engine packs 1001ps they're being conservative – it's more like 1050ps, or 1036bhp.

When you pump out this kind of grunt you're going to be producing some serious heat, and the engineers were left scratching their heads at the prospect of cooling the Veyron down. 'It's impossible to completely cool down the energy freed by 1001 horsepower,' explains Schreiber.

The Veyron has four radiators: two big ones in the nose and two mid-size ones coupled with air conditioning condensers which are positioned in the wheel houses. When needed, up to four fans will expel excessive heat. Schreiber says: 'With every extra cubic inch of air that flows through the car, the drag coefficient suffers and you lose a little speed. That's why several of the vents and louvres you saw on the show car had to disappear.'

To stop the brakes from frying the pads under pressure, the wheel carriers feature integrated snail-shaped ducts which lead cool air to the discs. Since heat poses its biggest threat in stop-go traffic, all air deflectors automatically go into maximum cool-down mode at low speed. In this position, the complex steel and aluminium architecture sizzles and crackles like a swarm of locusts, and the car is engulfed by the scent of hot engine oil, burnt fuel, brake pad dust and Michelin rubber. It feels eerily like the scene of a plane crash, but without the fire.

Bugatti buyers are going to want a bit of cosseting, too, and that's a big ask of a suspension system when the headlines are this fast and this heavy. 'The Veyron covers

Continued on page 100

**01** Two-tone paint is compulsory and there's very little on the options list, apart from a choice of seats and this dancing German in beige trousers. He'll cost you €2499, plus tax
**02** There are neat details everywhere. Owners will see a lot more of the filler on the other side – flat out, the Veyron can empty its fuel tank in 20 minutes
**03** Look carefully and you'll spot two conventional pipes, one either side of the central outlet. Never before has a road car's exhaust system been asked to do so much



JUNE 2003
Customer demo car spins at Laguna Seca in front of potential buyers. Engineers say 'told you so' (quietly)

JULY 2003
VW boss Pischetsrieder calls off the press launch at three days' notice and demands steering rack changes. Engineers looking uncomfortable

SEPTEMBER 2003
Bugatti president Dr B Neumann takes the flak at the Frankfurt show, and then quits. No sign of the engineers

WINTER 2003
Wolfgang Schreiber begins the re-engineering process, with some new engineers

SPRING 2004
MkII prototypes start testing, but launch is postponed for a year due to 'quality issues'. Engineers starting to see the light

AUGUST 2005
CAR hooks up with production-ready Veyron. Engineer [below] happy despite facial expression, possibly a little concerned about next phase: 2000bhp anybody?

## The technical challenges

All that power makes unprecedented demands on every single component



**VITAL STATISTICS**
**Price:** 1 million euros
(approx £660,000)
**Engine:** 7999cc Quad W16 four turbos, 987bhp & 6000rpm, 922lb ft @ 2000rpm
**Transmission:** Seven-speed sequential, four-wheel drive

### 01 Engine
If the mention of a W16 configuration conjures up images of old bi-planes with cylinders splayed out at all angles, the reality is slightly less dramatic. The block essentially comprises two of Volkswagen's space-efficient narrow-angle V engines, of the sort first seen in the Golf VR6 nearly 15 years ago. So small is the angle between each of the banks in the V that just one cylinder head is required to cover both. So viewed in cross section the Bugatti's engine looks like a traditional V shape, not a W.



### 02 Tyres
Cracking 250mph is just part of the job. Building a tyre that will withstand those speeds without falling apart yet still work at real-world speeds is a bigger problem.

For a tyre to work at low speeds and in the wet it needs to be relatively soft and drape itself over the minute bumps in the road surface. But this increases rolling resistance and heat build-up, with potentially disastrous results at four miles a minute. It fell to Michelin to develop a special set of runflat boots for the Veyron.

At high speeds, tyre pressure increases from 3.0 to 3.5bar to decrease rolling resistance and reduce heat build-up. Just don't expect to find a spare at your local Kwik-Fit.

### 03 Cooling and aerodynamics
Getting rid of the heat generated by an engine designed to propel two tonnes of metal at one third of the speed of sound, particularly one that's mounted in the middle of a car, has been a major headache for Bugatti's engineers.

Although the 2005 car in these pictures at first glance looks much the same as the original 1999 Tokyo show car, vital changes were made to allow more cool air to the engine.

Cooling ducts disrupt the airflow, which together with downforce-creating spoilers threatened to prevent the Veyron reaching the 250mph target so important to VW's then-chief Ferdinand Piech. The final car features a large pop-up spoiler which retracts fully for V-max assaults, cutting drag and downforce when the driver twists a 'speed key'. An airbrake helps slow it, like the SLR.

### 04 Transmission
Why was the Veyron repeatedly snapped undergoing testing at Warwickshire's MIRA research facility so far from home? Because the seven-speed DSG gearbox was developed and built by Ricardo, whose driveline and transmission department is based in nearby Leamington Spa. Bugatti claims the 'box is capable of handling 185lb ft more than the 922lb ft the Veyron's W16 produces. DSG is used throughout the VW group, but none has been asked to handle anything approaching this amount of torque. Ricardo became involved in the project in 2000, and worked on the whole four-wheel drive system, not just the gearbox.

## Quicker than a jet fighter

Road cars, race bikes, mother nature – the Veyron won't be beaten



| | 0 secs | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **USAF F18 Hornet** | | | | 0-60mph 3.57sec | | | | |
| **McLaren F1** | | | 0-60mph 3.2sec | | | | | |
| **Bugatti Veyron** | | 0-62mph 2.5sec | | | | | | |
| **Cheetah** | | | | 0-60mph 3.59sec | | | | |
| **MotoGP bike** | | 0-62mph 2.5sec | | | | | | |
| **Honda Civic Type-R** | | | | | | | 0-62mph 6.6sec | |

BI 100016



EVEN AT 203MPH, THE FORWARD URGE IS STILL
ENORMOUS. PATIENCE IS REALLY ONLY REQUIRED FOR
THE FINAL 15MPH BEYOND 240MPH

BI 100017



BUGATTI VEYRON
ON THE ROAD

'Let me tell you about
the first time I saw a
Veyron on the road...'
'Shut up, grandad'

a wider speed spectrum than any other sports car,' says Schreiber. 'It must ride reasonably well at 25mph, and at the same time it must be perfectly stable and confidence-inspiring at 250mph. To meet these conflicting requirements there are three different suspension settings to choose from: standard, handling and top speed. Instead of installing adjustable springs, dampers and anti-roll bars, we opted for a quick-acting central hydraulic system which permits, among other things, instantaneous ride height adjustments.'

In standard mode, the ground clearance is 125mm all round – enough to climb kerbs and to straddle sleeping policemen.

The Bugatti runs on OZ wheels shod with runflat PAX tyres supplied by Michelin. The chassis incorporates an ambitious mix of hi-tech elements. Carbonfibre is the material of choice for the monocoque and the rails attached to it, the tubular space frame which accommodates the front suspension and the rack-and-pinion steering is made of aluminium, the rear subframe and the transverse engine carrier consist of high-strength steel.

'Even at very high speeds, the roadholding is simply phenomenal,' promises Schreiber, and while you might say 'he would say that', the man has racked up more than 5000 clicks in various Veyron 16.4s.

'It's a very benign car which tracks with precision through corners fast or slow. Lift-off oversteer is never an issue, nor is traction. But the main mission of the four-wheel drive system is optimum stability in all conditions. The dynamic torque split typically sends 70 or 80 percent of the oomph to the rear wheels, which are governed by an electronic diff lock.

'The steering is quite direct at two turns from lock to lock, but at the same time it feels totally relaxed and always in control. I am also very pleased with the brakes, which are spontaneous and full of stamina.'

## Engineers vs marketeers

It takes a miracle to make a show car work in the real world

FERDINAND PIECH AND HIS big mouth. How the engineers must have cursed the former Volkswagen boss's assertion to the press that the Veyron would top 1000bhp and 250mph. And this before a single working prototype had been built.

The parallels with the Mercedes SLR McLaren are undeniable. Both appeared first as jaw-dropping show cars before being passed over to teams of unfortunate engineers tasked with working these fanciful sculptures into cars capable of overturning the supercar hierarchy.

With the memories of developing his F1 road car a decade earlier still fresh in his mind, no wonder Gordon Murray found the McMerc experience so

unpalatable. His F1 road car was engineered first, styled second, a triumph of function over form. His aim was not to make the fastest road car, only the best.

He made no wild claims for record-breaking speed and acceleration, showed no overstyled mock-ups, yet the finished 1140kg car was not only aesthetically pleasing but recorded performance figures so otherworldly they ensured it remains a benchmark car 11 years later.

But there have been others since the McLaren F1, let's not forget. The pursuit of dynamic perfection shaped Ferrari's Enzo just as it had the F40 before it.

It's not a conventionally beautiful car, but the Formula 1-inspired nose provides the Enzo with useful downforce at speeds approaching its near 220mph maximum. Like Murray, Ferrari didn't talk numbers. To do so would be to sell a great car short.
CHRIS CHILTON

**Like the Veyron, flawed
SLR began as a show car**



UNLIKE THE FERRARI ENZO, THE Veyron is not a racecar in disguise. Instead, the Bugatti wants to be the grandest grand tourer, a coupé built both for comfort and speed. The unexpectedly roomy cockpit is a luxurious work station trimmed with the finest materials: soft leather, even softer suede, high-quality carpets and plenty of carefully machined, beautifully detailed aluminium.

Incorporated in the centre stack are the controls for the air con and Burmester stereo, with a modest single-disc CD player. An 'incoming call' button in the headliner suggests there is a phone hidden somewhere in this high-end landscape, and we even note a basic guidance-by-arrow navigation system in the right hand corner of the rear-view mirror which must be programmed via an external PDA. Grouped around the gearlever are three buttons labelled 'launch control', 'start engine' and 'handling set-up'.

'The Veyron is a pure-blooded driving machine, not a showcase for electronic gadgets,' says Schreiber. 'That's why we left out everything that could distract the driver, like a complicated sat nav system or a complex on-board computer. You must not forget

that the Veyron extends the speed envelope by between 60 and 100mph. Even at 200mph, the forward urge is still enormous. At about 240mph the drag resistance and the rolling resistance are beginning to take their toll. But patience is really only required for the final 15mph.

'I can tell you what it's like to drive along at 250mph. It's kind of a surreal experience, an excursion into a different world, a big shot of adrenalin, but without sticky palms and wide eyes. After all, you are covering about 111 metres per second at 250mph. The steering is now totally devoid of any power assistance, the engine is approaching 6500rpm in seventh gear, and the tyre pressures climb from 3.0 to 3.5bar within 15 seconds. To increase the top speed by 1km/h would at this level require an extra 8bhp.'

This is it – the feeling of driving at 250mph, the otherworldly dream that was originally envisaged by Ferdinand Piech. It's the ultimate expression of his life's work. When he was at Porsche, he demolished his rivals with the legendary 917; at Audi, he humiliated the competition with the Quattro; at VW, he paid peanuts for the Bugatti name so he could ⌐

BI 100018



Never mind driving or riding in one, just seeing a Veyron will turn your world upside down

## Buying a Bugatti

If you don't own a bank, you'll need to rob one. And then another

**01** YOU NEED TO shell out 300,000 euros plus tax as a holding deposit. If you're quick you may be able to reserve one of 10 or so cars that are still available for delivery in 2006

**02** THEY'VE SOLD more than 30 Veyrons so far, the first of which will be shipped to an American customer later this year

**03** THEY'VE BUILT 23 Veyrons to date, but only two are in final spec

**04** IT'S BEING assembled at the hi-tech Molsheim facility, only a stone's throw from the factory where the original Bugattis were built

**05** IF YOU PUT A deposit down, Bugatti boss Thomas Bscher will make himself available to give you a demo drive. He's an ex racing driver, so it should be memorable

**06** YOU GET A two-year/ 50,000km warranty. If you break down, call the 24-hour flying doctor. Structural repairs or engine work can only be done at Molsheim

**07** YOU CAN specify the colour (must be two-tone), the type and size of seat and the colour of the leather, but there are no factory extras (there's always Halfords)

**08** PRODUCTION of the car, originally intended to be restricted to six years, will be extended depending on demand

**09** THERE WILL BE no more than 20 Bugatti dealers on the planet, but in some cases you'll be able to buy at Bentley outlets

**10** THE CAR WITH chassis number seven – light blue over dark blue – is to be delivered to a certain Ursula Piech

realise the dream you see here, setting a performance standard no other marque will ever match.

Piech initially wanted a bigger engine, with 18 cylinders. But although the engineers were able to persuade the great man that welding two 4.0-litre W8s together was sufficient, he simply refused to budge on his performance criteria. So, if it didn't pack 1000bhp and touch 250mph, it wasn't going to get built. The engineers weren't sure they could pull this trick off, particularly with a car shaped for style rather than performance. The original show cars were designed by Giugiaro, but it was VW's Helmut Warkuss who drew the final shape, and Piech loved it, despite its inherent dynamic flaws. He was confident Bugatti Engineering in Wolfsburg could pull it off, and so they did, thanks to Schreiber and his team of 80 highly skilled specialists.

But nobody who has been involved in the project will try to kid you that it's been an easy ride. 'In the beginning, it was pure chaos,' recalls Bugatti president Thomas Bscher. 'We counted over 600 problems with the basic packaging requirements, the whole cooling issue was one big unsolved problem, and the promised power output existed only paper.'

Schreiber agrees that not everything went according to plan: 'When I joined Bugatti in autumn 2003, the petrol pumps delivered barely enough fuel for 650bhp. Since the engine was running lean, full-throttle test runs were always a big risk. So we had to start from scratch, developing a modern ionic current knock control system as well as more powerful petrol pumps. At the same time, the car had to go back to the wind tunnel because it built up so much drag that the engine would not even reach its nominal speed. As a result, changes were made to the underbody, the rear diffuser, the wheel houses and the nasal air intakes.

'Another sore point were the driveshafts which kept running dry. The rubber bellows were distorted

by the extreme centrifugal forces so that they touched nearby deflector panels which cut them open, allowing the grease to escape.

'For safety and rigidity reasons, the monocoque and the entire front end module of the car had to be redefined and reinforced. The solenoids and the actuators of the hydraulic system did not work properly either. And the originally fitted Brembo brakes left something to be desired, too. That's why we ended up fitting 400/380mm front/rear ceramic rotors courtesy of SGL, massive eight-piston front and six-piston rear AP Racing calipers and high-performance Pagid brake pads.'

FOR BUGATTI, JUST AS FOR THE REST OF us mortals, the sight of the Veyron running is an emotional experience. That it has cost the company money, that it will never pay back the investment – even at a million euros a pop – is of no consequence. They have changed the face of the automotive world forever, and history will remember them for it.

Under the circumstances you might be forgiven for thinking that they would give themselves a breather, but no. Bugatti won't stop at the Veyron. We'll soon be seeing two derivatives, a lightweight SuperSport and a version with a folding or removable top. Since the W16 engine and seven-speed DSG gearbox are big-investment items, this drivetrain may be used again for the Veyron replacement, which is tipped to be a front-engined coupé or saloon.

Long-term, Bugatti would love to do a lightweight car. 'One idea is to create a relatively compact mid-engined sports car, probably powered by a biturbo VR6', says Bscher. 'Alternatively, we may try and find a suitable V8 for a beautiful front-engined coupé designed along the lines of the legendary Type 53.'

Great. But first, let's celebrate the mighty achievement that is the Veyron 16.4. **car**

BI 100019

*Exhibit 5*



Nissan (Skyline) GT-R JAPAN'S HOTTEST SUPERCAR

# ROAD & TRACK

Ford's
475-bhp **Shelby**
**GT500**
Convertible

plus: READERS' CHOICE AWARD **WINNER!**
**BESTCAR**2006
See Page 51...

**Wild**
**Thing!**

**Bugatti**
**Veyron 16.4:**
**World's Fastest**
Production Car

January 2006    $3.99

B1102991

03920

DRIVING IMPRESSION



BI102992

# Veyron 16.4

## Behind the wheel of the fastest and most powerful production car in the world

### BY PATRICK HONG • PHOTOS BY STEPHANE FOULON

CASTELBUONO, SICILY—WARNING! DO NOT read on if: 1) Your right foot is heavier than your left foot, and 2) Your driver's license is one ticket away from being revoked.

Okay, you made it this far, which means you are probably at least sane enough to consider the following:

Forget the 660-bhp Ferrari Enzo, the 605-bhp Porsche Carrera GT, the 617-bhp Mercedes-Benz SLR McLaren, or even the mighty 627-bhp McLaren F1. These supercars are simply slugs compared with the new 2006 Bugatti Veyron 16.4 (16.4 for 16 cylinders, 4 turbochargers). This $1.2 million "hyper-exotic" boasts 987 bhp (1001 metric horsepower) and 922 lb.-ft. of torque, enough to propel the 4160-lb. beast to a top speed of over 250 mph. And according to the factory, a 0–62-mph acceleration run (0–100 km/h) can be done in 2.5 seconds, 0–124 mph can be reached in 7.3 sec., and 0–186 mph in 16.7 sec., faster than you can re-read and comprehend the astonishing stats.

It is not possible to talk about the Bugatti Veyron's high-speed and massive power capabilities without first discussing the technology behind it. However, we'll let renowned McLaren F1 designer Gordon Murray share his expert opinion on engineering and styling of the Veyron in the following pages. I'll focus on what it is like to drive this amazing exotic during the car's introduction in Sicily. In three words:

Amazing!

Thrilling!

Un-be-liev-able!

Climbing aboard the Bugatti Veyron 16.4, you are intimidated initially by the car's impressive specs. In the instrument cluster—beyond the usual tachometer, fuel level and coolant temperature gauges—sits a special dial on the lower left that shows how much horsepower is being used at any moment, up to 1001 metric horsepower. And on the lower right is the speedometer that has 280 mph as the last marker.

Twist the key and turn on the ignition. All you can hear is a quiet murmur, giving no hint of the engine's enormous potential. The interior is furnished in premium leather accentuated by aluminum. The seats are supportive, though the driving position is low and slightly canted toward the center due to the intruding left front wheel well.

This also doesn't help the vision forward, which is partially blocked by thick A-pillars. Tap the 7-speed direct-shift transmission (DSG) gearshift lever to the right once and you are in 1st gear. Slowly feed in more throttle and the Veyron responds with a slow crawl.

Unlike other high-horsepower supercars where there's a risk of stalling the car because of high horsepower and a hard-to-use clutch, or the gut-wrenching sound and feel of a hydraulic-actuated clutch slipping, the Bugatti scoots away with minimal fuss. In the first 100 ft., you can already tell the Veyron is very civilized. Loaded with the luxurious amenities such as a stereo with CD player, navigation system, air conditioning, etc., combined with a docile low-speed driving character, the Bugatti could be used to drive to the store or run errands.

But what fun is that, driving a hyper-exotic around town?

Find an open road. Romp on the throttle. Unleash the Veyron's 8.0-liter quad-charged 987-bhp W-16 engine. This 2-ton ferocious beast catapults forward and accelerates at more than 1.1g, albeit with just a slight pause before the car really kicks in. Once on its way, the rocketship ride is smooth but forceful, thanks to its seamless direct-shift transmission, which delivers this enormous power appropriately to all four wheels.

On long stretches of a Sicilian highway, the Veyron can get up to speed so fast that the speed dial goes up just as quickly as the rpm dial. Cruising at 140 mph is effortless. Pedal to the metal and the Bugatti charges up to 170 mph in an instant, just as effortlessly. Unfortunately, the continual stream of local Sicilian traffic never allowed for any faster speed runs, as the Veyron's triple-digit closing speeds make even light traffic seem heavy. Also, its shock tuning is fixed with no adjustment for sport or comfort, so the gaps on Sicilian highways and bridges pound the double-wishbone suspension relentlessly, preventing you from forcing the Bugatti into achieving higher speeds.

There are three basic speed settings on the Veyron: Standard, Handling and Top Speed. In Standard mode for speeds up to 137 mph, the car's ride height is set to 4.9 in. Diffuser flaps are open up front, and the rear spoiler remains retracted. For speeds above 137 mph and up to 233 mph in the Handling mode, the

ride height is changed to 3.1 in. in the front and 3.6 in. at the rear. When the front diffuser flaps remain open and the rear spoiler is extended fully, the Veyron is designed to maintain a 45/55 front/rear weight distribution even at high speeds. In Handling setting, the car experiences 772 lb. of downforce, thanks to aerodynamics.

Finally, to reach speeds beyond 233 mph, the car must come to a complete stop and a second key must be inserted to the left of the driver's seat to engage the Top Speed mode. This is to ensure the driver goes through a checklist, including checking tire pressures, before the car is allowed to run without a speed governor. The Top Speed setting puts the Bugatti ride height at 2.6 in. up front and 2.8 in. at the rear. The front diffusers close and the angle of the rear spoiler is decreased to reduce drag. Of note, if you are driving in the Top Speed mode and apply the brakes beyond a predetermined threshold pressure, the car automatically reverts to Handling mode. In addition, the Handling setting can also be activated below 137 mph via a button on the center console.

At slower speeds, the Bugatti Veyron's Michelin PAX run-flat tires generate noticeable tire noise. The ride is firm, and can be surprisingly harsh on roads that are not well maintained. On Sicily's twisty mountain roads, the Veyron's 4160-lb. curb weight never over-ran the car's ability to carve a corner. The steering is extremely responsive and gives good feedback from the front tires. The weighting is a bit lighter than preferred, though there is still a positive and confident on-center feel. Shifting is a breeze, thanks to the steering-wheel-mounted paddles. But with the engine's enormous power and flexibility, no matter what gear you are in, just romp on the throttle on corner exit, point the car straight ahead and let the W-16 take you on a thrilling ride like no other in the world.

After only a brief drive in the Bugatti Veyron 16.4, you can't help yearning for more. It's hard not to be addicted to the tremendous horsepower and torque. With the production capped at 300 units, about 50 per year over the next six years, I'd better find a way to persuade Bugatti that I need another turn in the Veyron for a more "in-depth" assessment. Or I'll have to start saving for the $1.2 million price tag it commands.

BI102993



TECHNICAL ANALYSIS

# Anatomy
## OF A SUPERCAR



### The road to 250 mph is a technically fascinating one

BY GORDON MURRAY · PHOTOS BY STEPHANE FOULON

THE BUGATTI VEYRON 16.4 IS NO DOUBT the result of many thousands of engineering hours, and certain elements of the car are indeed cutting-edge concept and design. The two main areas that demonstrate new technology are the engine and the transmission.

The engine itself is an engineering wonder and includes some interesting new anti-knock sensing. The gearbox and gearchange system are right up to date utilizing dual-wet clutches and twin layshafts. In my opinion, this is the only way to go to attain quick, smooth gearchanges for a vehicle without a manual clutch. Most semiautomatic systems are violent in their application and not very satisfying from a driver's point of view. The Veyron gearchange is fast and extremely well applied. The complete powertrain is a great showcase for the parent company, Volkswagen AG. Another area where the car is pushing boundaries is with its electronic control systems and, in particular, their application. I drove the Bugatti on the road and on the track, which demonstrated just how seamlessly the chassis and powertrain functions have been sewn together.

The chassis/body structure is hybrid like the last Bugatti (EB110) with carbon fiber used for the primary structure and aluminum



■ The 987-bhp Bugatti Veyron 16.4 (16 cylinders with 4 turbochargers) hyper-exotic is finally here. In addition to its 250-mph plus top speed capability, its interior and exterior styling also make it unique, with many interesting details.

BI102994



BI102995

alloy for the body and front crash structure. In this respect, the all-carbon McLaren F1 and the RTM (Resin Transfer Molding) carbon Mercedes-Benz SLR McLaren are, in fact, more advanced. Carbon-ceramic brakes are used as with the Porsche GT and the SLR.

The aerodynamics is interesting and complex. The design and development have been directed at problem-solving in the areas of cooling and vehicle stability. At such high speeds, the basic shape of the Veyron will generate a lot of lift. Add to this a large frontal area and 10 radiators and heat exchangers, and suddenly here's where the 1001 hp [metric horsepower] dissipates at 250 mph! The $C_DA$ figure [drag coefficient x frontal area] is at the high end of the scale for rear-engine sports cars. At these sorts of speeds, a massive amount (often three or four times the net figure) of downforce has to be generated to overcome the basic lift in order to achieve the target figure for net downforce. The Veyron is a full ground-effect vehicle like the McLaren F1 and Ferrari Enzo. The downforce increases as a square of the speed, so there are large forces to design for at speeds approaching V max [top speed]—these forces eat into available suspension travel and can cause high-speed stability problems.

Compounding this problem is that ground-effect cars are notoriously sensitive to ride height and pitch changes. I solved these problems on the F1 by having just enough downforce for high-speed stability and by giving the driver a manual control over the rear wing for a 50-percent increase in downforce at lower speeds. The F1 is also designed with an automatic "air brake," which deploys when the chassis ECU detects a certain combination of speed and deceleration. The air brake increases the $C_D$ but more important, interacts with the ground-effect forces by increasing the tail vortex and base suction, which results in an increase in downforce of 100 percent and a rearward movement of the aerodynamic center of pressure of about 4 ft., which helps negate the pitch problem. The Veyron uses the McLaren air brake system but also has a hydraulic ride-height control system, which optimizes the ride heights and chassis in-



BI102996

cidence for different speeds and loads. The F1 goes a little further with automatic brake cooling and fan-assisted boundary control for the rear diffuser.

When designing a car, I like to do a large amount of aerodynamic "block studies"—this being the basic size of the car with a cabin shape derived from engineering and packaging studies. The block model incorporates representative internal airflow for cooling. This process determines air entry and exit holes, along with the basic shape of the car so styling can begin.

As the drag increases as a square of the speed, the power requirement increases as a cube of the speed because the power itself is speed-dependent. The Veyron because of its high $C_DA$ figure and huge cooling drag needs 100l hp to go 12 mph faster than a McLaren F1 producing 627 hp. To help understand the problem of starting a car program from a weak point aerodynamically, we do some calculations: A turbocharged F1 producing 1001 hp would achieve 281 mph assuming the same drivetrain efficiency. Another way of looking at this equation is that an F1 would need "only" 740 hp to reach the Bugatti's top speed. All this demonstrates just what an uphill struggle the Bugatti team faced to achieve their targets.

Very high top speeds in road cars produce some other very challenging problems. Some are small, such as keeping the windshield wipers attached to the glass, preventing the centrifugal force from opening the tire inflation valves and making the side mirror mounts torsionally stiff enough not to rotate at V max. Then there are much more serious high-speed problems such as a partially open side window being sucked out from the very low local pressure caused by the air accelerating around the A-pillar. Tire designers can design for very heavy vehicles or very high speeds but a combination of the two is a massive challenge. A Bugatti Veyron fully loaded and with aerodynamic load is in the order of 2½ tons at 250 mph!

Weight saving should be by design and not a post process. Weight is the car designer's biggest enemy. It works against you in every single aspect of vehicle dynamics. Power-to-

weight ratio is one of the most misunderstood figures in the automotive world. Achieving a good power-to-weight figure by applying huge horsepower to a heavy car is in no way the same thing as achieving the same ratio with a very light car. For all its 1001 hp, the Veyron falls short of a McLaren F1's power-to-weight figure.

For me, car design *is* packaging. To create something truly forward-thinking, a designer has to challenge the accepted major component placement in an automobile. Styling innovation becomes more accessible when the packaging is innovative. With the F1, we set out to design the best driver's car we could, and by being innovative with componentry placement, we squeezed three occupants, a V-12, 90 liters of fuel and good luggage space into a car the same size as a Porsche Cayman. The restrictions on styling and innovations are apparent in the Veyron—the all-wheel drive and power targets must have made the designer's life a nightmare. Although the Bugatti is quite short, it is very wide and suffers from most of the rear mid-engine problems, such as high cowl height, pedal offsets, no luggage space and poor three-quarter rear view.

I have a "real-world" checklist when designing road cars: 1) size or perceived size; is the car intimidating to drive? 2) ergonomics; primary and secondary controls, pedals; 3) luggage capacity, cabin storage; 4) driveability, slow traffic engine characteristics, overtaking; 5) ride and handling; 6) ease of parking.

A road car should be designed with a checkmark against all six.

In summing up the Bugatti Veyron, had I not driven it, I would have great difficulty in deciding just what it stands for and where it fits in. To be absolutely fair, the Veyron team did not set out to challenge the McLaren F1, Enzo or Porsche GT as the ultimate driving machine. This certainly doesn't do at two tons with turbo lag. It also falls short of the Ferrari 612 Scaglietti and the Mercedes SLR McLaren for high-performance touring because of the outward vision problems and lack of luggage space. Where it absolutely succeeds is as a massive technical achievement—a state-

ment for VW AG. And it will be guaranteed a place in automotive history because of the performance figures.

On paper, its nearest relative by specification is its brother, the Bugatti EB110—multi-cylinder turbo engine, hybrid construction, awd and impractical on the road. It is much nearer the SLR for totally accessible performance for almost everyone, thanks to the electronics—but without the ergonomics and luggage space. I have a lot of admiration for the perseverance of Bugatti president, Dr. Thomas Bscher, and his technical team for delivering the vehicle program and creating a unique piece of automotive history.



| BUGATTI VEYRON 16.4 SPECIFICATIONS | |
|---|---|
| List price | est $1,200,000 |
| Curb weight | est 4160 lb |
| Wheelbase | 106.7 in. |
| Track, f/r | 68.5 in./64.6 in. |
| Length | 175.7 in. |
| Width | 78.7 in. |
| Height | 47.4 in. |
| Fuel capacity | 26.4 gal. |
| **ENGINE & DRIVETRAIN** | |
| Engine type | quad-turbo dohc 64V W-16 |
| Displacement | 7993 cc |
| Bore x stroke | 86.0 mm x 86.0 mm |
| Compression ratio | 9.0:1 |
| Horsepower (SAE) | 987 bhp @ 6000 rpm |
| Torque | 922 lb-ft @ 2250 rpm |
| Fuel delivery | elect. sequential port |
| Transmission | 7-speed paddle-shift manual |
| **CHASSIS & BODY** | |
| Layout | mid engine/all-wheel drive |
| Brake system, f/r | 15.7-in. drilled & vented discs/ 15.0-in. drilled & vented discs, ABS |
| Steering | rack & pinion, vari pwr assist |
| Suspension, f/r | upper & lower A-arms, coil springs, tube shocks, anti-roll bar/upper & lower A-arms, coil springs, tube shocks, anti-roll bar |
| Wheels | 20 x 10 f, 21 x 14 r |
| Tires | Michelin Pilot Sport PS2 PAX; 265/680ZR 500A f, 365/710ZR 540A r |
| **PERFORMANCE CLAIMS** | |
| 0–100 km/h (0–62 mph) | 2.5 sec |
| 100 km/h–0 (62–0 mph) braking | 103 ft |
| Top speed | 253 mph |



■ The Veyron's 7.9-liter W-16 engine sits midships and is mated to a 7-speed paddle-shift transmission. Inside, aluminum accents abound. And the 1001 metric horsepower dial and a special key to activate the top-speed mode hint at the car's enormous potential.



BI102997

## STYLING ANALYSIS

# IN THE WORLD OF THE Hyper-Exotic

DESIGNING A REAR MID-ENGINE SUPERCAR is never a simple task and a car with 1001 hp [metric horsepower] multiplies the normal design and development problems by a large factor. The Veyron's design team must be applauded because the starting point was so wrong. Arbitrary targets of 1000 hp and 250 mph and 0–60-mph in under 3 seconds were set at the very beginning of the program. But worse still, a styling model was shown and accepted! This is a bad starting point for any car, but for a

high-performance car, it's a disaster.

The Veyron team has done wonders to get where it has today. I can identify with them to a certain degree because with our SLR program, we were also given a "show car" as a starting point—the exception was that we had well researched targets for market positioning, a performance envelope and, most important, an agreed definition of what the car was trying to be. I've probably been a little spoiled in my 40 years of car design where—the SLR

apart---every project was absolutely focused with targets and vehicle character totally clear before a model or prototype was even begun. (Nothing in the automotive industry has its function and targets more clearly defined than a Formula 1 car.)

During the McLaren F1 road car program, styling was not started until all the major technical targets were set and all the engineering problems were solved, along with packaging and basic aerodynamic shape.

The styling of the Veyron is growing on




## BUGATTI STYLING

LOWEST WINDSCREEN POINT AND FRONT COWL ARE VERY HIGH FOR A MID-ENGINED SPORTS CAR. DUE TO ENGINEERING PACKAGING WINDSCREEN SHAPE BECOMES LETTERBOX AND THE DRIVER'S VIEW IS COMPROMISED.

BASIC SHAPE PRODUCES HIGH LIFT FIGURES

FILLED-IN B/C PILLAR GIVES CAR A SOLID LOOK BUT ALSO ZERO 3/4 REAR VISION.

NOTCH BACK STYLING CREATES SEPARATION, TURBULENCE AND DRAG. A GLASS REAR DECK COULD PERHAPS SAVE 100 HP. AND ALLOW A LOWER REAR WING POSITION.

MCLAREN TYPE AIR BRAKE ELEMENT IS TOO FAR FROM BODY TO FULLY INTERACT WITH GROUND-EFFECT BASE SUCTION

ZERO FRONT RAMP ANGLE IS A UNIQUE FEATURE. THIS IS MADE POSSIBLE BY USING HYDRAULIC RIDE HEIGHT, THE FRONT DIFFUSERS ARE HIDDEN.

A-PILLAR THICKNESS AND MIRROR POSITION—BAD FOR POSITIONING CAR ACCURATELY ON CORNER ENTRY.

SIDE DUCT DOES NOT WORK VISUALLY AND IS UNCOMFORTABLY SHALLOW (BECAUSE OF THE SIDE GLASS DROP GEOMETRY). THIS WOULD BE BETTER DISGUISED AS FEATURE WITH SINGLE COLOUR PAINTWORK.

SHORT OVERHANGS HELP GIVE THE OVERALL STYLE A POWERFUL STANCE

OVERALL LOOK IS DYNAMIC AND PURPOSEFUL - GREAT ROAD PRESENCE. THE FEEL IS VERY SOLID AND INCLUDES A GOOD BALANCE OF CLASSIC CURVES WITH ENGINEERING SHAPES.

BI102998



**In Handling mode, the Veyron's** ar spoiler is fully extended and the e height lowered to give maximum wnforce and traction. Its awd vetrain rides on special high-speed chelin run-flat tires.

For more photos see
www.roadandtrack.com

me and certainly works much better in the metal. I'm thankful that the stylist was not tempted by the current trend of the ever-more complicated "melting fruit" look! I really like the top engine intakes, which are works of art in their own right. The styling is a wonderful mélange of classic curves and mechanical edges and elements—this should ensure that the car will still look good years from now, and therefore have a chance of becoming a future classic. The extreme rear of the Veyron has some curves good enough to stroke. The

rear end is let down only by the "square" exhaust; an exhaust pipe should be exactly what it says! Wheel design is elegant and technical and echoes past Bugattis.

The interior is a strange mixture of simple sports car and over-the-top luxury. The detailing and quality are both fantastic, and the tactile side works very well with a heavyweight feel to the switchgear. Ergonomics has come second place to style with several problems with outward vision and controls.

Most supercars fit into three categories:

1) real world, designed to be used and enjoyed on normal roads; 2) track cars; 3) collector cars, i.e., engineering showoffs. Some supercars fit into two or even three of these categories.

One final point is that I have always felt a little responsible for starting this lunatic chase for top speed with the McLaren F1 (even though top speed was never one of our targets!), and the Bugatti Veyron should put an end to this nonsense and let the designers get on with the job of designing good fun, efficient sports cars.—*GM*



BI102999



AIR INTAKES ARE A WORK OF ART. ~ OPEN ENGINE COVER NOT TOO PRACTICAL!

TREATMENT OF THE MCLAREN F1 TWIN NOSTRIL INLETS IS EXCELLENT — MUCH BETTER THAN THE FERRARI, LAMBORGHINI & PORSCHE ATTEMPTS.

THE GENERAL STYLING IS VERY WELL RESOLVED WITH LOTS OF AREAS USING CLASSIC, POWERFUL CONVEX AND REFLEX CURVES ~ THE BEST ILLUSTRATION OF THIS IS THE AREA ABOVE & BEHIND THE REAR WHEEL ARCH. BUGATTI "HORSESHOE" IS TOO OBVIOUS AND IS WEAKEST POINT ON THE CAR ~ SHOULD HAVE BEEN MORE INTE-GRATED & SUBTLE.

ENGINEERING DETAIL ON WING MECHANISM IS A DELIGHT ~ WOULD NOT BE OUT OF PLACE ON AN ITALIAN SUPERBIKE FRAME!

FRONT AND REAR LIGHTS ARE RESTRAINED, TECHNICAL AND ELEGANT VERY MUCH "SPORTS CAR."

FANTASTIC DETAILING ON WIPERS ~ NORMALLY VERY DIFFICULT TO DESIGN EXPOSED WIPERS TO LOOK GOOD.

GREAT CREASE OVER FRONT WINGS THROWS HIGHLIGHTS THAT ACCENTUATE THE WONDERFUL NOSE LINE ~ REMINISCENT OF THE FERRARI DINO 206 SP.

GENERAL QUALITY OF THE INTERIOR IS FIRSTCLASS, THE LAYOUT IS SPORTS CAR BUT THE FEEL IS LUXURY. BEAUTIFUL MECHANICAL DETAILING TO SWITCHGEAR.

VERY HIGH COWL HEIGHT FOR A MID-ENGINED SPORTS CAR (6½" HIGHER THAN AN F-1) ~ LIMITS VISION.

A-PILLAR AND SIDE MIRROR OBSCURE THE BODYWORK OVER THE FRONT WHEEL MAKING THE CAR VERY DIFFICULT TO PLACE IN A CORNER.

SOME GREAT SHAPES AND CURVES IN THE ALUMINUM BITS.

CLASSIC INSTRUMENT BINNACLE ~ SMALL INSTRUMENTS ARE IMPOSSIBLE TO READ.

AN ABUNDANCE OF GREAT DETAILING IN ALUMINUM ALLOY WITH VERY HIGH QUALITY FINISH EVERYWHERE ~ OVERALL EFFECT IS A BIT "BRIGHT."

OFFSET SPOKES ON STEERING WHEEL.

PEDALS ARE THE ONLY PART OF THE INTERIOR THAT IS "ORDINARY" ~ PEDAL OFFSET DETRACTS FROM DRIVING EXPERIENCE.

STANDARD ELECTRIC SEATS PLACE THE OCCUPANT A LITTLE HIGH ~ OPTIONAL SPORTS/MECHANICAL SEATS HAVE THE POSITION A LITTLE TOO LOW.

BI103000

*Exhibit 6*

NOVEMBER 2005 **AUTOMOBILEMAG.COM**

# Automobile



# CIVIL WAR!
## Z06 vs FORD GT vs VIPER

## 500-HP SUPERCARS
### REAL ROADS.
### REAL FAST.
### WHO WINS?
PAGE 48



**BUGATTI VEYRON**
AT WARP SPEED
IN THE WORLD'S
MOST INSANE CAR

**CAYMAN MEETS 911**
ARE THESE
PORSCHES TOO
CLOSE FOR
COMFORT?



USA $3.99
Canada $4.99
UK £2.20



BI 100020

GEORG KACHER
CHARLIE MAGEE

# IT'S REAL!

Finally, we drive the world's
fastest and most expensive
automobile, the 987-hp
Bugatti Veyron EB 16.4.

BI 100021

O n the far left of the instrument binnacle, the Veyron has a round dial with some unusual calibration. The needle begins at zero and swings around to 1001. That's 1001 as in PS, German for *horsepower*. (Converted to American units applicable here, the Veyron produces a mere 987 hp.) Like the power reserve display in the Rolls-Royce Phantom, this gauge shows the immense energy produced by the awesome 8.0-liter, sixteen-cylinder, quad-turbo engine. To reach 155 mph, where lesser sports cars throw in the towel, only 266 hp is required. When you summon the remaining 721 hp, all hell breaks loose. The only other street car that can compare is the McLaren F1, and the Bugatti is even more impressive when you

start approaching the scary but scintillating 200-mph-plus speed range.

"The Veyron is a truly groundbreaking vehicle," says Wolfgang Schreiber, technical director of Bugatti Engineering, one of only three people who regularly push the EB 16.4 to the limit. Before the Veyron, he specialized in lightweight materials and recently guided development of Volkswagen's twin-clutch DSG transmission. "The maximum combustion energy adds up to 3000 PS; 1000 is swallowed by the cooling system, 1000 goes through the exhaust, and 1000 is relayed to the four driven wheels; 1000 PS is a whole new dimension.

"The same applies to the maximum torque of 922 lb-ft at 2000 rpm. However, while other transmissions would go bust facing a four-figure challenge, ours can take up to 1107 lb-ft. With the ESP stability system switched off, you can even provoke



BI 100022



# UNLIKE THE FERRARI ENZO, THE VEYRON IS NOT A RACING CAR IN DISGUISE. INSTEAD, THE BUGATTI IS INTENDED TO BE THE GRANDEST GRAND TOURER.

Ferdinand Piëch's dream of reviving Bugatti as a modern supercar has been realized at last. The grille and the logo (below) are probably the only parts that Ettore Bugatti would recognize. The rear wing tilts up to aid braking from high speeds. It retracts for top-speed runs.

third-gear wheel spin on slippery surfaces. That's why it takes time to familiarize yourself with this machine. The Veyron is benign and relatively easy to drive by supercar standards, but it requires respect." The writer nods in agreement. I have just whistled down a local autobahn at speeds of up to 212 mph, hardly breaking a sweat, but the 100-mph-plus speed differential completely freaked out other drivers. Not many people check their mirrors often enough to spot the Bugatti zooming up at warp speed, despite its four glaring xenon headlights and its menacing silhouette.

## PIËCH'S DREAM

Like Oscar Wilde, Ferdinand Piëch always craved the best. At Porsche, he demolished his rivals with the legendary 917. At Audi, he came up with the Quattro. At VW, he paid peanuts for the Bugatti name before spending big money on the development of the Veyron. Its mission was to end the eternal *citius, altius, fortius* debate forever by establishing a performance standard that no other marque could match.

Although Piëch initially had proposed an even more extreme eighteen-cylinder engine, he eventually settled for the W-16, which is composed of two 4.0-liter W-8 units. But the monosyllabic Austrian would not compromise on the performance targets. Maximum power had to nudge the 1000-hp threshold, and max-

imum speed had to be in excess of 400 kph (249 mph). The asking price was set at 1 million euros—approximately $1.23 million—plus taxes. While Piëch loved the car, the engineers hated it, citing insurmountable cooling and aerodynamic problems. But the chairman did not budge: no styling changes, no performance compromises, no excuses.

## THE ANGLO-FRANCO-GERMAN CONNECTION

The new home of Bugatti is in Molsheim, France, only a stone's throw away from the original premises. A neatly renovated castle serves as luxurious residence for managing director Thomas Bscher. The professional banker and extremely competent racing driver is the senior ambassador for the horseshoe brand. Final assembly of the Veyron also takes place in Molsheim. Clinically clean, the minimalist marble monument eclipses even the Volkswagen Group's showcase facility in Dresden. "Capacity is not an issue," says Bscher. "There is enough readily available land to assemble 1000 or even 2000 vehicles a year. In ten years' time, when legislation should be less stringent for small-volume makers, Molsheim may concentrate on bespoke coachbuilt automobiles for affluent customers."

For the time being, however, the new Bugatti car company is still in its infancy. So far, no more than twenty-three Veyrons have been completed. Of that batch, only the last

BI 100023

## BUGATTI VEYRON

The 8.0-liter sixteen-cylinder engine is created from two 4.0-liter W-8 units (each of which is a marriage of two narrow-angle V-4s). Four turbochargers are fitted. Output is a stratospheric 987 hp and 922 lb-ft of torque at 2000 rpm. Cooling the engine was one of the biggest challenges; the car uses four heat exchangers.



TO REACH 155 MPH, ONLY
266 HP IS REQUIRED.
WHEN YOU SUMMON THE
REMAINING 721 HP, ALL
HELL BREAKS LOOSE.

BI 100024



Inside the million-dollar car (actually closer to $1.25 million) are custom-fitted seats and aluminum trim. The "speed key" (below), set between the driver's seat and the doorsill, accesses top-speed mode. It's best to remove it for valet parking.

two vehicles are final-spec, preproduction examples. The first car will be shipped to an American customer. Chassis number seven will be delivered to a certain Ursula Piëch.

### SUPER-HIGH SPEED

"A perfect balance between drag coefficient and downforce is essential at very high speed," says Schreiber. "Before you can attempt to reach the 254-mph top speed, the car's aerodynamic profile needs to be adjusted." To do so, you turn the "speed key" located between seat and sill. In top-speed mode, the rear wing and the tail spoiler above it retract almost fully, the front diffuser panels close, the ride height drops to 2.6 inches at the front and 2.8 inches at the back, and the drag coefficient decreases from 0.37 to 0.36. In this setup, drag is at a minimum—but so is downforce. At the front, there is zero lift, and at the rear, there is a mere 88 pounds of downforce.

In handling mode, which is good for up to 233 mph, the corresponding figures are 331 pounds on the front axle and 441 pounds on the rear end. Like the Mercedes-Benz SLR McLaren, the Veyron is equipped with an air brake. In the Bugatti, however, rear visibility remains intact even when the flap is up. "When you hit the pedal hard at 126 mph plus, the air brake gives 0.6 g of additional deceleration. At the same time, the downforce

increases by up to 662 pounds. As a result, the rear wheels can brake harder without approaching lockup," says the chief engineer.

Team Bugatti spent many days in the wind tunnel to fine-tune the Veyron for the best blend of speed, thermodynamics, and stability. Although the quoted power output is 987 hp, all the engines built so far have made 1035 hp.

### COOLING A CANNONBALL

"It's impossible to completely cool down this amount of energy," says Schreiber. "But you can implement stringent airflow management to increase the amount of air to the engine." The Veyron has four heat exchangers: two big ones in the nose of the car, for the engine and for the intake air, as well as two mid-size. Two more air-conditioning condensers are positioned in the wheelhouses. When needed, up to four fans expel excessive heat.

"It is extremely difficult to find a common denominator for the cooling and aero requirements," acknowledges Schreiber. "With every extra cubic inch of air that flows through the car, the coefficient of drag suffers, and you lose a little speed. That's why several of the vents you saw on the show car had to disappear." To stop the front brakes from frying the pads under pressure, the steering knuckles feature integrated snail-shaped ducts that lead cool air to the discs.

BI 100025

BI 100026



# THE VEYRON CONQUERS PHYSICS IN A MANNER PREVIOUSLY THE DOMAIN OF YOUR FAVORITE VIDEO GAME.

In stop-and-go traffic, all air deflectors automatically go into maximum cool-down mode. At this juncture, the complex steel and aluminum architecture sizzles and crackles like a swarm of locusts, and the car is engulfed by the scent of hot engine oil, burnt fuel, brake-pad dust, and Michelin rubber.

## THE ULTIMATE SUSPENSION COMPROMISE

According to Schreiber, "The Veyron covers a wider speed spectrum than any other sports car. It must ride reasonably well at 25 mph, and at the same time, it must be perfectly stable and confidence-inspiring at 250 mph. To meet these conflicting requirements, there are three different suspension settings: standard, handling, and top speed. Instead of installing adjustable springs, dampers, and antiroll bars, we opted for a quick-acting central hydraulic system that permits, among other things, instantaneous ride-height adjustments."

In standard mode, the ground clearance is 4.9 inches all around—enough to climb curbs and straddle traffic-calming speed bumps. The Bugatti runs on OZ wheels shod with run-flat PAX tires supplied by Michelin. The sizes read like credit card numbers: 265-680/R-500A up front, 365-710/R-540A out back. The chassis incorporates an ambitious mix of high-tech elements (see Techtonics sidebar).

The Bugatti boys certainly got their calculations right. Even at very high speeds, the roadholding is simply phenomenal, and the car is incredibly stable. It tracks with precision through fast or slow corners, and things like traction or lift-off oversteer are never an issue. Bugatti fitted four-wheel drive to ensure optimum stability in all conditions, with a dynamic torque split that typically sends 70 or 80 percent of the torque to the rear wheels, which are

governed by an electronic diff lock. The steering is quite direct at two turns from lock to lock, but at the same time, it feels totally relaxed. As you might expect, in a car designed to run at 250 mph, the brakes are phenomenal—as we prove several times when slow-moving traffic fails to spot us.

## THE WORLD'S MOST EXPENSIVE PLAYSTATION

The Veyron is everything the graphic designers from the Sony studios have ever dreamed of and more. This car moves on a different level and at different speeds, an alien object that works in its own parallel universe. The Bugatti cannot (yet) beam away the vehicle in front of it, neutralize red traffic lights, or take off and bypass congestion in midair, but the EB 16.4 does accelerate like a time

capsule on its way into orbit. Forward thrust is still strong at 200 mph and beyond, and the Veyron conquers physics in a manner that was previously the domain of your favorite video game.

Predictably, the performance figures that are claimed for this 4300-pound two-seater are simply out of this world: 0 to 62 mph in 2.5 seconds, 0 to 125 mph in 7.3 seconds, and 0 to 188 mph in 16.7 seconds.

The transmission is a mighty seven-speed DSG manu-matic supplied by Ricardo. You can change gears with your thumbs or via the joystick in the center console, which also selects the drive mode of choice. Automatic is fine wherever speed limits beckon, but the most fun is the sport program, which revs every gear to its redline, shifts down really



Only the very lucky, very rich will get a driver's-eye view of the Veyron. The tach is in the center, the speedometer (with markings to 280 mph) is to the right, and to the left is a power gauge reading from 0 to 1001 PS (0 to 987 hp). The transmission is a seven-speed DSG manu-matic, shifted via paddles or lever.

early, musters a telepathic throttle response, and segments the B-roads around Wolfsburg into special stages for a very special car. "The fuel consumption can only be described as acceptable," states Schreiber without batting an eyelash. "In normal use, the Bugatti typically betters 12 mpg. At full throttle in top gear, however, you are looking more at something like 4 mpg." One assumes the owners can afford it.

### COMFORT AND SPEED

Unlike the Ferrari Enzo, the Veyron is not a racing car in disguise. Instead, the Bugatti is intended to be the grandest grand tourer. The unexpectedly roomy cockpit is trimmed with

the finest materials: soft leather, even softer suede, high-quality carpets, and plenty of carefully machined, beautifully detailed aluminum that reprises the instrument panels of classic Bugattis. Incorporated in the center stack are the HVAC controls, the single-disc CD player, and the keyboard for the ear-opening Burmester stereo. An incoming-call button in the headliner suggests there is a phone hidden somewhere in this high-end landscape, and we even note a basic guidance-by-arrow navigation system in the right-hand corner of the rearview mirror, which must be programmed via an external PDA.

Grouped around the shift lever are three buttons: launch control, start engine, and han-

## Veyron who?



Bugatti employed some of the finest racing drivers in the 1920s and 1930s, among them Italian Achille Varzi, Frenchman Jean-Pierre Wimille, and Monégasque Louis Chiron. Even this brilliant Italian, Tazio Nuvolari, who was best known for his exploits in Alfa Romeos, raced a number of Bugattis.

Which makes it a bit peculiar that the current incarnation of the company chose to name its fabulously expensive and powerful supercar after one of the more obscure factory drivers it employed in the 1930s. Sure, Pierre Veyron won Le Mans in 1939, sharing the driving with Wimille in a streamlined Type 57C, but he was never a front-ranking driver.

He began his career driving in voiturette races — one step down from grands prix — before going to work at the Bugatti factory in Molsheim, France, in 1933 as a test driver. He



became the regular works driver for Bugatti in voiturette races in a 1.5-liter Type 51A. During 1933, he was very successful,

but the arrival of stern competition from the English E.R.A. marque and from even faster Maseratis sidelined the aging Bugatti. Thereafter, he drove occasionally in sports car events, returning after a two-year layoff for the Le Mans triumph.

During World War II, Veyron won a Croix de Guerre as a member of the French Resistance. After hostilities ended, he resumed his racing career with Gordini, winning his class at both the 24 Hours of Spa and the Montlhéry 12 Hours. He died in 1976.                              **Mark Gillies**

PIERRE-VEYRON/GEOFFREY GODDARD COLLECTION

## BUGATTI VEYRON

dling setup. "The Veyron is a pure-blooded driving machine, not a showcase for electronic gadgets," says our companion. "That's why we left out everything that could distract the driver, like a complicated navigation system or a complex onboard computer.

"You have to remember that the Veyron extends the speed envelope by 50 or so mph. Even at 200 mph, the forward urge is still enormous. At about 240 mph, the drag and rolling resistance are beginning to take their toll. But patience is really only required for the final 16 mph. The total acceleration time from a standstill to top speed is 55 seconds.

"What's it like to drive at 250 mph? It's kind of a surreal experience, an excursion into a different world, a big shot of adrenaline—but without sticky palms and wide eyes, even though you are covering 367 feet per second at 250 mph." Schreiber says that it would take an extra 7 hp to improve the top speed by only 0.6 mph at these rarefied speeds.

### A NIGHTMARE SOLVED

"In the beginning, it was pure chaos," says Bscher. "We counted more than 600 problems with the basic packaging requirements, the whole cooling issue was unresolved, and the promised power output existed only on paper."

Schreiber agrees that not everything went according to plan: "When I joined Bugatti two years ago, the car's fuel pumps delivered barely enough gasoline for 650 hp. Since the

engine was running lean, full-throttle test runs were always a big risk. So we had to start from scratch, developing a sophisticated ionic knock-control system as well as more powerful fuel pumps. The vehicle had to go back to the wind tunnel, because it built up so much drag that the car would not even reach its target speed. As a result, changes were made to the underbody, the rear diffuser, the wheelhouses, and the nasal air intakes.

"Even the driveshafts kept running dry, because the rubber bellows that housed the grease were so distorted by the centrifugal force that they touched nearby deflector panels and cut them open. The solenoids and the actuators of the hydraulic system did not work properly. And the original Brembo brakes left something to be desired, too. That's why we ended up fitting 15.7-inch-diameter front and 15.0-inch rear ceramic rotors supplied by SGL and massive eight-piston front and six-piston rear AP Racing calipers."

### THE FUTURE OF BUGATTI

Even optimists would struggle to call the Veyron a commercial success. After all, no more than thirty to forty cars have been sold so far, depending on whom you ask. According to the Molsheim grapevine, there are still at least ten free slots in the 2006 production plan. Not surprisingly, production now will last for eight years instead of six.

The car is being sold by twenty dealers

worldwide. Wherever it makes sense, Bugatti intends to tap the Bentley network. The required down payment is more than $370,000 plus tax, and the warranty is limited to two years and 31,000 miles.

In case of a breakdown, customers can expect a twenty-four-hour flying doctor's service. If, however, structural repair work is required or the engine needs attention, the car must be sent back to its birthplace. The client can specify the paint scheme, the type and size of the seats, and the color—but not the quality—of the leather. That's it.

What's next from Bugatti? First of all, we are likely to see two additional Veyron derivatives: a lighter SuperSport and a version with a folding or removable top. Since the sixteen-cylinder powerplant and the seven-speed DSG are big-investment items, this drivetrain may be used again for the Veyron replacement, which is expected to be a front-engined coupe or sedan. Long-term, Bugatti would love to do a lightweight car that has more in common with classic Molsheim products such as the Type 55 roadster.

"I can promise you right now," says Bscher, "that we are going to make money on the very first car that rolls off the line." Incredulous silence. "Yes, Molsheim is profitable." A pause. "But the investment in Bugatti has long been written off by our parent company." ∎



---

## ↓ TECHTONICS BUGATTI EB 16.4 VEYRON

### POWERTRAIN

The 8.0-liter quad-turbo W-16 engine positioned behind the passenger cabin sends a hearty 987 hp forward to a Ricardo seven-speed dual-clutch manu-matic transmission. Torque exiting this box of twenty servo-controlled helical gears runs fore and aft to energize both axles. The rear wheels are permanently engaged. Front drive is activated on demand by a Haldex device built integrally with the forward differential. Traction should be no concern, even with 922 lb-ft of torque on tap.



### CHASSIS

The car's occupants are carried within a carbon-fiber-reinforced cabin molded integrally with a pair of thirteen-gallon fuel tanks. A welded aluminum spaceframe attached to the composite center section supports the rack-and-pinion steering gear, the front suspension, the front differential, and the radiator. Aft of the cabin, three composite members and a steel spaceframe support the engine and rear suspension.

With a demonstrated top speed approaching 250 mph, braking capacity, tire reliability, and directional stability are serious issues. A wide duct at the front of the Veyron rams cooling air to the inner reaches of the 15.7-inch-diameter carbon-composite brake rotors. Michelin PAX run-flat radials were engineered to sustain speeds up to 253 mph without excess tread temperature; other priorities are low rolling resistance, comfort, and wet and dry grip. Flaps ahead of the front wheels work with a wing and a spoiler at the tail to keep the tires on the ground. All four aero aids are servo-controlled. During braking from speeds exceeding 126 mph, the wing is canted at a 70-degree angle to aid both deceleration and rear-tire traction. According to Bugatti, the Veyron can stop from its maximum velocity in less than ten seconds.                    — Don Sherman

BI 100028

*Exhibit 7*

**Cigar Aficionado Online**

Home > Magazine Archives > Spring '95 > The Bugatti: $350,000 Wheels

**Published Spring 1995**

# Back Again

## With a $350,000 Supercar, the Legendary Italian Automobile Company Bugatti Has Returned to the Car Market

by Michael Knepper

Minutes from the Santa Monica Freeway, in California, supposedly the single busiest strip of highway in the world, there's a lightly traveled two-lane highway that spins through the mountains of the Los Angeles National Forest. It's rather lightly traveled because it goes no place in particular, unless you live in Big Pines or Wrightwood or want to take the long route to Barstow. Which makes it a great place to play with a new Bugatti EB110 that could be especially powerful or might have tremendous handling potential.

Getting the Bugatti out on that asphalt playground shows it has both. Power? A 3.5 liter V-12 with four turbochargers that can propel the car from zero to 60 mph in less than 3.5 seconds. Handling? Fully independent suspension, Michelin MXX radial tires as wide as Aunt Flossie's backside, brakes with discs as big as garbage-can lids and race-car-quick rack-and-pinion steering. All that comes wrapped in a package as sleek and threatening as anything that's come off a designer's drawing board in eons. All that for $350,000-- give or take.

With a price tag like that, you can appreciate that the first

BI107474

couple of miles up the twisty delight might make a driver a
bit uneasy. At least until you get comfortable with it.
Actually, the uneasiness begins while driving the rocket on
wheels out of the parking lot at the Beverly Hills Rolls-
Royce dealership. The thought of driving in Los Angeles
traffic and then joining the action on the Santa Monica
Freeway was a bit daunting. The first minor bump scraped
the car's low chin spoiler on the driveway ramp. Nice start.

Visibility to the rear is severely limited, thanks to huge
panels plumbed for air intakes for the midmounted engine
and the rear spoiler, which nicely bisects the small rear
window. Lane changes are made with a great deal of care
and peering about. But all goes well on the surface streets,
and, merging quickly with the freeway traffic, the car's nose
soon points toward the mountains.

The scintillating pulse of the new Bugatti echoes with the
almost unparalleled history of one of racing's greatest
machines. The Bugatti name is legendary among automotive
enthusiasts, although the company built its last serious car in
1939. The name was resurrected in the late 1980s by a
wealthy car distributor in Italy, Romano Artioli, and his
wife, Renata, who built a most impressive
headquarters/factory in Campogalliano in northern Italy.

Today's Bugatti is the spiritual if not direct descendant of
the marque that flowered from the early years of this century
until the Second World War. No marque before or since has
owned the sport as Bugatti did. During the years between
the wars, Bugatti virtually dominated the international
racing scene. From 1925 to 1927, Bugatti won 1,851 events,
ranging from hill climbs to Grands Prix, frequently taking
the top three positions in an event. In 1926, Bugatti won 12
Grands Prix, and in another string, Bugatti won five straight
Targa Florios, the famous race around the island of Sicily.

The cars were famous for their power, their reliability, the
attention to detail, but not necessarily innovation. The
founder and stern dictator of every detail, Etore "Le Patron"
Bugatti was stubborn to the point of wrong-headedness. He
simply refused to abandon proven methods in light of the
rapidly improving technology that was sweeping the
industry. (He finally adopted hydraulic brakes years after
they proved far superior to mechanical brakes.) But stubborn
or not, Bugatti built cars that won races, and in those salad
days of the automobile business, cars that won races were
successful in the showroom. It was truly "Win on Sunday,
sell on Monday." Gentlemen sportsmen, and some
sportswomen, bought Bugattis to race, and they bought them

BI107475

to drive on the street. From today's vantage point, it is difficult to appreciate that the Bugatti company was the equivalent of Porsche and Ferrari--combined.

Etore (pronounced: Eh-tory) Bugatti was born in Milan in 1881, the son of a successful artist. In his teens he became fascinated by the motorized vehicles of all shapes and sizes that were clattering and banging around the streets and back roads of Europe. His first involvement with this new phenomenon was with one of the tricycles that were so popular at the time. If it moves and a man can get on it, it will be raced, and so it was with tricycles. By the time he was 19, Bugatti was one of the best trike racers in Italy and one of its most popular sports stars. Bugatti used his innate engineering talent to design most of the machines he raced.

It was inevitable, given the development of powered cars during the period, that Bugatti would turn his talents to four-wheelers. The first Bugatti automobile was built in 1900. But Bugatti didn't immediately go into the automobile-manufacturing business. Rather, for the next several years he designed cars and engines for established firms, constantly adding to his reputation as one of the best designers and engineers in the new industry. After a string of successful designs for others, Bugatti opened his own manufacturing facility in the Alsace town of Molsheim in January 1910.

Later that year, an article in England's *The Motor* wrote about "A New Light Car," which was the first substantial description of a car from the new facility:

The designer of this little car, indeed, has made no attempt to compete with the low-priced popular models already on the market, the price of the Bugatti being higher than any other car of equal horsepower offered to the public. The reason is, the new production stands in a class by itself. M. Bugatti, an Alsatian designer with a high reputation in German factories, has sought to produce what may be termed the motorcar pony, but a pony that is fit to stand comparison with the most costly product of the best factories, and able, notwithstanding its small size and low power, to hold its own in the matter of speed with any touring car built.

That description would hold true for Bugatti's cars for the next three decades, until the Second World War stopped production and, for all practical purposes, stopped Bugatti permanently.

BI107476

Throughout the production run of approximately 7,800 cars, each Bugatti model was designated with the prefix T for Type, which referred to the chassis and drive train. The same chassis type could be used with a wide variety of bodies, some of which were manufactured at Molsheim, but many that were manufactured by independent coach makers. That multiple-body situation can be confusing for the non-Bugattiste. The same type number can be found in reference books as an open race car, an open touring, a closed touring, a coupé, whatever.

The Type 13, the first-production Bugatti and the one written up in *The Motor*, quickly established Bugatti in the fledgling auto industry. The four-cylinder Type 13 was soon joined by the Type 15, Type 17 and on up. The most familiar Bugatti is probably the Type 35, a two-seat, fenderless roadster typically seen in French racing blue. The most famous Bugatti, however, is Type 41, the Royale.

Bugatti's dream was to build the ultimate road car, a dream he mentioned to a friend early in his career. But it wasn't until 1926 that the car became a reality. One part of the definition of "ultimate" in Bugatti's mind, apparently, was huge. The Royale chassis had a wheelbase of 14.5 feet, or 174 inches. (The current Cadillac Brougham, the largest car in production, has a wheelbase of just more than 10 feet, or 121.5 inches.) The straight-eight engine had a displacement of 13 liters. (The V-12 in the Mercedes SEL600 is 6.0 liters.)

The six Royale chassis that would be built over the seven-year "production run" would be fitted with 11 body variations as they changed hands. The cost of a bodied Royale was in the £6,500 to £7,500 range. At the height of the speculation craze in the late '80s, a Royale reportedly sold for $15 million, although no one saw the money change hands. Of the six Royales built, only three are in private hands and theoretically available for sale. It is impossible to say what the going price would be today: none of the three have been offered for sale recently.

The Royale, named for the class of people Bugatti envisioned buying it, was not successful, but Bugatti's other models were. The early '30s in particular were good years for Bugatti. Previous model types were phased out, and the T57 became the basis for a full line of models. Then, in 1939, the war stopped production.

Bugatti moved to Paris, and the German Army converted the

BI107477

Molsheim factory to war production. After the war a legal
battle ensued, and Bugatti was able to reclaim the factory.
Plans were quickly implemented to build a small,
inexpensive economy car as well as a replacement for the
popular prewar T57. But Bugatti unexpectedly died in
August 1947, and with his death the heart seemed to go out
of the company. Jean, the son Bugatti had hoped would
carry on after him, had been killed testing a car just before
the war. A second son, Roland, lacked his father's brilliance.
A few T57s were built (called T101s), but the public was
turning elsewhere and there was no money to revive the
racing effort that had been the key to success. The factory
struggled on with aircraft contract work until selling out to
Hispano-Suiza in 1963.

The long hiatus made the Artiolis' decision to revive Bugatti
all the more interesting. That was surprise No. 1. But the
initial surprise was quickly followed by Nos. 2 and 3--a
prototype EB110 shown at a function for the press in Paris
in September 1991 and the actual start of production in
1993. And then the fourth surprise came along. Artioli
bought Lotus from General Motors. An Italian financial
daily has estimated that with the purchase of Lotus, Artioli,
and possibly some other investors, have spent $120 million.

The EB110, a "sporty" EB110 GT and a more powerful
Sport Stradale (SS) have been on sale in Europe, with 65
cars reportedly delivered in 1993. About 40 more were sold
through the mid-dle of 1994. A version that is a combination
of the 110 and the SS models--called the America, logically
enough--had received certification and was to have gone on
sale in the United States by November 1994. As this was
written, refinements for the American market were still
being made, but Lotus Cars U.S.A., which is handling
Bugatti distribution, said the schedule would be met.

Currently, eight U.S. dealers have been appointed, with
another two to four likely to be named. Adrian Palmer, who
heads Lotus in England, said that 10 to 12 orders for U.S.
cars had been received. "Originally, there was not going to
be a U.S. car," Palmer says. "Bugatti doesn't have to sell
here [to be successful]. But we [Lotus] persuaded them to
come."

What's the market for a $350,000 automobile? Palmer
doesn't know for sure, but he's not worried. "There is a
feeling of optimism, of confidence," Palmer says. "We
believe the market is right in the U.S., where Bugatti will be
a complement to Lotus." Palmer says he expects to sell 40 to
50 cars a year in the United States.

BI107478

Dealers will likely buy a car for potential customers to drive, but additional Americas will be built only when orders are in hand. When those potential customers strap themselves into a Bugatti America, they're in for some kind of ride, an almost unreal experience of "Bugatti-ing." As it turns out, the car made available to this reporter was an early-production version of the basic European EB110, which differs substantially from the America.

This is, once and forever, a high-performance sports car. If you want something that's easy to get into and out of and offers a cushy ride, if you want an automatic transmission, save yourself $315,000 and buy a Corvette. But for an E-ticket ride, stick with the EB110.

For your decision you will get a very low car that is entered through the forward scissoring doors with some minor contortions. You'll get a six-speed manual gearbox hooked to that four-blower V-12 nestling just inches behind your back. A six-foot body can fit comfortably with plenty of headroom. Shoulder room is enormous thanks to concave inner door panels. There is a complete instrument panel dominated by a large round tachometer in the center. (Maximum horsepower is at 8,000 rpm). A small fitted suitcase behind the seats is the only "trunk" on the car. Although there is no room for a spare tire, the big Michelins have "fun-flat" capability (even if all four go flat, it is possible to continue to drive on them for miles)--making a spare tire redundant.

On the freeway, the 110's acceleration capabilities come to the fore--within reason, of course. Maximum fun comes when you drop the six-speed into second and tromp on the gas. Although the engine has 12 cylinders, it's small, so there isn't much torque production at low rpm. But when the tach touches 4,500 rpm, all hell breaks loose. It's as close to being shot out of a cannon as you can get this side of Ringling Bros. The red line comes up quickly, you slam the gear lever into third and hang on again. Of course, at this point you are well on the go-to-jail side of the 55-mph limit, so prudence dictates that you don't explore much further. The ride is harsh and the amount of wind noise in the luxurious cockpit is surprising. Add in the mechanical noise from the engine, and you have a rather high-decibel level.

You, however, continue to grin like a fool.

* * *

BI107479

Leaving the freeway, the Bugatti begs to head toward the mountains to show off the handling side of its exotic-car equation. Nonetheless, the first impulse is to go very slow, not because the car feels like it can't navigate the corners very fast but because you have no immediate sense of where the outer limit lies. The Bugatti can so far exceed the boundaries set by the normal laws of physics that you wouldn't want to go rocketing into one of those mountain switchbacks only to find that it has an unannounced tendency to snap spin or provide some other nasty driving surprise. After all, on this windy test road, a hidden handling problem could mean a long free fall off the mountain. Any concerns are unwarranted.

The car settles into a comfortable speed, where the 110's phenomenal grip is immediately evident. Few cars feel as connected to the road as the Bugatti. It is solid, stable and flat. You accelerate to a corner, brake hard, turn in, apply the throttle, make a clean exit and repeat the process over and over again. The car is a tremendous confidence builder. It makes you feel you can do no wrong.

The America will be considerably changed from the test car--for the better, the company says. The ride will be softer and there will be more horsepower. A hydraulic system in the suspension will lift the car for clearing driveway entrances. ABS and dual air bags will be standard. A carbon-fiber trim will replace the wood trim I saw. The seats will be very aggressive, race-style buckets, but plush leather buckets will also be available.

Bottom line? The Bugatti America will offer stunning looks, power and performance at an equally stunning price. Is it worth it? There is never an answer to that question when it comes to megabuck cars. Yet those few who decide they want the car--and have no problem writing checks--will not be disappointed.

*Michael Knepper is a veteran automobile-industry writer.*

---

## The Brothers Schlumpf

There's at least one important footnote to the Bugatti story-- two eccentric brothers, Hans and Fritz Schlumpf. The brothers were wealthy woolen-cloth and thread millers in Alsace. After the war, for no apparent reason and with no apparent theme in mind, they began collecting cars. However, there was apparently a desire to own at least one

BI107480

of every Bugatti made. Between 1957 and 1973 they collected Bugattis with a vengeance, driving up the price of the marque in the process, which worked against them as they continued to gather in Bugattis.

The Bugattis and hundreds of other collectible cars were kept in a private museum on the mill grounds in the Alsace town of Mulhouse (pronounced: Mul-looz). The pair was soon in financial trouble, in part because of the investment in the museum but also due to a drop in the woolen market and spiraling wages. They went bankrupt, refusing to sell any of the collection to stay in business.

The brothers sent their four factories into receivership, and all workers were fired. In the predawn of March 7, 1977, a group of workers broke into the museum to protest their sacking and found a sight only a privileged few had seen: the Schlumpf collection.

There were more than 400 cars of virtually every type ever sold in Europe. And there were Bugattis by the score--120 on the floor of the museum, which was the size of three football fields, and 150 squirreled away in various workshops. And there were two Royales.

Today, the Schlumpf collection is owned by the state and open to the public.

If you are interested in purchasing reprints of a recent article, please contact the Reprint Department at
reprints@mshanken.com.
(Minimum quantity: 500 copies)

Copyright ©2005 Cigar Aficionado Online

All Rights Reserved.
If you're concerned about privacy, click here.

BI107481

2/23/2006

*Exhibit 8*



## The New Legend...

# EB 110



## The first U.S. Bugatti dealers

**Bugatti of Beverly Hills** Beverly Hills, CA 310-652-4343
**Steve Harris Imports** Salt Lake City, UT 801-521-7940
**Motor Imports** San Antonio, TX 512-341-2000
**Continental Classics Motors** Chicago, IL 708-681-1810
**Sportiva Motor Cars** Denver, CO 303-894-5700
**Classic Automobiles** Bronxville, NY 914-793-7799
**Amthrock Specialty Motor Cars** Philadelphia, PA 215-643-1400
**Palm Beach Motor Cars** West Palm Beach, FL 407-659-6206

## ENGINE & DRIVETRAIN

- V12 engine 3.5 L, 12 cylinder
- Fuel injection with
  4 turbochargers
  5 speed gearbox
  4 wheel drive

- 611 hp @ 8250 rpm
- Power steering
- 4 valve engine

## PERFORMANCE

- 0 – 60 acceleration 3.4 seconds
- Top speed 209 mph

BI107462



*Exhibit 9*





BII01891



BI101892

### BUGATTI

## TOTAL DRIVING CONTROL

The silent pleasure of driving the EB 110 is yet another world record for a Granturismo car, and can be attributed to the special carbon honeycomb chassis which gives optimum weight distribution and the accurate study of the 3

differentials which transmit the engine power to the 4 wheels. The excellent brake system and suspensions with keystone wishbone also play a significant part in the overall handling of the EB 110.

The precision of the controls and very soft gear cloche, which result in easy and relaxing driving even on wet or snow-covered road surfaces, contribute to the world record breaking, extraordinarily efficient, integrated system designed to give ease of handling and an impressive road holding ability.

### BUGATTI

## FOR BUGATTI, SPORT IS PROGRESS

The creation of the EB 110 is the expression of the absolute. The "S" Supersport version represents the ultimate boundary of this absolute. The EB 110S is a lighter version, which with 600 hp of pure power is designed for

enthusiasts who desire the maximum performance from the car whilst retaining comfort and security. Some features have been excluded or replaced with others considered more suitable, for example some elements of the bodywork are made of carbon whilst some mechanical components have been made of magnesium and titanium.

If, as Ettore Bugatti used to say, "weight is the enemy", the result is more than respectable: the total weight is reduced by 200 kg.

All of this was done with one clear goal in mind: to go beyond the automobile.

### BUGATTI EB 110 SUPER SPORT

| | |
|---|---|
| MAXIMUM POWER | 442 KW (600 hp) at 8250 rpm |
| UNIT POWER | 126.3 KW/litre (171.4 hp/litre) |
| MAXIMUM TORQUE | 637 Nm (65 Kgm) at 4000 rpm |
| MAXIMUM REVS | 8500 rpm |
| SUPERCHARGED BY 4 IHI TURBOS | |
| MAXIMUM BOOSTER PRESSURE | 1.15 bar |
| KERBWEIGHT | 1420 Kg. |
| ACCELERATION 0-100 km/h | 3.35 sec. |
| ACCELERATION 0-200 km/h | N.D. |
| 1 km FROM STAND STILL | 19.5 sec. |
| MAXIMUM SPEED | 350 km |



# BUGATTI

## THE THRILL OF POWER

The 12 cylinder, 3.5 l. boosted propulsor designed and tuned at the new Campogalliano facilities provides more than 160 hp/litre, supplied by a stimulating power progression. In only just over 20 seconds the car covers the

## BUGATTI

## THE FASTEST "REAWAKENING" IN THE WORLD

EB 110. The first Bugatti of the new era has presented its credentials: 342 km/h, the world speed record.
The Bugatti Marque has always contributed something extra to the legend of speed. In the case of the

EB 110, a new generation of the homologated Granturismo has been born, whose technical data can illustrate only some of its merits.
The project is the result of the combining of remarkable comfort and ease of handling with the most advanced European technologies (ELF for oils, AEROSPATIALE for carbon materials, MESSIER - BUGATTI - the old "factory" - for suspensions, MICHELIN for tyres...).
The EB 110 is the embodiment of supreme technical elegance, long awaited by those who have never forgotten the

distance of 1 km from standstill and in only 3.46 seconds the car exceeds 100 km/h; another world record achieved by the outstanding torque of 63 kgm at only 3750 rpm and integral traction.
The thrill of 560 hp at 8000 rpm is the result of evolved engineering: 5 valves per cylinder, refined valve timing to the gears, 6-speed gearbox and two differentials integrated in the engine block, electronic Bugatti injection, 4 turbos, intercoolers.

BI101893

### BUGATTI EB 110 GRANDTOURISME

| | |
|---|---|
| MAXIMUM POWER | 411 KW (560 hp) at 8000 rpm |
| UNIT POWER | 117.4 KW/litre (160 hp/litre) |
| MAXIMUM TORQUE | 618 Nm (63 kgm) at 3750 rpm |
| MAXIMUM REVS | 8200 rpm |
| SUPERCHARGED BY 4 IHI TURBOS | |
| MAXIMUM BOOSTER PRESSURE | 1.05 bar |
| KERBWEIGHT | 1620 Kg. |
| ACCELERATION 0-100 km/h | 3.46 sec. |
| ACCELERATION 0-200 km/h | 11.4 sec. |
| 1 km FROM STAND STILL | 20.7 sec. |
| MAXIMUM SPEED | 342 km |

*Exhibit 10*



BI107628

*Exhibit 11*

# MOTOR TREND ■

# classic

MOTORTRENDCLASSIC.COM

LAMBORGHINI
MIURA
SECRETS
OF THE
SUPERCAR
THAT
STARTED
IT ALL

GIANNI
AGNELLI'S
FERRARI
WHEN YOU COULD
HAVE ANYTHING
THIS IS WHAT
YOU DROVE

SAINT'S ALIVE!
WE DRIVE
ROGER MOORE'S
VOLVO

CHUCK
JORDAN
ON LOVING
FERRARIS
AND
DESIGNING
CADDYS

HOMECOMING
2500 MILES
ACROSS AMERICA
IN A BARN-FIND
'57 BEL-AIR

BI107642

JANUARY/FEBRUARY 2006



\* million dollar babies
on the road in the most valuable
musclecars in the world



# O'GARA COACH COMPANY

## Factory Authorized Dealer

Service & Parts
11401 W. Pico Blvd
W. Los Angeles, CA 90211
www.ogaracoach.com
866.343.5599

**Aston Martin**
**Bentley**
**Lamborghini**
**Rolls-Royce**

Showroom
8833 W. Olympic Blvd.
Beverly Hills, CA 90211
www.ogaracoach.com
866.343.5599

## And Now Pleased to Present

Bugatti

BI107643







*Exhibit 12*



**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:    (202) 772-5870
Fax:      (202) 572-1407
Email:    flohr@blankrome.com

February 1, 2006

## VIA EMAIL; CONFIRMATION BY FIRST CLASS MAIL

Geri L. Haight, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA  02111

        Re:    *Volkswagen AG et al. v. The Bugatti, Inc.*
             Our Ref.:  116333-00124

Dear Geri:

        With respect to Defendant's request to view a Veyron in the United States, we have been informed that there should be a Veyron in Miami within the next two weeks.  We will inform you as soon as we have the specific dates so that we can arrange for a viewing.

        Sincerely yours,

        Blank Rome LLP

        Susan B. Flohr

Enclosures

cc:    M. White, Esq.
       L. Savitt, Esq.
       M. Paget, Esq.

*Exhibit 13*

## White,Michael D.

| | |
|---|---|
| **From:** | Flohr, Susan |
| **Sent:** | Thursday, February 16, 2006 5:15 PM |
| **To:** | Haight, Geri |
| **Cc:** | Lessne, Steven A.; White,Michael D. |
| **Subject:** | RE: Bugatti Veyron and Other Issues |

Geri:

The car will be available for viewing next week in Miami. We are working on the arrangements now with our partner Steve Lessne, who is in our Boca Raton office. Please let me know when you can make it down there and I will have him try to arrange to have the car available.

Susan


Susan B. Flohr  | Partner | Blank Rome LLP
600 New Hampshire Ave. NW | Washington, DC 20037
Phone: (202)772-5870 | Fax: (202)572-1407 | Email: flohr@blankrome.com
<mailto:flohr@blankrome.com>

-----Original Message-----
From: Haight, Geri [mailto:GLHaight@mintz.com]
Sent: Thursday, February 16, 2006 3:21 PM
To: Flohr, Susan
Cc: Haight, Geri
Subject: Bugatti Veyron and Other Issues

Susan -

I have been out of the office with the flu for the past few days, but will follow up on on your various emails and letters shortly.


As to your email of February 8th regarding your lack of information as to the timing of a potential inspection of the Bugatti Veyron, please let me know as soon as you are able so that we may make necessary travel arrangements. Also, I renew my earlier request for confirmation as to whether the vehicle with be an exhibition or production model, and whether any model will be available in the Northeast in the next few months.  Please let me know.


Thanks,


Geri


---------------------------------------------------------------

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

---------------------------------------------------------------

1

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information.  If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited.  Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments.  You will be reimbursed for reasonable costs incurred in notifying us.

*Exhibit 14*



**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*     *(202) 772-5870*
*Fax:*       *(202) 572-1407*
*Email:*     *flohr@blankrome.com*

March 2, 2006

**VIA FACSIMILE; CONFIRMATION BY MAIL**

Geri L. Haight, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA  02111

Re:     *Volkswagen AG et al. v. The Bugatti, Inc.*
        Bugatti Veyron Viewing
        Our Ref:  116333-00124

Dear Geri:

        Please be advised that we understand that the Bugatti Veyron will be shown during the Amelia Island Concours d'Elegance, March 10-12, 2006, a public event.  The website for this event is <www.ameliaconcours.org.>.

                                        Sincerely yours,

                                        Blank Rome LLP

                                        Susan B. Flohr

cc:     M. White, Esq.
        L. Savitt, Esq.
        M. Paget, Esq.

*Exhibit 15*

1 of 2 DOCUMENTS

Copyright 2006 The Miami Herald
All Rights Reserved
The Miami Herald

February 28, 2006 Tuesday

**SECTION:** A; Pg. 1

**LENGTH:** 847 words

**HEADLINE:** DRIVING A $1.4 MILLION CAR, WHO NEEDS A CUP-HOLDER?

**BYLINE:** NICHOLAS SPANGLER, nspangler@MiamiHerald.com

**BODY:**

The client currently drives a used Honda Accord that does 0 to 60 in as long as it damn well pleases. He is thinking of upgrading. He wants a $1.4 million Bugatti Veyron. It has the power of 1,001 horses and tops out at 254 miles per hour. It is the fastest, most expensive new car in the world. Only 300 will ever be made, and right now there is only one in North America.

The Veyron was parked at the Braman BMW dealership on Biscayne Boulevard on Saturday — where it will stay for the rest of this week — when the client showed up for a test drive. It made the $340,000 Rolls Royce Phantoms around it look like fat cows. It was black and low-slung, with silver mesh intakes and sharp raised windsplits. It was full of menace. The client thought of Darth Vader's helmet, and of the vehicle Darth might choose if he got very rich and moved to Florida.

"We've had around eight or 10 serious prospects come by," said Ashley Ellott, the dealership's director of marketing. They were all men and include a Mexican industrialist, a cardiologist from Texas and garden-variety capitalists.

### LET'S GO FOR A RIDE

Ashley introduced Pierre-Henri Raphanel, Bugatti's *pilote officiel*, a former race car driver. Pierre would drive first, just to show what the car could do. Pierre was extremely French. "A quarter turn of ze key, and zen ze waiting for checking on ze data from the car, and press ze starter," he said. "It cannot be more simple."

Pierre eased the Veyron out of the lot and down Biscayne. The interior was lined with Alcantara suede dyed the shade of a nice Bordeaux, and the seats, floor and doors were upholstered in matching leather.

"I call it the beauty and the beast," Pierre said. "Even with all the power, it is very relaxing. Even in America, where you have terrible roads. In France it is the opposite: We are spending a lot of money on the roads, but at the end there is no money left to buy cars."

Pierre took the MacArthur to Watson Island, onto a road next to the Miami Children's Museum. Not many children were around, so it was a good place to do what Pierre did next, which was accelerate to 100 miles per hour in around three seconds, take his hands off the wheel and come to a complete stop in another three seconds.

"You see? It stops in a straight line," he said.

The client smiled and said a very, very bad word that would have shocked the children at the museum. Some young men who had seen the performance approached and joyfully unleashed almost two minutes of almost-as-bad words. A sort of motif was developing: All afternoon, young men walked up to the Veyron and swore.

"Do you like it?" the client said. "I just picked it up."

"C'mon bro, I love it," said one of the men. "I can't believe I saw that. I didn't even. . . . Yo, I'm happy for you, bro. Just wear your safety belt."

BI107740

DRIVING A $1.4 MILLION CAR, WHO NEEDS A CUP-HOLDER? The Miami Herald Feb

The client took the wheel and drove to South Beach. He turned onto Ocean Drive. In no time, the 1,001-horsepower, 16-cylinder Veyron was stuck in traffic, which had, truthfully, been the client's plan all along.

**IN THE SPOTLIGHT**

Pedestrians stopped walking. They gasped. They took photos. Everybody smiled. At the cafes, they got up from their chairs and watched. "Is that somebody famous?" asked a woman in very tight white pants.

Sometimes the client waved to them, as royalty might to the commoners. Sometimes he pretended not to notice, but their eyes had curiosity and envy and love like gravitational force.

Later that afternoon, the client had an epiphany. It happened on the way back across the MacArthur Causeway, after he stopped for a red light. He looked to the car on his right and the one behind. There was not a police car in sight. The other drivers looked back. They knew exactly what he was going to do. He accelerated the Veyron from a dead stop to 120 miles per hour. There was no roar as the gears ran up because the windows came up automatically. G-force pressed the client's head back into the supple leather of his headrest, and when he slowed, the cars behind him had vanished. He realized he had to have this car.

He thought this over as he pulled into the Checkers drive-through. NASCAR combo or a fish sandwich, maybe? No, Pierre wasn't hungry and the client could not bear to eat, so he got a medium Coke. $1.4 million doesn't buy you a drink holder, but some things can be overlooked.

**THE FINAL DECISION**

The client could not escape buying this car, and that conviction has not changed.

This is problematic in at least two regards. First, Geico, the company that insures his Honda Accord, is unable to offer insurance on any terms for his new vehicle, because of its price. "Are you going to be keeping the Honda if you get the Bugatti?" asked Michelle, the sales agent he phoned.

"I don't think so," he said.

"Well, we're going to be sorry to lose you," Michelle said.

The second, vastly more problematic regard, is money. Just now, he calculated that if he doesn't eat or pay taxes for the next 28 years, he will have just enough to buy the car but nothing left over for gas.

If you have a story idea, e-mail nspangler@Miami

Herald.com.

**LOAD-DATE:** February 28, 2006

2 of 2 DOCUMENTS

Copyright 2005 The Miami Herald
All Rights Reserved
The Miami Herald

November 3, 2005 Thursday F1WW EDITION

**SECTION:** FN; Pg. 4

**LENGTH:** 379 words

BI107741

**HEADLINE:** duPont Registry unveils first 'best-picks' list;
From the Best Ultimate Exotic to the Best Bang for the Buck, the duPont Registry ranks the best of the best among 2006 supercars.;
EXOTIC CARS

**DATELINE:** ST. PETERSBURG

**BODY:**

The duPont Registry has unveiled its 2006 Exotic Car Buyers Guide, a consumer handbook for exotic, sports and luxury cars, and for the first time has chosen seven "Best Picks."

Among them is Best Ultimate Exotic and Best Bang for the Buck. More than 100 exotics are ranked on various levels, from a $2 Million Gemballa Porsche to the $35K Subaru WRX.

The study compares price, horsepower, torque, 0-60 times and top speeds.

"We reviewed the latest exotics from A to Z and feel that these seven models combine the very best in technology, performance and handling, with the ultimate in styling and luxury," said Tom duPont, Publisher of the buyers' guide.

Here, then, are the winners:

Best New Convertible: Lamborghini Gallardo Spyder. At approximately $180,000 it will restyle your hair at 195 mph, a drive that can only be described as shattering.

Best Ultimate Exotic:Bugatti EB 16.4 Veyron. A mind-blowing 1001-hp produces a 2.4-second 0-60 time and a top speed of epic proportions at 253 mph. This megacar looks and feels like a low-flying aircraft and, even with its $1.2 million price tag, this powerful beauty is worth the wait.

Best New Exotic:Spyker C8 Spyder. An Audi-powered, all-aluminum, mid-engined rocket ship of a sports car that is the automotive equivalent of a high-end Swiss watch. At $275,000, it's a truly distinctive 400-hp pocket rocket.

Best Luxury Sedan:Rolls-Royce Phantom. A graceful combination of craftsmanship and class, this decadent automobile goes for $328,756.

Best Performance Coupe:BMW M6. With a seven-speed close-ratio sequential gearbox and 500 hp, 5-liter V10 engine, the M6 is a Formula One race car with seating for four. Estimated sticker price is $100,000.

Best Luxury Coupe:Bentley Continental GT MDS. For buyers who want that little bit extra from their Continental GT, Bentley offers the MDS (Mulliner Driving Specification) package that delivers 23-inch two-piece rims, grippy 35-series rubber, a two-tone quilted leather interior, drilled alloy pedals and a knurled-top gear shift. $173,490.

Best Bang for the Buck:Corvette Z06. The Corvette is the hottest sports car of 2006 with its 7-liter V8 that delivers 500 hp and a top speed of 198 mph — all for $65,800.

**LOAD-DATE:** November 3, 2005

BII07742

*Exhibit 16*



# Robb Report

FOR THE LUXURY LIFESTYLE™

## 21 *Ultimate* GIFTS

FOR THE *Holidays*

Personalized Airbus *Jumbo Jet*

*A Voyage Around the Moon*

Your Own Private *Golf Resort*

UNWRAPPED » *Bugatti Veyron* $1.2 *Million Supercar*

BI 100110

DECEMBER 2005

12>

0  71896 48175  4

$9.99 U.S.    $11.99 CAN

robbreport.com
A CURTCO MEDIA PUBLICATION

Time & Settings ›› The Fine Art of Jeweled Watches
Rolls-Royce Phantom on Safari ›› Taming South Africa's Wilderness

━ CONTENTS ━

# Robb Report



**21 Ultimate GIFTS**

Fantastic machines, unique experiences, and exquisite items abound in our annual holiday presentation of the world's most exclusive gifts. COMPILED BY SHEILA GIBSON STOODLEY

**140** Bugatti Rides Again
Welcome the Veyron with this gift that lauds the genius of the Bugatti family.

**144** Three Brilliant BATs
A trio of otherworldly and influential Alfa Romeo show cars has been sighted and is now on sale.

**150** A Ticket to Wally World
Rule the waves with six vessels from the Monaco yacht builder.

**154** 18 Holes to Dye For
Pete and P.B. Dye create their own private Caribbean island golf resort.

**160** View from the Far Side
Space Adventures' latest trip offers a new perspective on the world.

**164** Miami Paradise
This historic South Florida estate towers above the rest.

**170** Ruhlmann Rules
A woodworking artist rises to the challenge of a lifetime.

**174** Drama of the Dram
Bowmore offers a hands-on tour of its centuries-old distillery.

**180** Seventh Heaven
Vacheron Constantin marks its 250th anniversary with a septet of extraordinary timepieces.

**184** Mad About Polo
The sport of kings centers this gift that celebrates Argentina.

**190** Thy Cup Runneth Over
Napa-based Bounty Hunter equips you to explore the world of wine.

**194** Schooled in Generosity
A Florida university has your name on it.

**198** The Cradle of Evolution
Explore Darwin's theory with a first edition of his groundbreaking book and a voyage to the Galápagos Islands.

**200** A Tall Order
Star Clippers guides you toward the sail of a lifetime: your own tall ship.

**204** A Spyder That Flies
This handmade supercar is a Dutch treat.

**208** Brough Rider
A high-performance vintage motorcycle with an equally powerful provenance.

**214** As Good as Goldmund
The Swedish audio/video manufacturer teams up with Theo Kalomirakis for the first time.

**218** Turkish Delight
The talents of two master craftsmen combine in this exclusive humidor and cigar pairing.

**224** A Diamond in the Rough
Tiffany & Co. offers an unprecedented opportunity: final cut on a remarkable stone.

**228** Wool to Succeed
Loro Piana wants you to have the world's best bale.

**232** Cleared for Takeoff
Edése Doret designs a super interior for the world's first superjumbo jet.

BI 100111

⊣ CONTENTS ⊢

# Robb Report





## DEPARTMENTS

**60 | Robb Design Portfolio**
A car that turned heads at the 1968 Turin Salon and then wedged its way into automotive history.

**305 | Style**
When Giacomo Trabalza and Joe Centofanti met at a U.S. tailors' convention in 1980, the suitmakers discovered a bond that dates to prewar Italy and has defined their friendship and careers. BY WILLIAM KISSEL

**317 | Time**
New watch collections offer custom dials and other features that allow you to leave an imprint—even a fingerprint—on a timepiece made just for you. BY JAMES D. MALCOLMSON

**325 | Journeys**
To witness the annual whelping of white-pelted harp seals, one must confront the bitter temperatures (and tastes) of Quebec's Magdalen Islands. But those who venture to this desolate archipelago soon learn to go with the floe. BY DAVID LYON

**337 | Leisure**
During Germany's Fasching festival, Teutonic sensibilities succumb to a melee of sleigh bells, sleepless students, audacious damsels, and supreme fools. BY JACK SMITH



**67 | FrontRunners**
Chopard's time to shine, glasses with a bone to pick, afterlife for your apparel, a yacht that comes with its own island, a bike that goes anywhere, From the Robb Cellar, Select Smoke, Datebook, and more.

**79 | Robb Gallery**
Autos *79*, Watches *82*, Collectibles *84*, Art *86*, Antiques *88*, Spirits *90*, Wine *92*, Dining *94*, Travel *96*, Sport *98*, Golf *100*, Spas *102*, Aircraft *104*, Boating *106*, Wardrobe *108*, Jewelry *110*, Furnishings *112*

42   Contributors
46   From the Editors
350   Classifieds
354   Register of Advertisers
359   Coming Next Month

**On the Cover**
The new 987 hp, 250 mph Bugatti Veyron 16.4 supercar

TOP, MIDDLE AND BOTTOM: CORDERO STUDIOS

# 21 *Ultimate* GIFTS

COMPILED BY
SHEILA GIBSON STOODLEY

In conducting our annual
search for ultimate gifts, the
editors of *Robb Report* look for
items that will move you in
extraordinary ways. Thus we
present, among other unique
opportunities, the chance to
orbit the moon in a Russian
spaceship (and to keep the
capsule as a souvenir); to
retrace Darwin's steps in the
Galápagos Islands and ponder,
as he did, the origins of the
human species; to secure a
legacy by attaching your
name to an institution of
higher learning; and to take
the wheel of the eagerly
anticipated Bugatti Veyron, a
987 hp gift that is guaranteed
to move you—quickly. ➤

BI 100113



# Bugatti Rides Again

Welcome the Veyron with this gift that
lauds the genius of the Bugatti family.

I F YOU HAVE ever wondered what it would feel like to see the horizon rushing toward you at 250 mph, the Bugatti Veyron 16.4 will put an end to all speculation. Select "top speed" mode, and the Veyron prepares for extreme low-earth orbit by hugging the ground a little closer, tucking in its rear wing spoiler, and closing its front intake flaps before doing its best imitation of a speeding bullet.

After seven years of design, development, testing, redesign, and retesting, the fastest, most powerful, and most expensive production car ever assembled is officially available for purchase.

If Superman's red cape were at the dry cleaner's, he would drive a Bugatti Veyron to work. To experience the car's full velocity, you simply step on the gas pedal, tug on the paddle shifter until it reaches seventh gear (or leave the dual-clutch transmission in fully automatic mode), and hang on for the ride. Given a long-enough, empty-enough autobahn, the Veyron will outrun any modern racecar that can make more than just left turns.

One notch below "top speed" is a setting for "handling," which offers the quickest means for getting through curves. Intake flaps open wide, the giant hydraulic rear wing elevates to variable angles for added



BI 100114



*If Superman's red cape were at the dry cleaner's,
he would drive a Bugatti Veyron to work.*

stability and downforce, and the Veyron's chassis rises to the occasion, literally, to provide proper cornering attitude. But don't take our word for it. With this gift, you will spend a day testing the car's handling limits on L'Anneau du Rhin racetrack with your own driving instructor, who will share with you all the finer points of the Veyron's dynamic abilities. An additional set of wheels and tires is included to replace all the rubber you will no doubt leave on the track.

Below 100 mph, in its everyday Clark Kent mode, the Veyron may be the ultimate two-passenger Grand Touring car. Four turbochargers feed the mid-mounted, 8-liter, 16-cylinder engine to drive 987 hp and 922 ft lbs of torque to all four Michelin run-flat tires. From stoplights, the dash to 60 mph takes just 2.5 seconds, and 120 mph arrives in just over seven ticks. That should keep both Michael Schumacher and Lex Luthor off your tail. Carbon and ceramic discs collaborate with an air brake to control huge amounts of stopping force



*Below 100 mph, in its everyday Clark*
*Kent mode, the Veyron may be the ultimate*
*two-passenger Grand Touring car.*

for the massive 4,200-pound coupe. The Veyron comes with a two-tone exterior, of which the most appropriate combination of colors might be bright red and Bugatti blue.

Named after Pierre Veyron, the French driver who in 1939 won Le Mans in a Type 57, the new Bugatti draws from a rich racing heritage. Veyron's win may have been the marque's last international victory, but Bugatti race-cars still have won more timed events than Porsche and Ferrari combined.

When *Le Patron*, Ettore Bugatti, began building his

cars in Molsheim nearly a century ago, Alsace was German territory. Not until 1918 did the region become part of France. Some 80 years later, Alsace still belongs to France, but Bugatti is back in German hands, with Volkswagen having acquired the rights to the brand name and invested an estimated $400 million in reviving the marque. It expects to produce 30 to 40 Veyrons per year, and at least one *Robb Report* reader can be among the first to own one.

—GREGORY ANDERSON



BI 100116

✳ In addition to the car, you will enjoy a three-day excursion to Molsheim, France, the headquarters of Bugatti. There, you will tour the Veyron assembly line with Bugatti historian Julius Kruta before receiving your new vehicle. While in France, you will visit the L'Anneau du Rhin racetrack for high-speed driving lessons in your Veyron.



✳ Also included with this gift is the Parmigiani Bugatti Veyron watch in all three of its available dial colors: blue, red, and silver. Parmigiani will make only 150 Bugatti watches, releasing 50 per year in each of those colors.

✳ To celebrate the achievements of the Bugatti family's other renowned members, London's Sladmore Gallery, which specializes in sculptures by the early 20th-century artist Rembrandt Bugatti, will provide a Bugatti big cat sculpture and a piece of furniture by Carlo Bugatti. Rembrandt, Ettore's younger brother, was an accomplished sculptor who concentrated on animals; Carlo, Rembrandt and Ettore's father, was a noted furniture designer.



*Parmigiani watch (above) and Rembrandt Bugatti sculpture (below).*

✳ Rembrandt's panthers, lions, and other big cats constitute one-sixth of his artistic output and are especially coveted by collectors. (His big cat sculptures routinely command at least $400,000 each.) Sladmore will locate a cat sculpture such as the *Nubian Lion*, a 1910 bronze (shown here), of which three castings exist.

✳ When gallery director Edward Horswell purchased the Carlo Bugatti throne chair included in this package, he originally intended it as a Christmas gift for himself, but it has not yet followed him back to England; the chair is on loan to an American museum. The theatrical-looking piece of furniture, which Bugatti created circa 1900, features ebonized wood and bone inlay and hammered copper relief work. Parchment covers the arms, seat, and backrest.

**PRICE**
Approximately **$2.4 million**.

Limited to one *Robb Report* reader. Transportation to and from Molsheim, France, is not included.

**CONTACT**
Bugatti Automobiles SAS,
ultimategiftguide@bugatti-auto.com



BOTTOM LEFT: COURTESY SLADMORE GALLERY

BI 100117

*Exhibit 17*



*tradition and vision*

Welcome to the 50th Pebble Beach Concours d'Elegance.

Dear

## The art of building dreams

you and a guest are cordially invited to spend an extraordinary evening with us to celebrate the Soirée Bugatti at Château Julien on Friday, August 18, 2000 starting at 6:00 p.m. Take a culinary trip to historical Europe – to the Pioneer Age of Automobile Art. Dine the way Ettore Bugatti enjoyed. Enjoy Alsatian savoir-vivre and experience the renaissance of a legend – the rebirth of the Bugatti marque.

The history of Bugatti and the Pebble Beach Concours d'Elegance are closely intertwined. Bugatti was the overall winner eight times at this "royal exhibition". However, we will be toasting more than just past successes. Please join us in celebrating the vision for the near future. We technologically most exciting and progressive car of our times – the new Bugatti. In a French-style country manor – the Château Julien – one of the most beautiful wineries in California.



*"Extraordinary things are back in season."*

Dr Ferdinand Piëch

Reinhold Kopp
Chairman Governing Board
Bugatti International SA

Our Adress: Château Julien, 8940 Carmel Valley Road, Carmel, California 93923
Backshuttle departing between 6:00 and 7:00 p.m. from The Lodge Conference Center.

BI161661



*Exhibit 18*



BUGATTI® Saddlehide@ Collection

*Exhibit 19*

# Bugatti Leather Goods Catalog

Free Shipping in USA over $25.00





**The Finest. The Uncommon Carrier™**

**New Ideas in Leather Goods and classic...**

**Bugatti bags, briefs, portfolios, planners, accessories for travel, computer, golf, auto, and executive gifts.**

**More About Bugatti, Inc. of Boston**



## Bugatti Memorabilia

Email us about anything

Our URL: http://www.bugatti.com

**Bugatti, Inc., 100 Condor St., Boston, MA 02128**

ph:  800-284-2887
     617-567-7600
fax: 617-567-5541

## ASI Distributors' Home Page

## Retail Locations in USA

## Canadian Phone No. (a different company)

# U.S.A. CALL TOLL FREE: 1-800-284-2887

## Bugatti Leather Goods Catalog

## Information about leather

BI00803

**BUGATTI® Leather Goods**

Satisfaction guaranteed.
We guarantee you will be delighted with the quality, value and durability of BugattiÆ leather products.

Corporate users are invited to Email or call for more information on using Bugatti leather goods as a way of promoting sales. Press releases and case studies are available and will soon be here on the web.



BUGATTI creates products that withstand the test of time. "Leather Goods created with the care of Bugatti," is another company creed. Classic styling, highest quality materials and the care of individual craftsmanship combine to create your own personal leather accessory that you will appreciate more as the years pass.

We are dedicated to continually creating new designs, improving our products and responding to your needs. Bugatti products are created with durability and classic styling.

### The URL address of this page is: http://www.bugatti.com © 1995-2003

Bugatti Leather Address book , Airline ticket pouch, Appointment book & Agenda, Automotive access, Bags, sport , Bags, tote, Backpack, Belt bag, Beeper holder, Book Marks and Weight, Briefcase, Business card organizer, CD case, Calendars, pocket, Camera case, Carry-on travel bag, Card case, Car visor organizer, Cellular phone case, Checkbook, Cigar case, Clutch purse, Coin pouch, Computer access, Diskette case, Cosmetic bag, Document case, Duffel bag, Fanny pack, Garment bag, Glasses case, Golf access, Gym bag, Jotters for Note, Key fob, Key ring, Locker bag, Luggage tag, Luggage, Lumbar Support, Map, Memo pad, Money Belt, Money clip, Mouse pad, Notepad, Organizer, Pager holder, Passport case, Pen/ pencil caddie, Post-it cover, Ring Binder, Rucksack, Security pouch, Shave Kit, Shoe Bag, Shopping bag, Shoulder organizer, Sparepocket & trade;, Sports bag, Tie case, Time Manager, To-do card holder, Tote bag, Travel Kit, Visor organizers, Wallet, Weekly planners, Writing Portfolio

**BI00804**

*Exhibit 20*



[ **Return to Home Page** ]

# ⚒️**BUGATTI®** Memorabilia

This is the beginning of my scrapbook about Etore Bugatti, the car and all things Bugatti. Your comments and links are appreciated.

We try at **BUGATTI®** USA to emulate Etore's creed...

- Always innovate
- Make the best
- Make it classic

Terry Scheller, founder & president Bugatti® Inc.



**IT'S A BUGATTI - ad** by Marcello Dudovich



**Baby Bugatti brochure**

BI00810



# Bugatti Coupe Berline brochure

## Links

## Bugatti Veyron

[ Return to Home Page ] [On-line Catalog ] Copyright Bugatti, Inc. 2002

BI00811

*Exhibit 21*



**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*    (202) 772-5870
*Fax:*      (202) 572-1407
*Email:*    flohr@blankrome.com

January 30, 2006

## VIA FACSIMILE; CONFIRMATION BY MAIL

Geri L. Haight, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C.
One Financial Center
Boston, MA 02111

Re:    *Volkswagen AG et al. v. The Bugatti, Inc.*
          Our Ref.: 116333-00124

Dear Geri:

In response to your letter of January 27, 2006, regarding our position with respect to the disclosure of our client's customers, let us be clear that we do not intend to subpoena "every single customer" listed by your client in response to our discovery requests and numerous follow up letters. We only intend to subpoena *distributors*, despite the fact that you continue to avoid telling us which of such customers are *distributors*. We have taken pains to make it clear that we have no interest in subpoenaing your client's consumer customers. Notwithstanding our good faith effort to avoid having to do so, your associate Mr. Catanzano, has steadfastly and mysteriously taken the position that neither he, nor your client, understand what the term "distributor" means, despite the fact that your client has used this very same term on its own website and in its own correspondence.

Additionally, in the interest of clarity, the reason that we are seeking to subpoena your client's *distributors* is because it invited them to copy the logos it has illegally displayed on its Alatante website, including the logos of our clients. Having invited the contributory infringement of third parties, whom your client has characterized as "distributors" on the website, neither your client, nor you, can seriously be surprised or feel we are overreaching, if we seek to question such entities. Also, since Defendant has continued to stonewall Plaintiffs' efforts to determine the identity of its *distributors* and thereby succeeded in avoiding the addition of infringing distributors to this case, should we determine that additional infringements of Plaintiffs' rights have occurred, we will be required to sue such infringers separately, and quite possible in another jurisdiction, to the additional inconvenience and expense to our clients.



Geri L. Haight, Esq.
January 27, 2006
Page 2

Finally, it is not our position that the wealth of our customers places them above the reach of the Federal Rules. The cost of our client's vehicles and the small number of vehicles to be sold each year, are facts that explain, in part, the highly sensitive nature of the identities of such customers. Should their privacy be disrupted by questions regarding matters of no relevance whatsoever to this case (delays in delivery?), the resulting harm to Plaintiff Bugatti International and VWAG would be immense and certainly disproportionate to any value that would redound to your client by deposing such individuals for purposes of defending this lawsuit. Moreover, any information you believe you need on timely delivery of cars or related matters, can be obtained from our clients directly. There is no need to contact our clients' customers for such information. In contrast, our efforts to secure information from The Bugatti Inc. regarding its invitation to distributors to copy the logos displayed on its web pages has been rebuffed at every turn.

You will be receiving documents comprising additional orders for the VEYRON tomorrow. We maintain our objection to disclosure of the customer names for the reasons stated previously.

Very truly yours,

Blank Rome LLP

Susan B. Flohr

cc:     M. White, Esq.
        L. Savitt, Esq.
        M. Paget, Esq.

*Exhibit 22*

02.03.98    18:05    ST. LEGALE COMM. → +49 841 895183    №140    G0

Avvocati e Dottori Commercialisti Associati
Rechtsanwälte Wirtschaftsprüfer und Steuerberater

# BARBIN MAYR ROSSI TELCHINI

An
Audi A.G.
z. H. von Herrn Klaus le Vrang
und Frau Rottenkolber

**D – 85045 INGOLSTADT**

Bozen, den 02/03/1998
*Fax 0049/841895183*

Betreff: Bugatti International S.a. holding

Sehr geehrter Herr le Vrang und Frau Rottenkolber,

in Bezug auf Ihr Schreiben vom 20.2.98, kann ich Ihnen folgendes mitteilen:

1. Wir nehmen zur Kenntnis, daß Volkswagen A.G. die Absicht hat im Vertrag nicht die Grundstücke miteinzubeziehen und ich kann Ihnen in diesem Sinne bestätigen, daß wir dabei sind das Mögliche tun, um zu erreichen, daß Bugatti International S.a.h. zum Zeitpunkt der Übertragung der Anteile Inhaber keines Grundstücks sein wird.

Obwohl ich durchaus Ihre Ansichten respektiere, auf keinste Weise die Abschließung des Vertrages bezüglich der Übertragung der Marken hinauszuzögern zu wollen, bittet mich Herr Artioli die Aufmerksamkeit der Firma Volkswagen auf die Wichtigkeit hinzuweisen, welche die Entwicklung des Werkes in Campogalliano haben könnte, was die Gewährleistung der Kontinuität der Marke angeht. Diese Immobilien lassen sich optimal mit Stil und Forschung verbinden und stellen gleichzeitig einen Entwicklungspunkt für Stil auf dem italienischen Markt dar, wobei sich der Preis, in Anbetracht des laufenden Konkursverfahrens, als sehr günstig erweisen könnte. Wir würden es demnach begrüßen,

1

BII07541

Avvocati e Dottori Commercialisti Associati
Rechtsanwälte Wirtschaftsprüfer und Steuerberater

# BARBIN MAYR ROSSI TELCHINI

wenn Ihre Firma, bei der Versteigerung teilnehmen könnte. Und das in Anbetracht der psychologischen Aspekte, welche eine solche Initiative für VW - eine Gesellschaft, die daran gedacht hat alle spirituellen und materiellen Werte von Bugatti aufzunehmen und zu verbreiten - haben würde.

**2.** Ich habe Ihre Disketten mit den Tabellen der Marken erhalten und bin dabei diese bzg. der Benutzung auszufüllen. Da es sich um eine Arbeit handelt, die sehr viel Präzision verlang, werde ich Ihnen sofort nach Vervollständigung die Disketten zurücksenden. Es handelt sich um die Benutzung der Marke, über die ich in Kenntnis bin, obwohl nicht auszuschließen ist, daß andere Benutzungsbeweise gefunden werden können, wenn man die Buchhaltung der Ettore Bugatti oder der Verteiler sorgfälltig überprüft.

**3.** Ich kann Ihnen bestätigen, daß Bugatti International S.a.h. schuldenfrei ist und daß keine Verbindlichkeiten bestehen.

In Bezug auf Ihre **Punkte 4 und 5** halte ich es für angebracht Sie daran zu erinnern, daß die Vereinbarung zwischen den Herrschaften Artioli und der Firma Volkswagen A.G. sich auf die Übertragung der Marke Bugatti für die Kraftfahrzeuge beziehen (Klasse 12) und um dem Käufer eine globale Markenpolitik zu ermöglichen, alle Registrierungen, die sich auf alle anderen marktwirtschaftlichen Klassen beziehen, kostenlos übertragen werden.
Auf jeden Fall verstehe ich durchaus die Notwendigkeit Ihrerseits auf dettailierte Weise über die gesamte Situation der Marken aufgeklärt zu werden, auch was den

2

BI107542

A v v o c a t i   e   D o t t o r i   C o m m e r c i a l i s t i   A s s o c i a t i
Rechtsanwälte   Wirtschaftsprüfer   u n d   Steuerberater

B A R B I N   M A Y R   R O S S I   T E L C H I N I

Accessoirebereich angeht, weil auch dieser Bereich ein wahres Vermögen für die Marke darstellt.

Es ist offensichtlich, daß der Schutz einer derartigen prestigereichen Marke wie Bugatti eine große Verantwortung darstellt, aber ich hoffe dennoch im Laufe unserer Treffen bewiesen zu haben, daß hervorragende Elemente vorhanden sind, um die Marke auf entschiedene Weise gegen jegliche mögliche Angriffe zu verteidigen.

Dies vorrausgestellt, muß ich in Bezug auf **Punkt 4** hervorheben, daß die Verteidigungsaktivität der Handelsmarke Bugatti im Zeitraum von 1987 bis heute eine sehr umfangreiche Tätigkeit bei den Patentämtern in vielen Ländern vorweist.

Die Bugatti International hat in den letzten Jahren eine erhebliche Steigerung der Anzahl der Registrierungen vorzuzeigen, wobei sie die jeweiligen Handelsmarken BUGATTI und EB in allen wichtigsten Ländern und in vielen warenkundlichen Handelsklassen hinterlegte.

Um derartige Registrierungen zu erhalten war sie in vielen Fällen gezwungen die Einsprüche der Prüfer und die Widersprüche Dritter zu bewältigen.

Ihrerseits hat sich Bugatti International auf systematische Weise den Hinterlegungen neuer Handelsmarken mit dem Wortlaut BUGATTI von Seiten Dritter widersetzten müssen.

Die Bilanz einer deratigen Abwehrtätigkeit muß auf jeden Fall als positiv angesehen werden, wie die in **Anhang 1** vorgelegte Auflistung der mit Erfolg von Bugatti International S.a. oder Ettore Bugatti G.m.b.H. gegen von Drittpersonen registrierter Handelsmarken geltend gemachten Oppositionen und die im **Anhang 2** bestehende

3

BI107543

# BARBIN  MAYR  ROSSI  TELCHINI

Auflistung aller gegen die Hinterlegung von Handelsmarken von Bugatti International oder von Ettore Bugatti SG.m.b.H. vorgelegte Oppositionen, die sich mit einem positiven Ergebnis für unsere Gesellschaft erledigt haben, anzeigt.

In einigen Fällen, die in **Anhang 3** angegeben sind, wurden die von Bugatti International hinterlegten Handelsmarken, aufgrund der bestehenden Registrierungen Dritter nicht genehmigt. Der **Anhang 4** beinhaltet die erfolglosen von Bugatti International gegen von Drittpersonen hinterlegte Marken eingeleitet Oppositionen.

Die **Anlagen 5** und **6** beinhalten stattdessen die Auflistung der noch anhängigen Oppositionen; die **Anlage 5** befaßt sich mit den von Bugatti International gegen die Hinterlegung der Handelsmarken, welche die Worte Bugatti beinhalten, eingereichte Oppositionen, während es in der **Anlage 6** um Oppositionen geht, die vom Prüfer oder von Dritten gegen die Hinterlegung unserer Marken vorgelegt worden sind.

Die Rechtsstreitigkeiten, welche die Handelsmarke oder die Firma betreffen, haben sich glücklicherweise in Grenzen gehalten und derzeit sind nur folgende Verfahren hängig:

- Gerichtshof von Glarus (CH): Bugatti International S.a.h. c\ Bugatti A.G.

- Gerichtshof von La Haye (NL): Bugatti International S.a.h. c\ Lord Bekleidungswerke F.W. Brinkmann G.m.b.H.


Was die Frage in **Punkt 5** angeht, kann ich bemerken, daß wie bei unserem Treffen angekündigt, Bugatti International eine rechtliche Vorgehensweise entwickelte, um mit den eigenen Produkten in allen marktwirtschaftlichen Bereichen aller Länder zu gelangen.

4

BII07544

Avvocati e Dottori Commercialisti Associati
Rechtsanwälte Wirtschaftsprüfer und Steuerberater

# BARBIN MAYR ROSSI TELCHINI

Meines Erachtens nach ist o.g. Strategie, wenn von den notwendigen finanziellen Mitteln unterstützt, noch ohne weiteres anwendbar.

Es ist offensichtlich, daß in einigen Ländern und für einige marktwirtschaftlichen Klassen die Wörter Bugatti noch in Besitz Dritter erscheinen.

Eine einfache Recherche der Identität des Wortes Bugatti läßt auf verschiedene Hinterlegungen schließen, die nicht in Besitz von Bugatti International sind und die vor der Gründung der Bugatti International schon existierten.

Der sog. Gefährlichkeitsfaktor derartiger Marken unterscheidet sich von Fall zu Fall. In einigen Fällen handelt es sich um niemals benutze Marken, in anderen um nicht erneuerte Marken, in anderen um Marken, die von Bugatti International erworben wurden, in anderen um Marken, die Mängel jeglicher Art aufweisen und die jederzeit von Bugatti International rechtlich angegriffen werden könnten.

Nur in Einzelfällen, die meiner Meinung nach die Minderheit darstellen, handelt es sich um sowohl rechtskräftig registrierte als auch rechtmäßig benutzte Marken, die ein Hindernis darstellen.

Ich halte es für angebracht an dieser Stelle zu unterstreichen, daß wir in diesen Fällen rechtlich gegen unsere Gegner vorgehen können, sobald sich diese auf direkte oder indirekte Weise auf die Berühmtheit der Marke oder des Automobils beziehen. Es handelt sich hierbei um Fehler, die von denjenigen oft begangen werden, die die Absicht verfolgten das Prestige der Marke wirtschaftlich auszunützen.

5

Avvocati e Dottori Commercialisti Associati
Rechtsanwälte Wirtschaftsprüfer und Steuerberater

# BARBIN MAYR ROSSI TELCHINI

6. Ich kann Ihnen versichern, daß für den gesamten Zeitraum in dem die Bugatti Automobili S.p.a. auf Lizenz der Bugatti International S.a.h. Bugatti – Kraftfahrzeuge herstellte, niemand jemals Rechte auf die Marke der Automobile geltend gemacht hatte oder die Rechte der Bugatti Automobili S.p.a. oder der Bugatti International S.a.h. was die Benutzung der Marke Bugatti auf die Automobile angeht bestritten hatte.

In Betracht der Tatsache, daß die Tätigkeiten der Bugatti Automobili großes Interesse hervorhob und weltweit bekannt war, wie Tausende von Presseartikel aus Zeitungen und Zeitschriften aller Welt bezeugen können, ist es wahrscheinlich, daß falls Jemand irgendwelche Rechte gegen diese bedeutende Marke geltend machen hätte können, es sichherlich nicht unversucht gelassen hätte.

Weiterhin ist uns nicht bekannt, obwohl einige Registrierungen Dritter für die Klasse 12 existieren, daß jemand die Marke Bugatti für die Automobile benutzt hätte.


7. Wir haben Ihr Interesse auch die Marken von Ettore Bugatti S.r.l. zu erwerben, zur Kenntnis genommen.

Man wird sich darum bemühen vom Konkursverwalter die Übertragung im Namen von Bugatti International S.a.h. zu erhalten, und ich werde Sie diesbezüglich über die damit verbundenen Kosten informieren.

Unserer Meinung nach wäre es angebracht zu verhindern, daß auch die technischen Zeichnungen der Modelle EB 110 GT, EB 110 SS und EB 112 in die Händen Dritter fallen.

6

BI107546

Avvocati e Dottori Commercialisti Associati
Rechtsanwälte   Wirtschaftsprüfer   und   Steuerberater

## BARBIN   MAYR   ROSSI   TELCHINI

Da das Interesse um Bugatti immer noch sehr groß ist und man Speculationsversuche

nicht ausschließen kann, schlagen wir vor diese zu erwerben und dann an Ihre Firma zu

übertragen.

Wenn Sie damit einverstanden sind wird man diesbezüglich mit dem Konkursverwalter

der Bugatti Automobili verhandeln und ich werde Sie dann über die Kosten dieses

Erwerbs in Kenntnis setzten.

Mit freundlichen Grüßen

(RA. Bruno Telchini)

7

BI107547

ANLAGE 1

**Mit Erfolg von Bugatti International S.a. oder Ettore Bugatti G.m.b.H. gegen von Drittpersonen registrierte Handelsmarken geltend gemachte Oppositionen**

Land: Argentinien
Opposition gegen die Handelsmarke Nr. 1.855.631 "BUGATT 'S" in Besitz von Novello Angel y Carrizo Norberto
Internationale Klasse: 25
Infolge der Opposition der Bugatti International S.a.h. wurde di Marke mit dem Beschluß Nr. 195.822 vom 3.7.95 zurückgewiesen.

Land: Argentinien
Opposition gegen die Handelsmarke Nr. 1.798.249 "BUGATTI SPORT" in Besitz von J.A. Curatola
Klasse: 25
Auf der Grundlage der Opposition, die von der Bugatti International hinterlegt wurde, kam es zur einer Ablehnung der Marke durch den Beschluß Nr. 206.216/97.

Land: Brasilien
Opposition gegen die Handelsmarke Nr. 813698847 "BUGATTI" in Besitz von Magicar Comercio e Industrias de Veiculos Ltda.
Internationale Klasse: 12
Die Marke wurde infolge des Beschlußes vom 13.10.93 des Industrial Property Code aufgrund des Artikels 6 bis der Vereinbarung von Paris und des Artikels 65 des brasilianischen Gesetzes über Marken zurückgewiesen.

Land: Brasilien
Opposition gegen die Handelsmarke "BUGATTI" Nr. 816719632 in Besitz von R.Wannier Joalheiros Ltda
Klasse: 9.05
Infolge der von Ettore Bugatti G.m.b.H. eingereichten Opposition wurde die Marke zurückgewiesen.

Land: Brasilien
Opposition gegen die Handelsmarke "BUGATTI" Nr. 815116420 in Besitz von Irmaos Metran Ltda
Nationale Klasse: 25.10/20/30
Irmas Metron Ltda hat durch die fehlende Bezahlung der vom brasilianischen Registeramt auferlegten Steuern auf die Marke verzichtet.

Land: Brasilien
Opposition gegen die Handelsmarke Nr. 816722641 "BUGATTI RENT A CAR" im Namen von Bugatt Locadora de Bens Ltda.

1

BII07548

Klasse: 40.20
Infolge der Opposition der Bugatti International S.a.h. wurde di Marke mit dem Beschluß vom 7.6.93 zurückgewiesen.

Land: China
Opposition gegen die Handelsmarke "BUGATTI" Nr. 607830 in Besitz von Koey Kogyo
Klasse: 34
Infolge der von Bugatti International S.a.h. vorgelegten Opposition wurde die Marke zurückgewiesen.

Land: Deutschlaud
Opposition gegen die Handelsmarke "BUGATTI" Nr. B90836/12 in Besitz von Günter Baumert
Klasse: 12
Die Marke wurde infolge der vorangegangenen hinterlegungen der Bugatti International S.a.h. zurückgewiesen.

Land: Deutschland
Opposition gegen die Handelsmarke "BUGATTI" Nr. B88293/28 in Besitz von Markus Bollmann
Klasse: 28
Die Marke wurde infolge der vorangegangenen hinterlegungen der Bugatti International S.a.h. zurückgewiesen.

Land: Deutschland
Opposition gegen die Handelsmarke Nr. 627702 "BUGATCHI" in Besitz von Maria Christina Kuchler – Poulsen
Klasse: 18,25 und 28
Am 18.4.96 wurde vom deutschen Patentamt die Genemigung zurückgewiesen.

Land: Peru
Opposition gegen die Handelsmarke "BUGATTI" von Cosmetica Gumex
Internationale Klasse: 3
Die Marke wurde infolge des Beschlußes Nr. 9302 vom 25.7.95 zurückgewiesen.

Land: Spanien
Opposition gegen die Handelsmarke "EB BUGATTI" Nr. 1.903.161/0 in Besitz von D. Manuel Sanchez Hernandez
Klasse: 42
Die Marke wurde infolge des Beschlußes vom 3.8.95 zurückgewiesen, aufgrund des Kontrastes mit der internationalen Marke 56.5803 in Besitz von Ettore Bugatti G.m.b.H.

Land: Spanien
Opposition gegen die Handelsmarke Nr. 1.913.797/6 "VILLA BUGATTI" in Besitz von Dolores Hernandes Garcia
Klasse: 16

2

BI107549

Auf der Grundlage der Opposition, die von der Bugatti International hinterlegt wurde, kam es zur einer Ablehnung der Marke.

Land: Spanien
Opposition gegen die Handelsmarke "BUGATTI" Nr. 1.742.069 in Besitz von Masterpo S.L.
Internationale Klasse: 3
Infolge der Opposition der Bugatti International S.a.h. wurde die Marke am 1.12.95 zurückgewiesen.

Land: Spanien
Opposition gegen die Handelsmarke "BUGATTI " Nr. 1.743.034 in Besitz von Portugos S.A.
Internationale Klasse: 29
Infolge der Opposition der Bugatti International S.a.h. wurde die Marke am 1.12.95 zurückgewiesen.

Land: Venezuela
Opposition gegen die Handelsmarke "AUTO BUGATTI + ovall" Nr. 9266 – 93 in Besitz von Rodrigo Mozique Munez
Klasse: 12
Die Marke wurde infolge des Beschlußes vom 15.10.96 abgelehnt, da sie der Berühmtheitsmarke "EB BUGATTI", die von der Bugatti International S.a.h. hinterlegt wurde, widerspricht

Land: Venezuela
Opposition gegen die Handelsmarke Nr. 3757 – 94 "ENRICO BUGATTI" in Besitz von Gioacchino Gesú Giannetto Servi
Klasse: 25
Auf der Grundlage der Opposition, die von der Bugatti International hinterlegt wurde, kam es zur einer Ablehnung der Marke am 5.11.96.

ANLAGE 2

IV. Oppositionen, die von Drittpersonen gegen Bugatti Marken registriert für Ettore Bugatti s.r.l. oder Bugatti International S.a. eingeleitet wurden und die dann zu einem positiven Ergebnis für Bugatti International S.a. oder Ettore Bugatti S.rl. führten

Land: Ägypten
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 2513D/90 datiert 5.10.90
Internationale Klasse: 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Die Marke Nr. 363327 "EB" in Besitz von Ebouches Bettlach S.A. in Klasse 14
Die Opposition wurde bewältigt.

Land: Brasilien
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 816035768 datiert 5.2.91
Internationale Klasse 18 – Nationale Klasse 17.10
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt. Marke Nr. 812449746 "EB" und Nr. 812644034 "EB" in Klasse 17.10/20 in Besitz von Enneto S.A.
Die Opposition wurde bewältigt.

Land: Brasilien
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 816035687 datiert 5.2.91
Internationale Klasse: 09 – Nationale Klasse: 9.05
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt. Marke Nr. 814067573 "BUGATTI" in Klasse 9.45 in Besitz von Odo.
Die Opposition wurde bewältigt.

Land: Brasilien
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 816035520 datiert 5.2.91
Internationale Klasse 16 – Nationale Klasse 16.10/20/30
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt. Marke Nr. 608778710 "EB" in Klasse 16.20 in Besitz von Encyclopaedia Britannica Inc. und Nr. 814763367 "BUGATTI" in der Klasse 16.10/20/30 in Besitz von Ferci Propaganda Comercio e Industria S.A..
Der Prüfer hat die Hinterlegung angenommen.

BI107551

Land: Brasilien
Opposition gegen die Handelsmarke "RADIATOR + EB" Nr. 817691065 datiert 31.1.94
Internationale Klasse: 12 (Fahrräder)
Opponent: Prüfer
Infolge der hinterlegten Begründungen von Seiten der Ettore Bugatti G.m.b.H. hat der Prüfer gemäß des im internationalen Gesetzesblatt des industriellen Eigentums vom 28.5.96 veröffentlichen Beschlusses, entschieden die Registrierung der Marke zu genehmigen.

Land: Deutschland
Opposition gegen die Handelsmarken EB ETTORE BUGATTI in ovaler Form Nr. 565803 datiert 10.1.91
Internationale Klasse: 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Rothmans Zigaretten G.m.b.H.
Ursache: Besitzer der Marke Nr. 95.603 "Muratti" in Klasse 34
Die Opposition wurde bewältigt.

Land: Deutschland
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. B92148/12 Wz datiert 2.3.91
Internationale Klasse: 03/14/16/18/25/28/34
Opponent: Rothmans Zigaretten G.m.b.H.
Ursache: Besitzer der Marke Nr. 95.603 "Muratti" in Klasse 34
Registriert nach der Streichung des Wortes "tobacco"

Land: Deutschland
Opposition gegen die Handelsmarke EB BUGATTI Nr. 600.615 datiert 26.3.93
Internationale Klasse: 30/32
Opponent: Iglo Ola B.V.
Ursache: Opposition: Marke Wz "NOUGATTI" Nr. J26702/30 in Klasse 30
Die Marke wurde in der Klasse 30 und Klasse 32 für Fruchtsäfte, Kaffee, Tee, Honig, Zucker, Kaffe- und Schokoladengetränke registriert.

Land: England
Opposition gegen die Handelsmarke EB Nr. A1448697 datiert 17.12.93
Internationale Klasse: 16
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "BUGATTI" Nr. 1236176 in Klasse 16 in Besitz von Modrec Limited.
Registrierung der Marke. Bugatti International erwarb die Marke Nr. 1236176.

BI107552

Land: England
Opposition gegen die Handelsmarke EB Nr. 1448698 datiert 29.11.90
Internationale Klasse: 18
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt: Marke "BUGATTI" Nr. 1236177
und Nr. 1236178 in Klasse 18 und Klasse 28 in Besitz von Modrec Limited
Registrierung der Marke. Bugatti International erwarb die Marke Nr. 1236177.

Land: England
Opposition gegen die Handelsmarke EB Nr. A1448701 datiert 11.2.94
Internationale Klasse: 28
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt. Marke "BUGATTi" Nr. 1236176
und Nr. 1236178 in Klasse 16 und Klasse 28 in Besitz von Modrec Limited
Registrierung der Marke. Bugatti International erwarb die Marke Nr. 1236178.

Land: England
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. A 1449119
datiert 29.7.94
Internationale Klasse: 16
Opponent: Prüfer
Ursache: schon bestehende Marken vom Prüfer erwähnt. Marke "EB BUGATTI" Nr.
1236176 in Klasse 16 in Besitz von Modrec Limited und Marke "BUGATT" Nr. 1301573 in
Klasse 35 in Besitz von Bugatti Fashions Limited
Registrierung der Marke. Wir erwarben die o.g. Marke.

Land: England
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. A1449120
datiert 8.4.94
Internationale Klasse: 18
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marken "BUGATTI" Nr. 1236177 in
Besitz von Modrec Limited
Registrierung der Marke. Wir erwarben die o.g. Marke.

Land: England
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. A1449123
datiert 21.1.94
Internationale Klasse: 28
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "BUGATTI" Nr. 1236176 und
Nr. 1236178 in Klasse 16 und Klasse 28 in Besitz von Modrec Limited.
Registrierung der Marke. Wir erwarben die o.g. Marke.

BI107553

Land: Frankreich
Opposition gegen die Handelsmarke "RADIATOR + EB + ETTORE BUGATTI Nr. 623361 datiert 25.7.94
Internationale Klasse: 03/05/08/09/12/14/16/18/20/21/25/28/30/33/34/42
Opponent: Odo S.a.
Ursache: Opposition des Besitzers der Marke "BUGATTI" Nr.1460640 in Klasse 9
Die Marke wurde in allen Klassen registriert; was die die Klasse 9 angeht, kam es nur in bezug auf optische Geräte und Zubehör, Brillengläser, Gläser und Gläser – Behälter zu einer Zurückweisung.

Land: Israel
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 84923 datiert 10.5.95
Internationale Klasse: 03
Opponent: Prüfer
Ursache: Marke "ETRO" in Klasse 3
Die Opposition wurde ohne jegliche Veränderung bewältigt.

Land: Kanada
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 671.728 datiert 30.11.90
Internationale Klasse: 03/14/16/18/20/25/28/33/34/42
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "BUGATTI" Nr. 235.965 in Klasse 18, Nr. 263.451 in Klasse 18 und Nr. 268105 in Besitz von Guarantee Handbags Co.; Marke "BUGATTI" Nr. 315.761 in Klasse 25 in Besitz von Lord bekleidungswerke F.W. Brinkmann G.m.b.H.
Die Opposition wurde bewältigt. Die mit den unter Nr. 235.965, 263.451 und Nr. 268.105 ähnlichen Produkte wurden zurückgewiesen. In bezug auf die Marke Nr. 315.761 wurde der Unterschied zwischen den Marken hervorgehoben.

Land: Kanada
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 671.728 datiert 30.11.90
Internationale Klasse: 03/14/16/18/20/25/28/33/34/42
Opponent: Henry Birks & Sons Limited
Ursache: Opposition: der Besitzer der Marke "BB" Nr. 124.605, Nr. 303.613, Nr. 253.117 und Nr. 505.288 und der Marke "BIRK'S BB & LION" Nr. 582.601 ist Henry Birks & Sons Limited.
Die Opposition wurde vom Opponent zurückgenommen.

BII07554

Land: Mexiko
Opposition gegen die Handelsmarke "RADIATOR" Nr. 198404 datiert 9.5.91
Internationale Klasse: 25
Opponent: Prüfer
Ursache: Marke Nr. 478.791 "EB" in Klasse Nr. 25 in Besitz von Abraham Gary Ch.
Registriert mit einer Veränderung der Marke.

Land: Mexiko
Opposition gegen die Handelsmarken "RADIATOR + EB + ETTORE BUGATTI" Nr.
475197 datiert 28.9.94
Internationale Klasse: 21
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "BUGATTI" Nr 249201 in
Klasse 21 in Besitz von Bugatti S.a.
Registriert ohne Veränderungen.

Land: Schweden
Opposition gegen die Handelsmarke "RADIATOR + EB + ETTORE BUGATTI Nr.302058
datiert 26.5.95
Internationale Klasse: 8/21
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "ETTORE" Nr. 208873 in
Klasse 21in Besitz von Steccone Products Co. Inc.
Registrierung der Marke. Die Liste der Produkte wurde veräbndert. Klasse 21 gelöscht.

Land: Spanien
Opposition gegen die Handelsmarke RADIATOR + EB Nr. 608304 datiert 8.6.93
Internationale Klasse: 03/05/06/07/08/09/12/13/14/15/16//18/20/21/24/25/26/28/30/33/34/42
Opponent: B.E.R.C.E.S.A.
Ursache: Opposition. Besitzer einigen schon bestehenden Marken Nr.
1.164.013/014/015/016/002/020; 1.164.021/022/024/010/0117027 "EB"
Die Opposition wurde ohne jegliche Veränderung bewältigt.

Land: Spanien
Opposition gegen die Handelsmarke EB Nr. 565804 datiert 10.1.91
Internationale Klasse: 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Feria oficial y nacional de muestras de Zaragoza
Ursache: Besitzer der Marke Nr. 1.169.435 "EB" für "Pappe und Karton" in Klasse 16
Die Opposition wurde bewältigt.
Marke für alle Klasse registriert; in bezug auf die Klasse 16 für Kugelschreiber, Terminplaner
und Schreibetui registriert.

5

BI107555

Land: Spanien
Opposition gegen die Handelsmarke EB ETTORE BUGATTI Nr. 600615 datiert 26.3.93
Internationale Klasse: 30/32
Opponent: Prüfer.
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke "BUGATT" Nr. 549.636 in
Klasse Nr. 32 in Besitz von Bugatti A.G.; Marke "BUGATTI" Nr. 396.636 in Klasse Nr. 32
in Besitz von Bugatti A.G.; Marke Nr. 825.850 in Besitz von Francisco Zaragoza Tarrago in
der Klasse 25; Marke "BUGATTI" Nr. 1.743.034 in Klasse 29 in Besitz von Portugos S.a.
Die Marke wurde in Klasse 30 registriert.

Land: Südkorea
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 246019
datiert 7.8.92
Internationale Klasse: 16
Opponent: Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke Nr. 102411 "ETOILE" in
Klasse NR. 16 in Besitz von Kabushiki Kaisha Kaido
Die Opposition wurde ohne jegliche Veränderung bewältigt.

Land: Taiwan
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 80 – 09453
datiert 6.3.91
Internationale Klasse: 16 – Nationale Klasse: 49
Opponent:Prüfer
Ursache: schon bestehende Marke vom Prüfer erwähnt. Marke Nr. 464790 "BUGATTI"
International Klasse NR. 49 in Besitz von Modrec Limited.
Die Opposition wurde von Bugatti International S.a. bewältigt, nach dem Kauf der Marke von
Modrec Limited.

BI107556

**ANLAGE 3**

Mit Erfolg von Drittpersonen gegen für Ettore Bugatti G.m.b.H. oder Bugatti International S.a. hinterlegte Bugatti Handelsmarken eingeleitete Oppositionen

Land: **Australien**
Opposition gegen die Marke EB BUGATTI in ovaler Form Nr. 546017 vom 16.1190
Internat. Klasse: 25
Opponent: Prüfer
Ursache: vorher bestehende Marken Nr. B378655 und Nr. A503207 "BUGATTI" in Besitz von Plt Clothiers Pty
Begrenzt in Klasse 25

Land: **Brasilien**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 816035776 vom 5.2.91
Internat. Klasse: 25 – nationale classe: 25.10/20/60
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 811361993 "BUGATTI" in der Klasse 25.10/20/50, Nr. 814169538 "BUGATTI", Nr. 811100375 "EB" in der Klasse 25.10/20/30 und Nr. 006884288 in der Klasse 25 in Besitz von Irmaos Metran Ltda.

Land: **England**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 1449122 vom 30.11.90
Internat. Klasse: 25
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 1321726 "BUGATTI" in der Klasse25, Nr. 1284269 "BUGATTI" in der Klasse 26, Nr. 1258860 "BUGATTI" in der Klasse 25 & Nr. 1064036 "BUGATTI" in der Klasse 25 in Besitz von Bugatti Fashions Limited.

Land: **England**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 1449121 vom 30.11.90
Internat. Klasse: 20
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 1284267 "BUGATTI" in der Klasse 20 in Besitz von Bugatti Fashions Limited.

Land: **England**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 1449117 vom 30.11.90
Internat. Klasse: 03
Opponent: Prüfer

1

BI107557

Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 1255506 "BUGATTI" in der Klasse 3 und Nr. 1449117 "BUGATTI" in der Klasse 42 in Besitz von Bugatti Fashions Limited.

Land: **Finland**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 6194/90 vom 29.11.90
Internat. Klasse: 25
Opponent: Prüfer
Ursache: vorher bestehende Marke Nr. 109219 "BUGATTI" in Besitz von Fashions Limited.

Land: **Schweden**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 90 - 10439 vom 14.11.90
Internat. Klasse: 25
Opponent: Prüfer
Ursache: vorher bestehende Marke Nr. 157708 "BUGATTI" in der Klasse 25 in Besitz von Rosendals Konfektions AB

Land: **Singapore**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. S/7945 – 6/90 vom 17.11.90
Internat. Klasse: 18/25
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 261/85 und Nr. 3162/85 "BUGATTI" in der Klasse 18 und 25 in besitz von Avant – Garde Trading Pte. Ltd.

Land: **Südkorea**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 92 - 10179 vom 13.4.92
Internat. Klasse: 09 – Nationale Klasse: 41
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 107907 "BUGATTI" Nationale Klasse 41 in Besitz einer japanischen Gesellschaft.

Land: **Taiwan**
Opposition gegen die Marke EB ETTORE BUGATTI in ovaler Form Nr. 80 - 09460 vom 6.3.91
Internat. Klasse: 34 – nationale Klasse: 81
Opponent: Prüfer
Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 254397 "BUGATTI" Internationale Klasse 81 in Besitz von Koei Industrial Co. Ltd.

Land: **Taiwan**
Opposition gegen die Marke EB BUGATTI in ovaler Form Nr. 80 - 09449 vom 6.3.91
Internat. Klasse: 25 – nationale classe: 40
Opponent: Prüfer

2

BI107558

Ursache: vorher bestehende Marke vom Prüfer erwähnt. Marke Nr. 379499 "BUGATTI" nationale Klasse 40 in besitz von Pang – Szu Company Limited.

BI107559

## ANLAGE 4

**Erfolglose von Bugatti International S.a. oder Ettore Bugatti G.m.b.H. gegen von
Drittpersonen hinterlegte Marken eingeleitete Oppositionen**

Land: Deutschland
Opposition gegen die Marke „BUGATTI" Nr. L32065/25W2 in Besitz von Lord
Bekleidungswerke F.W. Brinkmann G.m.b.H.
Opponent: Bugatti International
Infolge des von Brinkmann eingeleiteten Verfahrens, zog Bugatti International die Opposition
zurück.

Land: Hong Kong
Opposition gegen die Marke „BAGUTTA" Nr. 399/91 in Klasse 3 in Besitz von CIT A.G.
Opponent: Bugatti International
Die Handelsmarke BAGUTTA wurde als nicht verwechselbar mit der Marke BUGATTI für
die Produkte der Klasse 3 angesehen.

B1107560

**ANLAGE 5**

Anhängige Oppositionen, die von Bugatti International S.a. oder Ettore Bugatti G.m.b.H. eingeleitet wurden

Land: Bolivien
Opposition gegen die Handelsmarke Nr. 062822 "BUGATTI" in Besitz von Fabrica Nacional de Calzados Fanacal Sr.
Klasse 25
Ursache: beinhaltet das Wort Bugatti

Land: Argentien
Opposition gegen die Handelsmarke Nr. 1.891.113 "DIBUGATTI" in Besitz von Compania Minera Campo de batalla SA.
Klasse 25
Ursache: beinhaltet das Wort Bugatti

Land: Peru
Opposition gegen die Handelsmarke Nr. 164543 "BUGATTI" in Besitz von Industria de calzado Laura.
Internationale Klasse 25
Ursache: beinhaltet das Wort Bugatti

Land: Bolivien
Opposition gegen die Handelsmarke Nr. 56115 "BUGATTI" in Besitz von Diego Monastero.
Internationale Klasse 12
Ursache: beinhaltet das Wort Bugatti

Land: England
Opposition gegen die Handelsmarke Nr. B1.281.838 "BUGATTI" in Besitz von Bugatti Fashions Limited.
Internationale Klasse 42
Ursache: beinhaltet das Wort Bugatti

Land: Argentinen
Opposition gegen die Handelsmarke Nr. 2054196 "CAFE BUGATTI" in Besitz von Inbimo S.a. in Klasse 42
Ursache: beinhaltet das Wort Bugatti

Land: Kolumbien
Opposition gegen die Handelsmarke Nr. 977360 "ENZO BUGATTI" hinterlegt im Namen von Grupo Moda Ltda.
Klasse 18
Ursache: beinhaltet das Wort Bugatti

BI107561

N0140

ANLAGE 6

**Anhängige Oppositionen, die von Drittpersonen gegen Bugatti International S.a. oder Ettore Bugatti G.m.b.H. eingeleitet wurden**

Land: Deutschland
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 565803 vom 10.01.91
Internat. Klasse : 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Lord Bekleidungswerke F.W. Brinkmann G.m.b.H.
Ursache: Opposition. Besitzer der Marke Nr. 991638 „BUGATTI" in der Klasse 25 und der Benutzungsnr. L 32065/25 Wz „BUGATTI" in den Klassen 3, 8, 14, 16, 18 e 25.
In Erwartung des Beschlusses der Federal Patent Court.

Land: Deutschland
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 565803 vom 10.01.91
Internat. Klasse : 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Penaten G.m.b.H.
Ursache: Besitzer der Marke Nr. 967629 und Nr. 1168346 „BEBE" für die Produkte in der Klasse 3
In Erwartung des Beschlusses der Federal Patent Court.

Land: Deutschland
Opposition gegen die Handelsmarke EB ETTORE BUGATTI in ovaler Form Nr. 565803 vom 10.01.91
Internat. Klasse : 03/06/14/16/18/20/21/25/28/33/34/42
Opponent: Herlitz A.G.
Ursache: Besitzer der Marke Nr. 1.088.486 „BUGATTI" in der Klasse 16
In Erwartung des Beschlusses der Federal Patent Court.

Land: Singapore
Opposition gegen die Handelsmarke RADIATOR + EB Nr. S/4703/93 vom 22.6.93
Internat. Klasse : 25
Opponent: Prüfer
Ursache: vorher bestehende Marke Nr. 9850/92 „BB" in Besitz von JS Fashion Trading Co.

Land: Brasilien
Opposition gegen die Handelsmarke RADIATOR + EB Nr. 817691154 vom 31.1.94
Internat. Klasse : 09
Opponent: Prüfer
Ursache: vorher bestehende Marke „EB" Nr. 812643992 in der Klasse 9.35/70 und Nr. 812644026 in der Klasse 9.80 in Besitz von Ermeto S.a.
Nr. 812644018 in der Klasse 9.35/70/75 und Nr. 812644000 in der Klasse 9.10/20/30 in Besitz von Ermeto .

BI107562

Land: Brasilien
Opposition gegen die Handelsmarke RADIATOR + EB Nr. 817691090 vom 31.1.94
Internat. Klasse : 09
Opponent: Prüfer
Ursache: vorher bestehende Marke „EB" Nr. 812643992 in der Klasse 9.35/70 und Nr.
812644026 in der Klasse 9.80 in Besitz von Ermeto S.a.
Nr. 812644018 in der Klasse 9.35/70/75 und Nr. 812644000 in der Klasse 9.10/20/30 in
Besitz von Ermeto S.a.

Land: Kolombien
Opposition gegen die Handelsmarke RADIATOR + EB Nr. 5141 vom 11.2.94
Internat. Klasse : 25
Opponent: messrs. E.B. Limitada
Ursache: Opposition; der Firmenname „EB" wurde seit 1984 benutzt.
In Erwartung des Beschlusses der Federal Patent Court.

Land: Brasilien
Opposition gegen die Handelsmarke RADIATOR + EB Nr. 817691154vom 31.1.94
Internat. Klasse : 09
Opponent: Prüfer
Ursache: vorher bestehende Marke „EB" Nr. 812643992 in der Klasse 9.35/70 und Nr.
812644026 in der Klasse 9.80 in Besitz von Ermeto S.a.
Nr. 8126644018 in der Klasse 9.35/70/75 und Nr. 812644000 in der Klasse 9.10/20/30 in
Besitz von Ermeto.

2

BI107563

USA

## Markenbestand USA

| | Marke | Aktenzeichen | first use | application date | Owner | Klasse | Waren | Anmerkung |
|---|---|---|---|---|---|---|---|---|
| 1/33 | Bugatti's little Italy | 75167332 | | 17.09.96 | Station Casinos | 42 | Restaurants | |
| 2/33 | Ettore Bugatti | 75078293 | | 25.03.96 | Michel Bugatti, CH | 16 | | abandoned - still live - owner change and new application |
| 3/33 | Ettore Bugatti | 75057182 | | | Michel Bugatti, CH | 3, 14, 18, 25 | | abandoned - still live - |
| 8/33 | Bugatti | 74270128 | 01.04.92 | 28.04.92 | Charles Bugatti | 3 | | abandoned after inter partes decision by TTAB (opposition) |
| 9/33 | Herlitz Bugatti | 74135747 | | 04.02.91 | Herlitz AG, DE | 16 | pens etc. | oppo pending (74119363 own. Ettore Bugatti S.R.L.) |
| 10/33 | Villa Bugatti | 74129388 | 22.06.90 | 10.01.91 | Superba, L.A. | 25 | men's ties | |
| 11/33 | Villa Bugatti | 74129175 | | 10.01.91 | Superba, L.A. | 3 | soaps etc. | dead, no statement of use |
| 12/33 | EB Ettore Bugatti | 74119363 | | 30.11.90 | Ettore Bugatti S.R.L. | 14, 16, 18, 20, 24, 28, | | live, opposition terminated (8.2.96-25.10.96, 74129388 by Superba, appar. before board) |
| 13/33 | Villa Bugatti | 74059467 | | 16.05.90 | Yvonne and Charles Bugatti | 3, 25 | | abandoned upon request of appl. 1.2.91 |
| 14/33 | Villa Bugatti | 74048969 | | 16.04.90 | Yvonne and Charles Bugatti | 3, 25 | | abandoned upon request of appl. 1.2.91 |
| 15/33 | Bugatti | 74048550 | Aug 89 | 13.04.90 | Wilouby International Inc. L.A. | 14 | | abandoned, no response to O.A. |
| 16/33 | Bugatti | 73782087 | Dez 88 | 21.02.89 | Bugatti Fashions, Ltd, GB | 3, 25 | | abandoned upon request of appl.23.8.89 |

Anlage 2 zum Vertrag
Bugatti/Artioli mit Volkswagen

Seite 4

BI107564

USA

| | Marke | Aktenzeichen | first use | application date | Owner | Klasse | Waren | Anmerkung |
|---|---|---|---|---|---|---|---|---|
| 17/33 | Bugatti | 73630787 | 18.05.72 | 17.11.86 | Yvonne and Charles Bugatti | 3, 25 | | seems to be assigned to Superba, Bugatti Fashion also involved in some kind |
| 18/33 | EB Bugatti | 73639786 | 18.05.72 | 17.11.86 | Bugatti Fashions, Ltd, GB | 3, 25 | | Abandoned, opposition from Bugatti International, LUX, |
| 19/33 | EB Bugatti | 73630771 | | 17.11.86 | Bugatti Fashions, Ltd, GB | 42 | | abandoned, no response to O.A. |
| 20/33 | Bugatti | 73630763 | | 17.11.86 | Bugatti Fashions, Ltd, GB; Bugatti, Charles | 43 | | abandoned, no response to O.A. |
| 21/33 | Bugatti Sport | 73626644 | 11.10.79 | 23.10.86 | Lord Bekleidungswerke | 25 | | abandoned upon request of appl. 2.3.87 |
| 22/33 | Bugatti Sport | 73555968 | 11.10.79 | 29.08.85 | Lord Bekleidungswerke | 25 | | abandoned, no response to O.A. |
| 23/33 | Bugatti | 73528256 | | 22.03.85 | Innovation Scientifique Dermatologique | 3 | | abandoned, no response to O.A. |
| 26/33 | Bugatti Jeans | 73379505 | 01.06.82 | 11.08.82 | Bugatti Jeans Inc. Miami | 25 | | dead, abandoned 16.5.88 |
| 27/33 | Franco Bugatti | 73308710 | 01.02.81 | 04.05.81 | Capital Pant Co. | 25 | | dead, abandoned 5.3.84 |
| 28/33 | Bugatti | 73238178 | | 06.11.79 | ODO, FR | 9 | spectacles and sunglasses | |
| 29/33 | Bugatti | 73213572 | 16.05.78 | 30.04.79 | Koei Kogyo K.K. | 34 | Cigarette lighters | |
| 30/33 | Messier-Hispano- | 73183663 | | 28.08.78 | Messier-Hispano-Bugatti | 6, 7, 9, 12, 17, | | owner: change of name to Messier-Bugatti |

Anlage 2 zum Vertrag
Bugatti/Artioli mit Volkswagen

Seite 5

BI07565

USA

| | Marke | Aktenzeichen | first use | application date | Owner | Klasse | Waren | Anmerkung |
|---|---|---|---|---|---|---|---|---|
| 31/33 | Messier-Hispano- | 73183625 | Jul 77 | 28.08.78 | Messier-Hispano-Bugatti | 6, 7, 9, 12, 17, | | owner: change of name to Messier-Bugatti |
| 32/33 | Bugatti | 73158794 | 15.06.72 | 15.02.78 | The Bugatti Inc. | 18 | | |
| 33/33 | Bugatti | 73108554 | | 06.12.76 | Superba, L.A. | 25 | | applicant was Bugatti fashion Ltd., |

Anlage 2 zum Vertrag
Bugatti/Artioli mit Volkswagen

Seite 6

BI107566

ROMANO ARTIOLI

Sehr geehrte Herren,

Herr Cahen hat mir mitgeteilt welche Kopien von Dokumenten Sie verlangen.

Selbstverständlich wird er das Nötige tun um Ihnen, so schnell wie möglich, Genugtuung zu geben. Doch wird es ihm unmöglich sein Ihnen alle verlangten Unterlagen zu besorgen.

Also will ich Ihnen das Leben vereinfachen und jeden unnötigen Papierkram ersparen.

Dazu möchte ich Ihnen folgendes vorschlagen:

- Sie fragen Ihren luxemburgischen Anwalt nähere Erklärungen über Sinn, Zweck und gesetzlich erlaubte Tätigkeiten der luxemburgischen Holdinggesellschaft gemäss Gesetz vom 21.07.1929. Er soll Ihnen bestätigen, dass diese Gesellschaft weder eine kommerzielle, noch eine industrielle Tätigkeit ausüben darf, und dass Sie auch keine Verantwortung über diese, von Ihren Beteiligungen getätigten Handlungen, trägt.

- Darüber hinaus schlage ich Ihnen vor, dass alle sich noch im Besitz der Holding befindlichen Beteiligungen, ob bereits in Liquidation, im Vergleichverfahren oder sich im Konkurs befindlich, in der Bilanz voll abgeschrieben oder nicht, an eine andere Holding abgetreten werden. Diese Holding wird bestätigen, dass sie die Situation dieser Gesellschaft kennt, und alle beinhaltenden Forderungen und Verpflichtungen übernimmt.

Darüber hinaus, kann der Abtretungsvertrag der Bugatti International S.A. Holding Aktien ja auch noch vorsehen dass ich alle, vor der Abtretung stammenden Verpflichtungen und noch auftretenden Forderungen übernehme.

Ich hoffe, dass diese Vorschläge die Probleme die Sie sehen alle lösen wird.

Mit freundlichen Grüssen.

Ihr Romano Artioli

BI107567





BI107568



BI107569



BI107570

ORGANIGRAMME No.3

BUGATTI INTERNATIONAL S.A.HOLDING

organigr3

Page 1

- 90,00% — BUGATTI FRANCE SARL TOULON
- 10% — BUGATTI DEUTSCHLAND GmbH
- 10% — IMPORT EXPORT BUGATTI Srl Barcelona
- 0,25% — BUGATTI JAPAN LTD TOKYO
- 99,65% — BUGATTI AUTOMOBILE Spa Campogalliano(Mo)
- 97,50% — ETTORE BUGATTI Srl ORA (Bz)

BI107571

organigr4

**ORGANIGRAMME   No.4**

after sale of all participations



BUGATTI INTERNATIONAL S.A.HOLDING

Page 1

**GRATIS**

Audience publique du vendredi, vingt et un novembre mil neuf cent quatre-vingt-dix-sept.

### Gestion contrôlée : 168/96 (S.A. BUGATTI INTERNATIONAL HOLDING)

Composition:

Maryse WELTER, 1ère vice-présidente;
Paule MERSCH, 1er juge;
Michèle RAUS, juge;
Martine SOLOVIEFF, substitut principal du Procureur d'Etat;
Martine MATHAY, greffier;

## LE TRIBUNAL :

Vu le projet de réorganisation des affaires de la société anonyme BUGATTI INTERNATIONAL HOLDING, avec siège social à L-2326 Luxembourg, 8, rue Nicolas Petit, déposé au greffe du tribunal d'arrondissement de et à Luxembourg le 13 mai 1997 par les commissaires Maître Jean BRUCHER, avocat, demeurant à Luxembourg et Monsieur Marc MULLER, expert-comptable, demeurant à Luxembourg.

Vu la publication dudit projet au Mémorial, Recueil Spécial des sociétés et associations, numéro 367 du 9 juillet 1997.

Après avoir entendu en chambre du conseil en date du 5 novembre 1997 les commissaires à la gestion contrôlée Maître Jean BRUCHER et M. Marc MULLER, la S.A. BUGATTI INTERNATIONAL HOLDING par l'organe des sieurs Jean-Marc BOREL et Claude CAHEN, administrateur-délégué respectivement membre du conseil d'administration de la société requérante, assistés de Maître Pierre FELTGEN, avocat, demeurant à Luxembourg, en remplacement de Maître Michel MOLITOR, ainsi que le représentant du Ministère Public en ses conclusions.

Les créanciers ayant déclaré rejeter le projet de réorganisation, bien qu'invités par le greffe du tribunal à comparaître à l'audition de la société requérante, n'ont pas comparu.

Plus de la moitié des créanciers représentant, par leurs créances non contestées par les commissaires, plus de la moitié du passif, ont donné leur adhésion au projet de réorganisation des affaires de la S.A. BUGATTI INTERNATIONAL HOLDING.

Le plan des commissaires tient équitablement compte dans toute la mesure du possible de tous les intérêts en cause et respecte le rang des privilèges et hypothèques tel qu'il résulte de la loi.

Il est de plus dans l'intérêt de la société BUGATTI INTERNATIONAL HOLDING elle-même

**BI107572**

En effet, la cession des participations, nécessitée pour obtenir les fonds permettant de réaliser le plan de réorganisation en liquidant son passif accepté, lui a permis de conserver la totalité de son activité "Marques". Le bénéfice, réalisé sur les différences de change dans le cadre de la cession des participations, constitue le cash flow lui permettant à court terme l'exploitation des marques dont la société déclare avoir conservé et renouvelé l'enregistrement au cours de la période de gestion contrôlée. A moyen terme, la société espère entrer dans un partenariat en vue d'une meilleure exploitation de cet actif.

De plus, le bénéfice obtenu dans le cadre de la liquidation du passif (1.329.100.000.- LUF) met la société en mesure d'assainir sa situation comptable et de réduire son report déficitaire.

Il échet dès lors d'approuver le projet de réorganisation des affaires de la société anonyme BUGATTI INTERNATIONAL HOLDING dressé par les commissaires.

Si en principe, après l'approbation par le tribunal du projet dressé par les commissaires, le commerçant redevient maître de ses biens, il n'est cependant pas exclu que des restrictions soient apportées à cette liberté, des restrictions conventionnelles n'étant pas contraires à l'esprit de l'arrêté grand-ducal du 24 mai 1935 (cf. FREDERICQ : Gestion contrôlée, supplément au T.III des Principes de droit commercial belge, éd.1934, No.48, p.61).

Il y a partant lieu de dire que le règlement aux créanciers des montants stipulés dans les délais prévus au projet de réorganisation se fera sous la surveillance des commissaires Maître Jean BRUCHER et M. Marc MULLER, mesure à laquelle le mandataire de la société BUGATTI INTERNATIONAL HOLDING a déclaré ne pas s'opposer lors de l'audition du 5 novembre 1997.

## Par ces motifs :

le tribunal d'arrondissement de et à Luxembourg, deuxième chambre, siégeant en matière commerciale, statuant en audience publique, après avoir entendu la requérante, les commissaires en leurs observations, le représentant du Ministère Public en ses conclusions,

**approuve** le projet de réorganisation des affaires de la société anonyme BUGATTI INTERNATIONAL HOLDING S.A. présenté par les commissaires Maître Jean BRUCHER et Monsieur Marc MULLER;

**dit** que le règlement des montants à payer aux créanciers dans les conditions prévues au projet de réorganisation se fera sous la surveillance des commissaires Maître Jean BRUCHER et Monsieur Marc MULLER;

**ordonne** la publication par extraits du présent jugement aux annexes du Mémorial ainsi que dans le journal "LUXEMBURGER WORT";

**déclare** le présent jugement exécutoire par provision;

**met** les frais à charge de la requérante S.A. BUGATTI INTERNATIONAL HOLDING.

BII07573

17569

# MEMORIAL
## Journal Officiel
## du Grand-Duché de
## Luxembourg



# MEMORIAL
## Amtsblatt
## des Großherzogtums
## Luxemburg

## RECUEIL DES SOCIETES ET ASSOCIATIONS

Le présent recueil contient les publications prévues par la loi modifiée du 10 août 1915 concernant les sociétés commerciales et par loi modifiée du 21 avril 1928 sur les associations et les fondations sans but lucratif.

C — N° 367             9 juillet 1997

### SOMMAIRE

Atlas Finance S.A., Luxembourg . . . . . . . . . . page   17594
Autocars Sales-Lentz S.A., Bascharage . . . . . . . . . .   17594
AZ Plus Investment Management, Luxembourg . . .   17595
Balfour Trading S.A., Elvange . . . . . . . . . . . . . . . . .   17601
Bancom Investments S.A., Luxembourg . . . . . . . . .   17594
Banque C.G.E.R. France S.A., Paris . . . . . . . . . . .   17612
Banque Continentale du Luxembourg S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17595
Bimolux S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17595
BL Money-Trust, Sicav, Luxembourg . . . . . . . . . . .   17615
Bugatti International Holding S.A., Luxembourg . . .   17570
Café Broucher Stuff, S.à r.l., Brouch/Mersch . . . . . .   17595
Café-Restaurant Europe, S.à r.l., Luxembourg . . . . .   17609
Carador S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17596
Chefren S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17596
C.L.A.F. S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17597
Colville S.A.H., Luxembourg . . . . . . . . . . . . . . . . .   17597
Cronplus Entreprises Holding S.A., Luxembourg . . .   17598
Confidentia (Fiduciaire), S.à r.l., Luxembourg . . . . .   17598
Cosmotrade S.A., Luxembourg . . . . . . . . . . . . . . . .   17600
CT-Lux Converter Technologies, S.à r.l., Howald . .   17598
Desis S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . .   17599
DKB Lux Management S.A., Luxembourg . . . . . . . .   17600
D & M Services, S.à r.l., Dudelange . . . . . . . . . . . .   17598
DSB-Latin Bond Fund, Sicav, Senningerberg 17600,   17601
Electro Zock-Sadler, S.à r.l., Luxembourg . . . . . . .   17610
Eleonora S.A., Luxembourg . . . . . . . . . . . . . . . . . .   17610
E.M. Wertpapierverwaltungsgesellschaft S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17596
Entreprise de Construction Générale S.A., Filsdorf   17571
Experta Bil Equities Advisory S.A., Luxembourg . .   17605
Fruchtkontor S.A.H., Luxembourg . . . . . . . . . . . . .   17614
Geberit International S.A., Luxembourg . . . 17572,   17573
Grap S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . .   17613
Header Holding S.A., Luxembourg . . . . . . 17573,   17575
Interimmo S.A., Luxembourg . . . . . . . . . . . . . . . . .   17615
International Acquisitions Luxembourg I.A.L., S.A.H., Luxembourg . . . . . . . . . . . . . . . . . . 17585,   17586
Intervalor S.A., Luxembourg . . . . . . . . . . . . . . . . .   17613
Investment and Construction Etablissement S.A.H.   17571
Ipsyinvest S.A., Luxembourg . . . . . . . . . . . . . . . . .   17611
Iso-Green, S.à r.l., Dudelange . . . . . . . . . . 17575,   17576
IVI - International Venture Investors S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17616

Mansys S.A., Howald . . . . . . . . . . . . . . . . . . . . . .   17570
Matchem S.A.H., Luxembourg . . . . . . . . . 17580,   17581
Media Travel S.A., Luxembourg . . . . . . . . . . . . . . .   17614
Merrill Lynch Global Currency Bond Series, Sicav, Luxembourg . . . . . . . . . . . . . . . . . . . . . . 17577,   17579
MK Luxinvest S.A., Luxembourg . . . . . . . . . . . . . . .   17576
Momentum S.A., Luxembourg . . . . . . . . . . . . . . . .   17616
MTT Holding S.A., Senningerberg . . . . . . . . . . . . .   17571
Multi-Matex Holding Corporation S.A., Luxembourg   17579
Nashiri S.A., Luxembourg . . . . . . . . . . . . . 17581,   17582
Oekoprax, S.a r.l., Bergem . . . . . . . . . . . . . . . . . .   17579
OI Trading S.A. . . . . . . . . . . . . . . . . . . . . . . . . . .   17571
Optimo S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17615
O.R. Holding S.A., Luxembourg . . . . . . . . . . . . . . .   17579
Papyrus S.A., Bertrange . . . . . . . . . . . . . . . . . . . . .   17582
Parbat Finance S.A., Luxembourg . . . . . . . . . . . . . .   17583
PARFINEX, Participations et Financements Extérieurs S.A., Luxembourg . . . . . . . . . . . . 17584,   17585
Parissimmo S.A., Luxembourg . . . . . . . . . . . . . . . .   17583
Part-Finance S.A., Luxembourg . . . . . . . . . . . . . . .   17583
Participation Internationale Immobilière S.A.H., Luxembourg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17585
Pharma Goedert S.A., Capellen . . . . . . . . . 17586,   17587
Plusfin S.A., Luxembourg . . . . . . . . . . . . . . . . . . . .   17586
Providence Générale S.A., Luxembourg . . . . . . . . .   17583
Remerwe, S.à r.l., Luxembourg . . . . . . . . . . . . . . .   17585
Remise S.A., Luxembourg . . . . . . . . . . . . . . . . . . .   17587
Ribete Soparfi S.A., Luxembourg . . . . . . . . 17588,   17590
Rolac S.A., Luxembourg . . . . . . . . . . . . . . . . . . . .   17590
Sapeco International S.A., Luxembourg . . . . . . . . . .   17613
Scan-Project S.A., Junglinster . . . . . . . . . . . . . . . .   17592
S.E.M.A.P., Société Européenne de Matériel pour l'Appareillage, S.à r.l., Luxembourg . . . . . 17592,   17594
Société de Banque Suisse (Luxembourg) S.A. . . . . .   17591
SO.F.IMM. Société Financière Immobilière S.A., Luxembourg . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17594
State Street American Fund, Fonds Commun de Placement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17590
Sunfish Holding S.A., Luxembourg . . . . . . . . . . . . .   17614
Templeton Global Strategy Funds, Sicav, Luxbg . . .   17611
Ukemi S.A., Luxembourg . . . . . . . . . . . . . . . . . . . .   17613
Viooltje Investering S.A., Differdange . . . . . . . . . .   17611
Waterlelie S.A., Luxembourg . . . . . . . . . . . . . . . . .   17614

BI107574

17570

## BUGATTI INTERNATIONAL HOLDING S.A., Société Anonyme.
Siège social: L-2326 Luxembourg, 8, rue Nicolas Petit.
R. C. Luxembourg B 26.124.
Gestion contrôlée 168/96.

—

*Projet de réorganisation des affaires de la société*
*Date: 21 mars 1997 - Unités: LUF*
*1) Passif Chirographaire*

| Créanciers | Devise | | Montant en LUF | Remarques |
|---|---|---|---|---|
| 1 CABINET BOETTCHER . . . . . . . . . . . . . . . . . | FRF | 397.053,10 | 2.319.464 | |
| 2 BECKER & CAHEN . . . . . . . . . . . . . . . . . . . . | | | 2.039.744 | |
| 3 Rinuy Santarelli . . . . . . . . . . . . . . . . | FRF | 27.750,00 | 167.888 | |
| 4 Mᵉ Barbieri Mario . . . . . . . . . . . . . . . . . . . | ITL | 223.600.000,00 | 4.685.677 | |
| 5 Avv. Alberto Pugno Vanoni . . . . . . . . . . . . . . | ITL | 79.906.761,00 | 1.693.624 | |
| 6 Benedini Gianpaolo . . . . . . . . . . . . . . . . . | ITL | 93.000.000,00 | 1.906.472 | |
| 7 E. Castellani . . . . . . . . . . . . . . . . . . | GBP | 43.554,00 | 2.367.595 | |
| 8 BUGATTI AUTOMOBIL Spa . . . . . . . . . . | ITL | 7.868.750.000,00 | 164.850.313 | |
| 9 BUGATTI INTERNATIONAL GESTION, S.à r.l. . . . | | | 15.720.008 | |
| 10 LITTLE GEST LTD . . . . . . . . . . . . . . . . . | | | 907.500 | |
| 11 WESTRADING, S.à r.l. . . . . . . . . . . . . . . . . | | | 54.929.100 | |
| 12 GRANDES MARQUES GROUPE S.A. . . . . . . . . | | | 1.471.365.675 | |
| 13 IXIA S.A. (reprises des dettes BNL et | | | | |
| RAIFFEISEN SUDTIROL) . . . . . . . . . . . . . . . . | | | 390.564.320 | |
| 14 Administration de l'Enregistrement (Luxembourg) . | | | 2.009.026 | |
| 15 FISICO SpA . . . . . . . . . . . . . . . . . . . . . | | | 542.627.627 | |
| 16 BUGATTI FRANCE, S.à r.l. . . . . . . . . . . . . . . | | | 2.248.326 | Contestée à 100 % et non reprise dans le total |
| 17 Mᵉ Castellani: créance contestée . . . . . . . . . . . | GBP | 110.729,50 | 6.019.256 | Contestée à 100 % et non reprise dans le total |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 2.658.154.033 | |

*2) Projet de réorganisation*

| | | | |
|---|---|---|---|
| Total de l'actif (en LUF) . . . . . . . . . . . . . . . . . | | 1.355.900.770 | |
| Total du passif (en LUF) . . . . . . . . . . . . . . . . . | | 2.658.154.033 | |
| Solde (en LUF) . . . . . . . . . . . . . . . . . . . . . . | | - 1.302.253.263 | |
| Dividende proposé . . . . . . . . . . . . . . . . . . . . | 50 % | | |
| Passif à payer . . . . . . . . . . . . . . . . . . . . . . . | | 1.329.077.017 | |
| Marge de sécurité pour différence de change | | | |
| (en LUF et en % du passif total) . . . . . . . . . . . . . . | | 26.823.754 | 1,01 % |

*f 25 m 10 (Lotus)*

Les commissaires à la gestion contrôlée:
Maître Jean Brucher
Monsieur Marc Muller

Mᵉ J. Brucher.

Enregistré à Luxembourg, le 9 juin 1997, vol. 493, fol. 24, case 2. – Reçu 500 francs.

*Le Receveur (signé)*: J. Muller.

(20111/520/51)  Déposé au registre de commerce et des sociétés de Luxembourg, le 10 juin 1997.

---

## MANSYS S.A., Société Anonyme.
Siège social: L-1818 Howald, 4, rue des Joncs.

—

Par la présente, la société Fiduciaire luxembourgeoise EUROTRUST S.A., met son mandat de commissaire aux comptes avec effet immédiat à la disposition de la société MANSYS S.A.

Luxembourg, le 20 juin 1997.                Fiduciaire luxembourgeoise EUROTRUST S.A.
*Pour le Conseil d'Administration*
Signature

Enregistré à Luxembourg, le 20 juin 1997, vol. 493, fol 76, case 10 – Reçu 500 francs.

*Le Receveur (signé)*: J. Muller.

(23115/576/10)  Déposé au registre de commerce et des sociétés de Luxembourg, le 30 juin 1997.

BI107575

Fiduciaire

# BECKER + CAHEN

Société civile
3, rue des Foyers
L-1537 Luxembourg
Téléphone 44 44 69
Fax 44 65 87
BGL 30-354627-29
SGBT 61-404361-76-26
CCP 6337-32

## ENVOI DE TELECOPIE

| De | A |
|---|---|
| Fiduciaire Becker + Cahen | Me J. Brücher / M. Marc Müller |
| | à l'att. de |
| Fax no. (352) 44 65 87 / 44 22 35 | Fax no. 45 94 65 / 40 25 25 |
| Tél. no. (352) 44 44 69 | Nbre de pages: 1 + |

Luxembourg, le 11/03/1998

Messieurs les Commissaires,

Un acheteur potentiel d'actions de BIH nous prie de vous demander de vouloir nous confirmer que vous avez bien, conformément au jugement du 21.11.1997
« payé aux créanciers dans les conditions prévues au projet de réorganisation les montants dus ».

Il nous serait en outre agréable si vous pouviez nous confirmer en même temps que toute la procédure relative à la Gestion Contrôlée a été rigoureusement suivie et que, comme aucun autre créancier que ceux mentionnés dans le plan de réorganisation ne s'étant manifesté, les affaires de BIH sont arrangées et qu'on ne peut raisonnablement s'attendre à aucune autre exigence d'origine antérieure à la clôture de la Gestion Contrôlée.

Avec nos remerciements, nous vous prions d'agréer, Messieurs les Commissaires, l'expression de nos sentiments distingués.

Claude Cahen

BI107576

Prière de nous contacter par téléphone ou par fax si vous n'avez pas reçu toutes les pages

# STUDIO ROSSINI DOTTORI COMMERCIALISTI ASSOCIATI

**Dottori Commercialisti**

Dott. Gino Luciano Rossini · Revisore Contabile
Dott. Gian Luigi Rossini · Revisore Contabile
Dott. Giovanni Rossini · Revisore Contabile
Dott. Gian Luca Rossini · Revisore Contabile
Dott. Silvio Pasquinelli · Revisore Contabile
Dott. Stefano della Fontana

*J. M. Borel*

Spett.le
Ditta in indirizzo

**RACCOMANDATA**

OGGETTO: avviso ai creditori.

Il Tribunale di Modena con sentenza del 22 Settembre 1995, depositata il 23 Settembre 1995, ha dichiarato il Fallimento della **"Bugatti Automobili S.p.A."** con sede in Campogalliano (Mo) Largo Ettore Bugatti 1, nominando la Dott. Ornella D'Orazi quale Giudice Delegato e il sottoscritto quale curatore.

Le domande di ammissione al passivo, in carta legale, devono pervenire alla Cancelleria del suddetto Tribunale entro 30 giorni dalla data del deposito.

I documenti giustificativi devono essere fiscalmente regolari.

Il giorno 18 Aprile 1996 alle ore 11 nella residenza del Tribunale, dinanzi al Giudice Delegato, si terrà l'udienza per l'esame dello stato passivo.

Distinti saluti
Modena li 28 Settembre 1995.

Il Curatore
Dott. Gian Luigi Rossini

**Estratto del R.D. 16/03/1942 n.267.**

ART. 93 · La domanda di ammissione al passivo deve contenere il cognome e nome del creditore, l'indicazione della somma, del titolo da cui il credito deriva, delle ragioni di prelazione e dei documenti giustificativi.

Se il creditore non è domiciliato nel comune in cui ha la sede il Tribunale, la domanda deve inoltre contenere l'elezione del domicilio nel comune stesso; altrimenti tutte le notificazioni posteriori si fanno al creditore presso la Cancelleria del Tribunale.

I documenti non presentati con la domanda devono essere depositati prima dell'udienza di verifica.

Il Giudice ad istanza della parte può disporre che il Cancelliere prenda copia dei titoli al portatore o all'ordine presentati e li restituisca con l'annotazione dell'avvenuta domanda di ammissione al passivo.

**BI107577**

STUDIO ROSSINI DOTTORI COMMERCIALISTI ASSOCIATI · Associazione tra Dottori Commercialisti
Via Canalino, 15 · 41100 MODENA · Tel 059/222731 (3 linee r.a.) Fax 226737 · C.F. e P.IVA 02052540362

(Briefkopf des Mandanten)

_____

_____

_____

Anläßlich der Untersuchung der finanziellen Verhältnisse der Bugatti International
Holding S.A. bitten wir Sie, unmittelbar an unseren Berater, die Firma

Coopers & Lybrand GmbH
z. Hd. Herrn Dr. R. Jäger
Olof-Palme-Str. 35
~~60328~~ Frankfurt am Main
60439

den Stand sämtlicher unserer bei Ihnen unterhaltenen Konten zum 13. März 1998 unter
Berücksichtigung aller bis zu diesem Zeitpunkt angefallenen Zinsen und Spesen zu
bestätigen.
Falls die nachfolgenden Fragen zutreffen, bitten wir Sie, in die Bestätigung auch
folgende Angaben einzubeziehen:

1. Stand der Guthabenkonten unter Angabe der Fälligkeit und eventueller
   Verfügungsbeschränkungen
2. Stand der Kreditkonten unter Angabe der Zins- und Rückzahlungsbedingungen und
   der gestellten Sicherheiten
3. Bereitschaftskredite und Kreditlinien
4. Bei Ihnen deponierte Wertpapiere unter Angabe einer eventuellen
   Verfügungsbeschränkung
5. Verträge, die derivative Finanzinstrumente betreffen (z.B. Fremdwährungs-, zins,-
   wertpapier- und indexbezogene Optionsgeschäfte und Terminkontrakte, Zins- und
   Währungsswaps, Forward Rate Agreements und Forward Forward Deposits)
6. Zum Inkasso eingereichte Schecks und Wechsel, die von Ihnen am Stichtag noch
   nicht gutgeschrieben sind
7. Unser Obligo aus diskontierten Wechseln
8. Unser Obligo aus von Ihnen für uns eingegangenen Verpflichtungen (z.B. aus
   Bürgschaften zu unseren Gunsten oder aus Kreditaufträgen)
9. Sonstige Verpflichtungen Ihnen gegenüber, z.B. aus Bürgschaften,
   Gewährleistungsverträgen und Patronatserklärungen usw.
10. Namen der Zeichnungsberechtigten am Stichtag

Außerdem bitten wir Sie, in Ihrer Bestätigung die zusätzliche Erklärung abzugeben, daß
keine weiteren Guthaben oder Verpflichtungen für uns bestehen.

Wir wären Ihnen dankbar, wenn Sie uns eine Durchschrift Ihrer Bestätigung senden
würden.

BI107578

Mit freundlichen Grüßen

BI107579

(Briefkopf des Mandanten)

_____
_____
_____

For the purpose of the audit of our financial statements we kindly ask you to furnish a statement directly to our auditors,

(Name)
(Adresse der Niederlassung)

in respect of all accounts maintained with you as of _____ (Stichtag), taking into consideration all interest and charges having accrued as of the specific date.

To the extent applicable, we would like you to furnish to _____ (Firma) the following information:

1. Cash balances on deposit with you and related restrictions
2. Overdraft and loan balances, indicating interest and repayment terms and collateral furnished, if any
3. Standby credit arrangements and credit lines and specific terms
4. Securities held by you for your account indicating related restrictions, if any
5. Volume of forward dealings
6. Checks and notes presented for collection but not yet credited to our accounts
7. Our contingent liabilities from notes discounted with you
8. Our contingent liabilities from transactions you have entered into on our behalf (e.g. guarantees or leadings to third parties)
9. Other commitments we have with you (e.g. from guarantees)
10. Names of persons having authority to sign on our behalf.

Furthermore, you are kindly requested to confirm that we have no other assets on deposit with you and no other liabilities and contingencies with you than expressly stated above.

We would appreciate receiving a copy of your letter to our auditors.

Yours faithfully

BI107580

**BUGATTI INTERNATIONAL HOLDING S.A.**

**SITUATION AU 10 MARS 1998 / PROJECTION AU 31 MARS 1998**

| ACTIF | 31.03.1998 | 10.03.1998 | PASSIF | 31.03.1998 | 10.03.1998 |
|---|---|---|---|---|---|
| **ACTIF IMMOBILISE** | | | **CAPITAUX PROPRES** | | |
| Immobilisations financières | | | Capital social | 575 000 000 | 575 000 000 |
| Droits Bugatti | 73 608 382 | 53 608 382 | Reserve légale | 15 083 389 | 15 083 389 |
| | | | Report à nouveau | -520 220 912 | -520 220 912 |
| | | | | | |
| | | | **DETTES** | | |
| | | | Fournisseurs | | 8 540 331 |
| **ACTIF CIRCULANT** | | | c/c BIG s.à r.l | | 6 535 307 |
| ACBN | | 31 153 482 | | | |
| | | | Bugatti France | | 2 248 326 |
| **ACTIF DISPONIBLE** | | | Ixia S.H. | | 1 213 800 |
| SGBT GBP | | 476 008 | | | |
| BGL 30-662329-52-1 | | 1 047 362 | | | |
| Luxbanque FF | | 1 | | | |
| Luxbanque LIT | | 5 694 | SGBT | | 9 652 |
| Sogenal LIT Terme | | 533 110 | | | |
| **Perte de l'exercice** | | 1 585 854 | **Bénéfice de l'exercice** | 3 745 905 | |
| | 73 608 382 | 88 409 893 | | 73 608 382 | 88 409 893 |

BI107581

**BUGATTI INTERNATIONAL HOLDING S.A.**

### BILAN AU 31 DECEMBRE 1997

| ACTIF | 31.12.1997 | PASSIF | 31.12.1997 |
|---|---|---|---|
| **ACTIF IMMOBILISE** | | **CAPITAUX PROPRES** | |
| Immobilisations financières | | Capital social | 575 000 000 |
| Droits Bugatti | 53 608 382 | Réserve légale | 15 083 389 |
| | | Report à nouveau | - 1 845 360 427 |
| Part. BIG s.à r.l | 1 | | |
| | | **DETTES** | |
| | | Fournisseurs | 7 692 554 |
| | | c/c BIG s.à r.l | 6 535 307 |
| **ACTIF CIRCULANT** | | Bugatti France | 2 248 326 |
| | | SGBT FRF | 231 |
| A C B N | 31 152 983 | SGBT ITL | 755 |
| **ACTIF DISPONIBLE** | | | |
| BGL 30-662329-52-1 | 1 047 362 | | |
| Sogenal LIT Terme | 531 742 | | |
| **Perte de l'exercice** | | **Bénéfice de l'exercice** | 1 325 140 335 |
| | 86 340 470 | | 86 340 470 |

BI107582

17570

## BUGATTI INTERNATIONAL HOLDING S.A., Société Anonyme.
Siège social: L-2326 Luxembourg, 8, rue Nicolas Petit.
R. C. Luxembourg B 26.124.
Gestion contrôlée 168/96.

—

*Projet de réorganisation des affaires de la société*
*Date: 21 mars 1997 - Unités: LUF*
*1) Passif Chirographaire*

| Créanciers | Devise | | Montant en LUF | Remarques |
|---|---|---|---|---|
| 1 CABINET BOETTCHER . . . . . . . . . . . . . . . . . | FRF | 397.053,10 | 2.319.464 ✓ | |
| 2 BECKER & CAHEN . . . . . . . . . . . . . . . . . . . | | | 2.039.744 ✓ | |
| 3 Rinuy Santarelli . . . . . . . . . . . . . . . . . . . . . | FRF | 27.750,00 | 167.888 v | |
| 4 Mᵉ Barbieri Mario . . . . . . . . . . . . . . . . . . . | ITL | 223.600.000,00 | 4.685.677 | |
| 5 Avv. Alberto Pugno Vanoni . . . . . . . . . . . . . . | ITL | 79.906.761,00 | 1.693.624 v | |
| 6 Benedini Gianpaolo . . . . . . . . . . . . . . . . . . | ITL | 93.000.000,00 | 1.906.472 | |
| 7 E. Castellani . . . . . . . . . . . . . . . . . . . . . . . | GBP | 43.554,00 | 2.367.595 | |
| 8 BUGATTI AUTOMOBIL Spa . . . . . . . . . . . . . . | ITL | 7.868.750.000,00 | 164.850.313 | |
| 9 BUGATTI INTERNATIONAL GESTION, S.à r.l. . . . | | | 15.720.008 | |
| 10 LITTLE GEST LTD . . . . . . . . . . . . . . . . . . . | | | 907.500 | |
| 11 WESTRADING, S.à r.l. . . . . . . . . . . . . . . . . . | | | 54.929.100 | |
| 12 GRANDES MARQUES GROUPE S.A. . . . . . . . . . | | | 1.471.365.675 | |
| 13 IXIA S.A. (reprises des dettes BNL et | | | | |
| RAIFFEISEN SUDTIROL) . . . . . . . . . . . . . . . . . | | | 390.564.320 | |
| 14 Administration de l'Enregistrement (Luxembourg) . | | | 2.009.026 | |
| 15 FISICO SpA . . . . . . . . . . . . . . . . . . . . . . . . | | | 542.627.627 | |
| 16 BUGATTI FRANCE, S.à r.l. . . . . . . . . . . . . . . | | | 2.248.326 | Contestée à 100 % et non reprise dans le total |
| 17 Mᵉ Castellani: créance contestée . . . . . . . . . . . . | GBP | 110.729,50 | 6.019.256 | Contestée à 100 % et non reprise dans le total |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 2.658.154.033 | |

*2) Projet de réorganisation*

| | | |
|---|---|---|
| Total de l'actif (en LUF) . . . . . . . . . . . . . . . . . . | | 1.355.900.770 |
| Total du passif (en LUF) . . . . . . . . . . . . . . . . . . | | 2.658.154.033 |
| Solde (en LUF) . . . . . . . . . . . . . . . . . . . . . . . . | | - 1.302.253.263 |
| Dividende proposé . . . . . . . . . . . . . . . . . . . . . . | 50 % | |
| Passif à payer . . . . . . . . . . . . . . . . . . . . . . . . . | | 1.329.077.017 |
| Marge de sécurité pour différence de change | | |
| (en LUF et en % du passif total) . . . . . . . . . . . . . . | | 26.823.754    1,01 % |

Les commissaires à la gestion contrôlée:
Maître Jean Brucher
Monsieur Marc Muller

Mᵉ J. Brucher.

Enregistré à Luxembourg, le 9 juin 1997, vol. 493, fol. 24, case 2. – Reçu 500 francs.

*Le Receveur* (signé): J. Muller.

(20111/520/51)  Déposé au registre de commerce et des sociétés de Luxembourg, le 10 juin 1997.

---

## MANSYS S.A., Société Anonyme.
Siège social: L-1818 Howald, 4, rue des Joncs.

—

Par la présente, la société Fiduciaire luxembourgeoise EUROTRUST S.A., met son mandat de commissaire aux comptes avec effet immédiat à la disposition de la société MANSYS S.A.

Luxembourg, le 20 juin 1997.

Fiduciaire luxembourgeoise EUROTRUST S.A.
*Pour le Conseil d'Administration*
Signature

Enregistré à Luxembourg, le 20 juin 1997, vol. 493, fol. 76, case 10. – Reçu 500 francs.

*Le Receveur* (signé): J. Muller.

(23115/576/10)  Déposé au registre de commerce et des sociétés de Luxembourg, le 30 juin 1997.

B1107583

## ARENDT & MEDERNACH

AVOCATS A LA COUR

ERNEST ARENDT
JACQUES MERSCH
JEAN MEDERNACH
RENE STEICHEN
PAUL MOUSEL
GUY HARLES
LINE OLINGER
MARC BUNNEN
CLAUDE KREMER
PHILIPPE DUPONT
LOUIS BERNS
FRANÇOIS KREMER
JOELLE BADEN
SOPHIE CHARTIER
CLAUDE NIEDNER
FRANÇOIS WARKEN
YANNICK DIDLINGER
MICHELE EISENHUTH
CLAUDE MEDERNACH
UTE BRAUER
ERIC FORT
JEAN-PIERRE WINANDY

Pavia & Ansaldo
a.m. Me Gian Franco Zini
Via dell'Annunciata, 7

I-20121 Milano
Italy

Luxembourg, April 23, 1998
GH/cl 13351.12L

Dear Colleague,

I refer to my telephone conversation earlier this week
with Ms Simonetta Andrioli concerning various issues of
Italian bankrupty laws.

One of my clients is interested in acquiring a Luxembourg
company which owns an Italian S.r.l. and an Italian
S.p.A. which both are subject to bankruptcy procedures.

The sale of the Luxembourg company is subject to the
condition that the Italian companies are spinned off and
that they change their name.

In this context, I would very much appreciate your input
as to the following:

1.   Is it possible to transfer shares in a S.p.A. and in
     a S.r.l. which are subject to bankruptcy procedures?
     If the answer is yes, can you please briefly
     indicate what the necessary steps would be for the
     transfer to be validly executed under Italian law.

2.   Can the shareholders of an Italian S.p.A. and of a
     S.r.l. with are subject to bankruptcy procedures

BI107584

L-2010 LUXEMBOURG   8-10, RUE MATHIAS HARDT   B.P. 39   TELEPHONE (352) 40 78 78   FAX (352) 40 78 04
B-1040 BRUXELLES   92, RUE D'ARLON   TELEPHONE (32-2) 230 85 30   FAX (22-2) 230 82 61

change the name of their company without the
approval of the receiver?

The transaction is to close next Wednesday. I would thus
appreciate your early input.

Best regards,

Yours sincerely,

Guy Harles

BI107585

# ARENDT & MEDERNACH
### Avocats à la Cour

8-10, rue Mathias Hardt · B.P. 39 · L-2010 Luxembourg
Téléphone (352) 40 78 78 · Fax (352) 40 78 04

## TELEFAX

A/To/An        :  AUDi  AG.

Att./z. H.     :  HERRN   K  LE VRANG

Fax            :  oo 49 341 89 25 21

Date/Datum     :  APRIL  23 ,99

De/From/Von    :  GUY  HARLES

Aff./File/Akte :

Ref.           :

Pages/Seiten   :

c.c.           :  Me  GiAN  FRANCO  ZiNi_

BI107586

# ARENDT & MEDERNACH
### Avocats à la Cour

8-10, rue Mathias Hardt · B.P. 39 · L-2010 Luxembourg
Téléphone (352) 40 78 78 · Fax (352) 40 78 04

## TELEFAX

A/To/An        :

Att./z. H.     : Herrn Donald Koblitz

Fax            : 00 49 30 20 96 36 44

Date/Datum     : 23. April 1998

De/From/Von    : Guy Harles

Aff./File/Akte : Little Gest Limited

Ref.           : 13351.11F

Pages/Seiten   : 1 → 7

c.c.           : Herren Dr. Jäger, Frankfurt 0049 69 95 85 19 76

                 K. Le Vrang, Ingolstadt 0049 841 89 51 43

                 Dr Von Hülsen, 0049 98 24911

---

wie telefonisch angesprochen

BI107587

Fiduciaire

# BECKER + CAHEN

Société civile
3, rue des Foyers
L-1537 Luxembourg
Téléphone 44 44 69
Fax 44 65 87
BGL 30-384827-29
SGBT 61-404351-79-28
CCP 6337-32





| Fiduciaire Becker + Cahen | Etude ARENDT & MEDERNACH |
|---|---|
| Fax no. (352) 44 65 87 / 44 22 35 | à l'att. de Me Guy HARLES |
| | Fax no. 40.78.04 |
| Tél. no. (352) 44 44 69 | Nbre de pages: 1 + |

Luxembourg, le 22 avril 1998

Cher Maître,

Afin de permettre la rédaction du contrat No. 1, je vous envoie ci-après :

1. Copie du « Certificate of Incorporation » de Little Gest Limited. 3rd Floor, 1, Athol Street, Douglas Isle of Man
2. Statement of first Directors and Secretary (3 pages)
3. Certificate of Good Standing as at January 26th, 1998
4. Procuration en ma faveur

Veuillez agréer, Cher Maître, l'expression de nos sentiments distingués.

Claude CAHEN

Copie à Me Gilles PLOTTKE (Fax : 29 73 18)

BI107588

Prière de nous contacter par téléphone ou par fax si vous n'avez pas reçu toutes les pages

FROM :

No. 072218C

## GENERAL REGISTRY
## ISLE OF MAN

# *Certificate of Incorporation*

I Certify that    Little Geat Limited

Is   this   day   incorporated   under   the   COMPANIES   ACTS   1931
to   1993   and that the Company is      Limited.

This  17th day of   FEBRUARY      1995

Deputy Assistant   Chief Registrar
General Registry

Certificate received
by:

Date:

BI107589

Company Number

FORM 1

THE COMPANIES ACTS 1931 TO 1986

# Statement of first directors and secretary and intended situation of registered office

Pursuant to sections 20 and 22(2) of the Companies Act 1982

Name of Company

Little Crest

Limited

The intended situation of the registered office of the company on incorporation is as stated below

3RD FLOOR

1 ATHOL STREET

DOUGLAS

ISLE OF MAN

If the memorandum is delivered by an agent for the subscribers of the memorandum please mark 'X' in the box opposite and insert the agent's name and address below

X

JP COMPANY REGISTRATIONS (IOM) LIMITED

3RD FLOOR, 1 ATHOL STREET,

DOUGLAS, ISLE OF MAN

If the spaces provided on page 2 are insufficient and use has been made of continuation sheets (see note 1), please enter in the box opposite the number of continuation sheets which form part of this statement

Presented by

BI107590



The name(s) and particulars of the persons who are to be the first directors of the company are as follows.

Please do not
this binding

| Name (note 2) | JOHN O'DONNELL | Business occupation |
| --- | --- | --- |
| | | ACCOUNTANT |
| Former name(s) (note 3) | | Nationality (and Nationality of origin if other than the present Nationality) |
| Address (note 4) | 6 ROSEBANK COURT | |
| | BRADDAN | |
| | ISLE OF MAN | BRITISH |
| Particulars of other directorships (note 5) | | |

I hereby consent to act as a director of the company named on page 1

Signature  *(signed)*     Date 15.2.95

---

| Name (note 2) | AMANDA MASON | Business occupation |
| --- | --- | --- |
| | | ADMINISTRATOR |
| Former name(s) (note 3) | | Nationality (and Nationality of origin if other than the present Nationality) |
| Address (note 4) | 28 SNUGBOROUGH AVENUE | |
| | UNION MILLS | |
| | ISLE OF MAN | BRITISH |
| Particulars of other directorships (note 5) | | |

I hereby consent to act as a director of the company named on page 1

Signature  A Mason.     Date 15.2.95

---

| Name (note 2) | | Business occupation |
| --- | --- | --- |
| Former name(s) (note 3) | | Nationality (and Nationality of origin if other than the present Nationality) |
| Address (note 4) | | |
| | | |
| | | |
| Particulars of other directorships (note 5) | | |

I hereby consent to act as a director of the company named on page 1

Signature     Date

BI107591

Page 2

Please do not write in this binding margin

**Important**
The particulars to be given are those referred to in section 201XXX of the Companies Act 1982 and Schedule 8 of the Companies Act 1931. Please read the notes on page 4 before completing this part of the form.

The name(s) and particulars of the person who is, or the persons who are, to be the first secretary, or secretaries, of the company are as follows:

The present Christian name or names and surname (notes 2 and 5)

**JPCORS (IOM) LIMITED**

Any former Christian name or names and surname (note 3)

Address (notes 4 and 6)

**3RD FLOOR, 1 ATHOL STREET, DOUGLAS, ISLE OF MAN**

I hereby consent to act as secretary of the company named on page 1

Signature                                      Date  15.2.95

---

The present Christian name or names and surname (notes 2 and 5)

Any former Christian name or names and surname (note 3)

Address (notes 4 and 6)

I hereby consent to act as secretary of the company named on page 1

Signature                                      Date

---

* As required by section 202(1) of the Companies Act 1982.

† Delete as appropriate

Signed by or on behalf of the subscribers of the memorandum*

Signature _____  Subscriber/Agent†    Date  15 2.95

Signature _____  Subscriber/Agent†    Date  15.2.95

BI107592



**GENERAL REGISTRY**

**ISLE OF MAN**

**LITTLE GEST LIMITED**

**72318**

---

I certify that the above mentioned company was incorporated on the 17th February 1995 and it has continued in existence since that date to the present time.

The present officials of the company are as follows:-

**Directors**

| | | |
|---|---|---|
| Amanda Mason | 28 Snugborough Avenue, Union Mills, Isle of Man | Administrator |
| John O'Donnell | Flat 15, Picadilly Court, Queens Promenade, Douglas, Isle of Man | Accountant |

**Secretary**

John O'Donnell          Flat 15, Picadilly Court, Queens
                        Promenade, Douglas, Isle of Man

The present Registered Office is situate at 3rd Floor, 1 Athol Street, Douglas, Isle of Man.

There are no documents on the file relating to the winding-up or striking-off.

This 26th day of January 1998

*Deputy Assistant Chief Registrar*

BI107593

POWER OF ATTORNEY OF    LITLE GEST LIMITED

We (the Company) appoint the following:    Claude Cahen

on this 20th day of April 1998 to be our attorney and so empower him as follows:-

1.    To manage and conduct the Company's business.

2.    To make payments to claim, collect, receive and cash all sums of money effects or other articles of value whatever which may be owing to this Company on whatsoever ground, to submit invoices and receive payments for the same, to prepare and issue purchase orders, to give receipts and releases, to take part in meetings of creditors, to accept schemes for arrangement of distributions of assets, to ask for the decree of bankruptcy or civil bankruptcy against this Company's debtors, to demand embargoes and restraints upon any class of property and their removal, to compromise and settle as he may think proper, to give quittances and grant delays and renewals of obligations and to formulate every kind of protests.

3.    To represent the Company in all matters which may be pending or may hereafter arise before the courts, departments, offices and authorities of whatever jurisdiction which may be competent and whether as petitioner, plaintiff or defendant.

4.    To open, close and operate bank accounts, savings accounts or accounts which a fixed term and to endorse documents to be deposited on collection and to withdraw returned cheques and bank books.

5.    To accept the transfer of any shares, stocks, debentures, debenture stock, annuities, bonds or obligations or other securities of whatever nature that may at any time be transferred to the Company.

6.    To draw, accept or endorse, pledge, hypothecate or otherwise negotiate all or any foreign or inland bills of exchange or promissory notes and to protest the same and to sign, seal, execute, deliver, endorse, accept, assign or transfer all bills of lading, delivery orders or other symbols or indicia or merchandise, policies of insurance, charter parties, charges, certificates.

7.    To appoint and at his discretion remove any substitute or substitutes for or agents under him in connection with any or all of the purposes aforesaid upon such terms as the attorney shall think fit.

In witness whereof the Company has caused its common seal to be hereunto affixed the day and year before written.

The common seal of the Company was hereunto affixed in the presence of:-

BI107594

A Mason ........... : DIRECTOR

7.W ........... : SECRETARY



28-APR-1998  16:24     01624 629 662     97%     P.01

06/05 '98 MER 11:19 FAX 352 407804    ARENDT & MEDERNACH    ☒001

# ARENDT & MEDERNACH

AVOCATS A LA COUR

ERNEST ARENDT
AVOCAT HONORAIRE
JACQUES MERSCH
JEAN MEDERNACH
RENÉ STEICHEN
PAUL MOUSEL
GUY HARLES
LINE OLINGER
MARC SUNNEN
CLAUDE KREMER
PHILIPPE DUPONT
LOUIS BERNS
FRANÇOIS KREMER
JOËLLE CHARTIER
SOPHIE CHARTIER
CLAUDE NIEDNER
FRANÇOIS WARKEN
YANNICK DIDLINGER
MICHÈLE EISEN-RUTH
CLAUDE MEDERNACH
.TE BRAUER
ERIC FORT
JEAN-PIERRE WINANDY
ANNE GOSSET
ANNE CONTRERAS

Volkswagen AG
z.H. Herrn Hans-Viggo von Hülsen

Fax n° 00 49 53 61 92 49 11

Audi AG
z.H. Herrn Klaus le Vrang
Frau Elke Rottenkolber

Fax n° 00 49 841 89 51 83

Coopers & Lybrand
z.H. Herrn Dr. Rainer Jäger
Herrn Anthony Koopmans

Fax n° 00 49 69 95 85 19 76

Herrn Donald Koblitz
Rechtsanwalt

Fax n° 00 49 30 2096-3644

Luxembourg, den 5. Mai 1998
GH/vc-13351.22T
*Phone 40 78 78 204*
*email: guy.harles@arendt-medernach.lu*

Patente und Informationen

Eing  0 6. Mai 1998
Nr.
Frist ...... *Vgl Ro*
Sachbearbeiter

**Betrifft**:    Volkswagen / Bugatti

mit der Bitte um

- **Kenntnisnahme:** Kopie des Schreibens von Clifford Chance vom 1. Mai 1998

- Unterschrift und Rücksendung

- Stellungnahme

- Erledigung

Mit freundlichen Grüßen

Guy Harles

BI107595

L-2010 LUXEMBOURG  8-10, RUE MATHIAS HARDT  B.P. 39  TELEPHONE (352) 40 78 78  FAX (352) 40 78 04
B-1040 BRUXELLES  92, RUE DARLON  TELEPHONE (32-2) 230 65 30  FAX (32-2) 230 82 81

$d.$

# CLIFFORD CHANCE

200 ALDERSGATE STREET LONDON EC1A 4JJ

TELEPHONE +44(0)171 600 1000    FAX +44(0)171 600 5555

TELEX 887847 LEGIS G    DX 806 LONDON    WWW: http://www.cliffordchance.com

AMSTERDAM BANGKOK BARCELONA BRUSSELS BUDAPEST DUBAI DUSSELDORF FRANKFURT HANOI HO CHI MINH CITY HONG KONG LONDON
MADRID MOSCOW NEW YORK PARIS PRAGUE SHANGHAI SINGAPORE TOKYO WARSAW ASSOCIATED OFFICES MILAN PADUA ROME

FAX TRANSMISSION

| | |
|---|---|
| **FAX COUNTRY/NUMBER** | **DATE** |
| 00 352 407804 | 1st May, 1998 |
| **NUMBER OF PAGES INCLUDING THIS PAGE** | **TIME SENT** |
| 3 | |
| **YOUR REFERENCE** | **OUR REFERENCE** **DIRECT DIAL** |
| | TRWW/tps |
| **TO** | **FROM** |
| Mr. Guy Harles | T.R.W. Woodall, Esq., |
| Messrs. Arendt & Medernach | Messrs. Clifford Chance |
| **COPY TO** | **FAX NUMBER FOR COPIES** |

Dear Guy,

Thank you for your fax dated 28th April.

We have done a bankruptcy search against Mr. Artiola and there are no entries.

I attach a copy of the Certificate received.

Please let me know if there is anything else I can do.

Yours sincerely,

**T.R.W. WOODALL**

BI107596

IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL THE PAGES

PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (EXTENSION 5700) TELEX OR FAX

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL AND SENT FOR THE PERSONAL ATTENTION OF THE ADDRESSEE(S).
THE MESSAGE MAY CONTAIN INFORMATION WHICH IS COVERED BY LEGAL PROFESSIONAL OR OTHER PRIVILEGE

A LIST OF THE NAMES OF THE PARTNERS AND THEIR PROFESSIONAL QUALIFICATIONS IS OPEN TO INSPECTION AT
THE ABOVE OFFICE. THE PARTNERS ARE EITHER SOLICITORS OR REGISTERED FOREIGN LAWYERS.
REGULATED BY THE LAW SOCIETY UNDER THE FINANCIAL SERVICES ACT 1986

# LAND CHARGES ACT 1972

## CERTIFICATE OF RESULT OF SEARCH

K17

| CERTIFICATE No. | CERTIFICATE DATE | PROTECTION ENDS ON |
|---|---|---|
| 03003118T | 27 APR 1998 | 19 MAY 1998 |

It is hereby certified that an official search in respect of the undermentioned particulars has been made in the index to the registers which are kept pursuant to the Land Charges Act 1972. The result of the search is that there are **NO SUBSISTING ENTRIES**

**PARTICULARS SEARCHED**

| COUNTY OR COUNTIES | BANKRUPTCY. | | | 986 |
|---|---|---|---|---|
| | **NAME(S)** | | **PERIOD** | **Fees £** |
| ROMANO | * ARTIOLA * | | - - - - - - - - | 2.00 |

LOCAL GOVERNMENT RE-ORGANISATION - 1 APRIL 1998.
LAND CHARGES PRACTICE LEAFLET 3 OUTLINES THE
RELEVANT CHANGES. A COPY HAS BEEN SENT OUT TO EACH
ACCOUNT HOLDER. FURTHER COPIES CAN BE OBTAINED BY
WRITING OR BY TELEPHONING 01752 635717.

7M28

| APPLICANT'S REFERENCE | KEY NUMBER | | |
|---|---|---|---|
| LOUISE GREEN LITIGATION L | 1093809 | AMOUNT DEBITED £ | 2.00 |

CLIFFORD CHANCE
DX 606
CDE

Please address any enquiries to :-
Land Charges Department,
Drakes Hill Court, Burrington Way,
Plymouth PL5 3LP.
DX No.  8249 Plymouth (3)
TEL:   01752 635655 or 635600
FAX:   01752 766066
**IMPORTANT PLEASE
READ THE NOTES OVERLEAF.**

BI107597

# NOTES

| | | |
|---|---|---|
| Effect of search | 1. | This certificate has no statutory effect with regard to registered land, (see Land Registration Act 1925 s.59 and Land Charges Act 1972 s.14). |
| Authentic results | 2. | All Land Charges results of searches are printed on Land Registry watermarked paper. |
| Particulars used for searching | 3. | The applicant should ensure that the particulars of search which are printed on this certificate (e.g. names, counties) are the exact particulars of the required search, (see s.10(6) of Land Charges Act 1972). |
| Names | 4. | Searching against names is conducted in accordance with the arrangements described in the "Practice Guide" (see 8 below). In printing names overleaf the forename(s) of an individual precede the surname. The surname is contained within asterisks (*) to assist identification. In printing the names of local and certain other authorities, plus signs (+) may be present but these are for official use only. |
| "Bankruptcy Only" searches | 5. | If this certificate relates to a search requested on the Form K16 the words "BANKRUPTCY ONLY" are printed overleaf against the words "COUNTY OR COUNTIES". Any such search is limited to the entries described on Form K16. |
| Protection period | 6. | The date printed in the box overleaf entitled "CERTIFICATE DATE" is the date of the certificate for the purpose of s.11 of the Land Charges Act 1972. The date printed in the box entitled "PROTECTION ENDS ON" is the latest date for the expiry of the period of protection which is conferred by that section of the Act. This latter date is supplied for the convenience of the applicant. |
| Fees | 7. | The fee amounts shown in this certificate are provided for information only. Where fees have been debited to an account, an applicant should await receipt of an invoice before making payment. |
| Practice Guide | 8. | For further information on procedures for making applications to the Land Charges Department, see the booklet "Computerised Land Charges Department - a practical guide for solicitors" obtainable on request from the address shown overleaf. |
| Enquiries | 9. | Any enquiries regarding this certificate should quote the "CERTIFICATE NUMBER" and the "CERTIFICATE DATE" and should be sent to the address shown overleaf. |

BI107598

# PAVIA & ANSALDO
STUDIO LEGALE

Marcello Agnoli
Maurizio Bernard
Giuliano Berruti
Paolo Benulli
Michele Capodarno
Enrico Del Guerra
Giuseppe Dell'Acqua LL.M.
Gian Paolo Di Santo
Alberto Feliciani
Ernesto Insce
Agostino Migone de Amicis
Francesco Oronticelli
Marco Oraingher
Mario Ortu
Daniele Reynaud
Marina Santarelli
Giorgio Spanio
Maurizio Vascimini
Roberto Zanchi
Gian Paolo Zanchini
Gian Paolo Zini

Giuseppe Ansaldo
Pier Luigi Raymond

Claudio Berliri (1)
Nicola Cecchia (1)
Giuseppe de Vergottini (1) (3)
Luigi Fumagalli (1) (3)
Francesca Lodigiani (1)
Donatella Morcellini (1)
Gerolamo Pellicanò (1)
Loris Tosi (1)
Gabriele Crespi Reghizzi LL.M. (1) (a)

Andrea Accornero LL.M.
Franco Agostyan LL.M.
Riccardo Agostinelli
Simonetta Andrioli
Fulvia Astolfi
Enrico Banchero
Monica Barbioni
Maria Vittoria Baroni
Marco Bertini
Stefano Bianchi
Paolo E. Bianco
Maria Chiara Biffi
Paolo Biassi
Sebastiano Bosio
Paola Canal
Marco Cattacharia
Enrico Caruso
Chiara Cuspilo
Carlo Coppi
Eugenio Cretto
Marzio E. Cutons
Francesco de Fraja
Michele De Re
Fabrizio De Luca
Fabio del Bene
Carlo Del Conte
Elena Felici
Andrea Gallotta
Bettina Grassani LL.M. (5)
Francesca Lauro
Roberto Umilanie
Vittorio Loi
Paolo Lupini
Francesco Manara
Eva Macchialico
Giorgia Menina LL.M.
Simone Muzolic
Francesca Maviroloni
Elisabetta Mina
Vinetta Pagani
Luigi Pervinello LL.M. (6)
Alix Pranzi
Daniela Pasavazola
Francesca Prouzzola
Paolo Pongraconi
Lilia Rinaldi
Marianti Roca Omega (6)
Piero Salerio
Giacomo Senior
Luca Scripioni
Andrea Tonazzi
Guido Zingoni

Renzo Cavallari (1)
Francesco Mallana3 (7)
Stefano Pietroli (7)

Sauro R. Pavia (5)
Maria Abate LL.M. (8)
Steven B. Arnold LL.M. (11)
Frank Diemer (9)
Pavel Gruzhav (1)
Jeffrey P. Greenbaum LL.M. (12)

Milan, April 28, 1998

**VIA TELEFAX**
*Fax No. 00352-407804*

Guy Harles, Esq.
ARENDT & MEDERNACH
9-10 Rue Mathias Hardt
B.P. 39
L-2010 Luxembourg

Re:   Your fax of April 23, 1998

Dear Guy:

Thank you for your above fax addressed to Gian Paolo Zini.

As to the various questions raised by your fax in connection with the proposed transaction, please be advised that under Italian bankruptcy law, when a company is declared bankrupt and bankruptcy proceedings is started, its corporate bodies are deprived (managers, directors and shareholders) of the right to manage the business and, consequently, of the right to dispose of its assets.

In fact, the court order declaring the bankruptcy will *inter alia* (i) appoint a Deputy-Judge (*giudice delegato*) who will supervise the proceeding and (ii) a Receiver (*curatore*) who will be responsible for the disposal and distribution of the debtor's assets in compliance with the principle of equal treatment of creditors.

The receivership is a third party in respect of the debtor/company; upon declaration of bankruptcy, the corporate bodies and the shareholders of the bankrupt company are emptied of the managing and decision-taking powers which are now vested solely in the Receiver and the Deputy-Judge and, in practice, they no longer exist.

Taking the above into account, any decision with respect to spinn-off of the bankrupt companies and to the change of their name will only need to be taken within the bankruptcy proceedings and need to be approved by the Receiver (and the Deputy-Judge) after having taken into account all interest of the various parties involved.

I hope this sufficiently answers your queries at this stage but we will be

BI107599

| 20121 Milano | 00187 Roma | 10121 Torino | 35100 Padova | 16121 Genova | 40125 Bologna | New York 10022 | 103042 Mosca |
| via dell'Annunciata, 7 | via Bocca di Leone, 78 | via Viti, Amedeo 4, 12 | corso Milano, 24 | via Lazzaretti, 309 | via S. Stefano, 16 | 500 Madison Avenue | Ul. Mashkova, 17 |
| tel. 02 - 85381 | tel. 06 - 696181 | tel. 011 - 819518/1 | tel. 049 - 8220645 | tel. 010 - 210818 | tel. 051 - 231802 | tel: 212 - 980 1833 | tel: +7-508 7303924 |
| fax 02 - 8554055 | fax 06 - 6793023/7 | fax 011 - 529300 | fax 049 - 8754207 | fax 010 - 298960 | fax 051 - 260950 | fax: 212 - 980 1453 | fax +7 - 505 7303924 |

(1) Consulente   (2) Prof. Ordinaria nell'Università di Bologna  (3) Prof. Associato nell'Università di Milano  (4) Prof. Ordinario nell'Università di Pavia  (5) New York Bar

28/04 '98 TUE 15:22 [TX/RX NO 9796] @003



happy to reclaborate the matter for that upon your request.

Best regards.

Yours sincerely,

Simonetta Andrioli

BI107600

*H. W. Neumann*
*Hürnlich, Vertilisge*
*ed. he 15/12*

# T E L E F A X

## HARFORD HILLS HOUSE

Direct Telefax Line: (+44) 1603 456202

The information in this facsimile is strictly private and confidential. If this facsimile has been incorrectly transmitted the recipient is kindly requested to advise the sender immediately by phone or by facsimile.

| | |
|---|---|
| **Attn. of** : Dr. J. Neumann<br>Dr. H. v. Hülsen | **From** : Romano Artioli<br>Renata Artioli |
| **Company** : Volkswagen AG | **Date** : 15/12/97 |
| **Telefax** : 0049-5361-924911 | **Page** 1 of 1 |

Rechtswesen

1 5. DEZ. 1997

Sehr geehrter Herr Dr. J. Neumann
Sehr geehrter Herr Dr. H. v. Hülsen,

besten Dank für Euer Schreiben vom 8. Dezember 1997.
Es freut uns, daß die Exklusievität und Stärke der Marke Bugatti verstanden worden ist und daß
die Machbarkeitsstudie nun durchgeführt werden kann.

In der Erwartung der Namen Ihrer Beauftragten senden wir Ihnen Name und Adresse von dem
Bugatti Marken-Rechtsanwalt, der das Archiv aller Registrierungen führt:

Dr. Bruno Telchini
Siegesplatz, 3
I-39100 Bozen
Tel: (39) 471-282223
Fax: (39) 471-282788

Eure Beauftragten können sich direkt mit Dr. Telchini in Verbindung setzen.
Wir stehen selbstverständlich zur Verfügung für alle Informationen und Details die Sie wärend
der Studie brauchen könnten, da nicht nur das Erwachen und der Aufbau der Marke, sondern
auch die Zusammensetzung von allen Abkommen und Verträgen, aus unseren persönlichen
Ideen stammen.

Wir erwarten nun einen Zeitplan von unseren Beauftragten und grüßen

mit vorzüglicher Hochachtung.

Romano Artioli                    Renata Artioli-Kettmeir

**BI107601**

15 DEZ '97 11:06

N0909
001

HARFORD HILLS HOUSE → +49 5361 924911    10:00    15/12/97

# VOLKSWAGEN AG

*k. H. B. Neumann*
*persönlich, vertraulose*
*mit k. des Fasproto-*
*tokolls*
*11/12/97*

VOLKSWAGEN AG · D·38436 Wolfsburg

Per Telefax 0044 160 356 202
gemäß telefonischer Vorankündigung

Herrn
Romano Artioli
und
Frau Renata Artioli-Kettmeir

| | |
|---|---|
| | Ihre Zeichen |
| 3.12.1997 | Ihre Nachricht |
| 1884/0-vH/h2 | Unsere Zeichen |
| 23212 | Hausruf |
| 2491 | Telefax |
| 08.12.1997 | Datum |

VOLKSWAGEN AG
D·38436 Wolfsburg
Telefon (053 61) 9·0
Durchwahl: 9 und Hausruf
Telefax (053 61) 9·28282
email
devw1vww@ibmmail.com

Vorsitzender
des Aufsichtsrats:
Dr. jur. Klaus Liesen

Vorstand:
Dr. techn. h. c. Dipl.-Ing. ETH
Ferdinand Piëch
Vorsitzender

Bruno Adelt
Dr. Robert Büchelhofer
Dr. rer. pol. h. c. Peter Hartz
Dr. jur. Jens Neumann

VOLKSWAGEN
Aktiengesellschaft
Sitz: Wolfsburg
Amtsgericht Wolfsburg
HRB 215

Sehr geehrte Frau Artioli-Kettmeir,
sehr geehrter Herr Artioli,

haben Sie Dank für Ihr Schreiben vom 3. Dezember 1997, mit dem Sie
auf unser Schreiben vom 25. November 1997 antworten.

Wir sind damit einverstanden, auf der Basis dieses Schriftwechsels die
Machbarkeitsstudie nunmehr durchführen zu lassen und werden Ihnen in
Kürze unsere Beauftragten benennen.

Mit freundlichen Grüßen

Dr. J. Neumann    Dr. H. V. v. Hülsen

BI107602

# T E L E F A X

## HARFORD HILLS HOUSE

Direct Telefax Line: (+44) 1603 456202

┌─────────────────────────────────────────────────────────────────────┐
│ The information in this facsimile is strictly private and confidential. If this facsimile has been incorrectly │
│ transmitted the recipient is kindly requested to advise the sender immediately by phone or by facsimile. │
└─────────────────────────────────────────────────────────────────────┘

Attn. of :  Dr. J. Neumann /
            Dr. H. V. v. Hülsen

Company :  Volkswagen AG

Telefax :      0049-5361-924911

From :  Romano Artioli

Date :  03/12/97

Page  1 of 4

Entschuldigen Sie bitte daß wir erst jetzt Ihren Brief vom 25/11/97 beantworten.

Wir brauchten etwas Zeit um die Informationen bei unseren Markenrechtsanwalt einzuholen, da der Inhalt des beiliegenden Schreibens sehr wichtig für die Zukunft der weltberühmten Bugatti Marke ist.

**BI107603**

1

**R ARTIOLI**

Norwich, 03/12/97

**Betreff: Bugatti International S.a.Holding (BIH) – Volkswagen A.G. (VW) Transaktion**

Sehr geehrter Herr Dr. J. Neumann und Herr Dr. H. V. v. Hülsen,

Wir danken Ihnen für Ihr Schreiben vom 25.11.97, das unser interssantes Treffen in Wolfsburg gefolgt ist, bei welchem wir die Grundlage für die Übertragung der BIH an VW geschaffen haben.
In Bezug auf o.g. Schreibens, haben wir folgendes zu bemerken:

1    Die Unterfertigten Renate und Romano Artioli sind in der Tat im Stande die Übertragung aller Anteile der BIH an VW zu gewährleisten.

2    Die o.g. Gesellschaft ist im Begriff aus dem Zustand der *„Gestion Controllée"* herauszukommen (es fehlen nur einige Formalitäten) und diese wird VW vollständig und frei von jeglichen Verbindlichkeiten, ohne Kredite und Schulden gegenüber Drittpersonen, übertragen.

3    Die BIH ist Inhaberin, vor allem was die Klasse 12 angeht (Kraftfahrzeuge), der Rechte über die Marken Bugatti, die in verschiedenen Formen in allen wichtigsten Ländern und in vielen marktwirtschaftlichen Klassen hinterleg wurden. In einigen Ländern wurde die Handelsmarke in allen 42 marktwirtschaftlichen Klassen hinterlegt.
Einige Bugatti-Marken, für die Produkte, die nichts mit dem Automobil zu tun haben, wurden mit dem Einverständnis der BIH, aus rein strategischen Gründen im Namen von abhängigen Gesellschaften (z.B. Ettore Bugatti Gmbh) hinterlegt.

4    Wie im Laufe unseres Treffen erwähnt, liegt uns die Weiterführung und Zukunft dieser wichtigen Marke, sehr nahe, da wir in ihr unser Leben und Vermögen eingesetzt haben
Wir sind überzeugt, daß Eure Gesellschaft, die Potentialität der Bugatti Marke im besten Sinne ehren würde und ausnützen könnte. Deshalb bestätigen wir den Preis von                         'er im Bezug des Wertes der Bugatti Marke für die Kraftfahrzeuge (Klasse 12) allein, sehr niedrig ist.

REDACTED

5    Wir übergeben Ihnen jedoch kostenlos auch alle andere Registrierungen und Hinterlegungen der Marken Bugatti und EB, die von der BIH in allen wichtigsten Ländern der Welt bezüglich strategischer Produkte im Bereich der Luxusaccessoires durchgeführt wurden. Es handelt sich um Registrierungen bezüglich der Klassen: 3 (Parfum), 9 (Brillen), 14 (Uhren und Schmuck), 16

Schreib-und Büropartikel), 18 (Lederwaren), 20 (Möbel), 21 (Art de la Table), 25 (Kleider), 28 (Sportartikel und Spiele), 30 (Süßwaren), 33 (Champagne und Spirituosen), 42 (Restaurants und Hotels).
Diese Registrierungen ermöglichen VW eine globale Markenpolitik auszuführen.

6    Die BIH und eine abhänggige Gesellschaft (Bugatti International Gestion Sarl) sind Inhabern der Grundstücken in der Nähe der Bugatti Automobili SpA in Campogalliano (MO), welche für die zukünftigen Entwicklungen der Fabrik erworben wurden.
Wir sind bereit Ihnen o.g. Grundstücke zu überlassen, falls Ihr Unternehmen die Grundstücke und Gebäude der Bugatti Automobili SpA vom Konkursverwalter erwerben sollte.

7    Was die Andeutung auf den historischen „Zeichnungs- und Abbildungsbestand" angeht muß daran angewiesen werden, daß unsere Familie Eigentümer vieler von Messier-Hispano-Bugatti erworbenen Unterlagen ist, welche mit großer Sorgfalt in all diesen Jahren gesammelt wurden und die Geschichte und Begebenheiten der Marke Bugatti betreffen. O.g. Unterlagen, zu welchem zahlreichen Originalzeichnungen von Ettore Bugatti, Privat Briefwechsel, Bücher, Historische Plakate, Zeitschriften und Filme zählen, sind von zweifellosen Wert, da sie den kulturellen und historischen Hintergrund der Marke bestätigen.
Weiterhin halten wir Beziehungen und Verbindungen mit allen Vereinen und Stiftungen, die sich auf verschiedene weise mit der Handelsmarke beschäftigt haben. Wir haben auf diese Weise eine große Anzahl von Sammlern und leidenschaftliche Liebhabern, sowie auch Persönlichkeiten aus der Politik, der Wirtschaft und aus dem künstlerischen und sportlichen Bereich als auch der Mode zählen, entdecken können.
Unsere Familie hält es von auserordentliche Bedeutung die Weiterentwicklung derartiger Beziehungen zu fördern und würde es sehr schätzen weiterhin bei der Wiederlancierung der Marke mitarbeiten zu können.
Falls Sie es für angebracht halten sollten, stehen wir Ihnen für die Mitarbeit in diesem Bereich zur Verfügung. Wir könnten mit Ihren Unternehmen ein gerechtes Beratungsvertrag abschließen und in diesem Fall würden wir Ihnen auch o.g. Unterlagen kostenlos zur Verfügung stellen.

8    Was die Verfahrensrechtlichen Risiken angeht, müssen wir feststellen, daß die einzigen Verfahren, in denen die BIH verwickelt ist und die noch anhängig sind, sich auf die Tätigkeit zum Schutz der Marke beziehen. Diesbezüglich wird die BIH für die gesammte Dauer unserer Verhandlung, sich um die geeigneten Maßnahmen zur Verteidigung der Marke und zum Erhalt und zur Stärkung aller Registrierungen kümmern.
Falls unsere Verhandlungen zu einem Positiven Ergebnis erlangen sollte, halten wir es für angebracht, daß diese Kosten, ab den Zeitpunkt der Unterzeichnung dieses Schreibens, uns zurückerstattet werden.

9    Wir sind damit einverstanden, daß unsere und Ihre Amerikanischen Anwälten die Gültigkeit der Marke im Bereich des Automobils in den Vereinigten Staaten

BI107605

3

überprüfen und daß ein Teil des vereinbarten Preises erst bei Vollendung dieser Studien zahlbar wird.

10    Wir sind einverstanden daß die Markenstudie bis Ende Februar 1998 abgesclossen werden sollte und daß wir bis zu diesem Termin ausschließlich mit VW verhandeln werden.

11    Beide Parteien verpflichten sich die strengste Zurückhaltung über die laufende, anhängige Verhandlung und auch später im Fall eines negativen Verhandlungsausgangs zu waren.

In Erwartung einer schriftlichen Bestätigung Ihrerseits im Bezug auf dieses Schreibens, verbleiben wir

mit freundlichen Grüßen,

Romano Artioli                         Renata Artioli - Kettmeir

BI107606

# VOLKSWAGEN AG

VOLKSWAGEN AG · D · 38436 Wolfsburg

Per Telefax 0044 160 356 202
gemäß telefonischer Vorankündigung

Herrn
Romano Artioli
und
Frau Artioli

| | |
|---|---|
| | Ihre Zeichen |
| | Ihre Nachricht |
| 1884/0-vH/hz | Unsere Zeichen |
| 23212 | Hausruf |
| 24911 | Telefax |
| 25.11.1997 | Datum |

VOLKSWAGEN AG
D-38436 Wolfsburg
Telefon (0 53 61) 9-0
Durchwahl: 9 und Hausruf
Telefax (0 53 61) 9-2 82 82
email
devw1vww@ibmmail.com

Vorsitzender
des Aufsichtsrats:
Dr. jur. Klaus Liesen

Vorstand:
Dr. techn. h. c. Dipl.-Ing. ETH
Ferdinand Piech
Vorsitzender

Bruno Adelt
Dr. Robert Büchelhofer
Dr. rer. pol. h. c. Peter Hartz
Dr. jur. Jens Neumann

VOLKSWAGEN
Aktiengesellschaft
Sitz: Wolfsburg
Amtsgericht Wolfsburg
HRB 215

Sehr geehrte Frau Artioli,
sehr geehrter Herr Artioli,

für Ihren Besuch am 19. November 1997 in Wolfsburg danken wir Ihnen. Wir haben mit Interesse Ihren nachfolgend wiedergegebenen Vorschlag entgegengenommen.

Sie wollen die „Bugatti International Holding Ltd." Luxemburg, die sich zu 100 % in Ihrem Anteilsbesitz befindet, veräußern. Die Gesellschaft, die frei von Verbindlichkeiten, Verpflichtungen und Prozeßrisiken ist, ist Inhaber von ca. 2000 Zeichenrechten in 42 Kategorien (35 Waren- und 7 Servicekategorien), insbesondere der Kraftfahrzeugmarke „Bugatti" in der Klasse 12. „Bugatti International Holding Ltd." verfügt auch über einen historischen Zeichnungs- und Abbildungsbestand sowie über museal einsetzbare Gegenstände.

Außerdem ist die Gesellschaft Eigentümerin von Grundstücken in Italien, die sich in Nachbarschaft zu den dort errichteten Fabrikgebäuden befinden, die für die geplante Bugatti-Fertigung vorgesehen waren.

Sie haben eine Preisvorstellung für alle Anteile an der Gesellschaft in Höhe von

Wir sagten zu, Ihnen bis heute mitzuteilen, ob wir an der Durchführung einer Machbarkeitsstudie und der Aufnahme von Verhandlungen für den Fall, daß diese Studie ein positives Ergebnis hat, interessiert sind.

**REDACTED**

- 2 -

BI107607

**VOLKSWAGEN AG**

2 Blatt
25.11.1997 Datum

Dementsprechend teilen wir Ihnen mit, daß wir die Machbarkeitsstudie sowie die Verhandlungen spätestens bis Ende Februar 1998 abgeschlossen sehen wollen. In dieser Zeit soll eine Bestandsaufnahme der Namens- und Zeichenrechte sowie eine Beurteilung von deren Bestandskraft und Durchsetzungsfähigkeit durch Ihre und unsere Anwälte erstellt werden. Sie wiesen bereits darauf hin, daß die US-Marken- und Namensrechte besonderer Betrachtung bedürfen und daß Sie bereit sind, der US-Situation in den Bedingungen eines eventuellen Vertrages Rechnung zu tragen, z.B. indem ein zu bestimmender Teil eines eventuellen Kaufpreises erst fällig und zahlbar wird, nachdem die Durchsetzbarkeit der Rechte in den USA getestet worden ist.

Voraussetzung für die Durchführung der Studie und für anschließende Verhandlungen ist Ihre Bereitschaft, über die Durchführung der Studie und die Tatsache eventueller Verhandlungen absolutes Stillschweigen zu bewahren. Diese Geheimhaltungsverpflichtung soll auch fortbestehen, falls es nicht zu Verhandlungen oder nicht zu einem Vertragsabschluß kommt.

Weitere Voraussetzung ist die Zusage, daß Sie bis Ende Februar 1998 ausschließlich mit der Volkswagen AG oder deren Beauftragte über den Verkauf der „Bugatti International Holding Ltd." bzw. der Marken- und Namensrechte sprechen werden und die Gesellschaft bzw. deren Rechte nicht Dritten anbieten oder mit Dritten darüber verhandeln werden.

Wir bitten Sie, uns Ihr Einverständnis mit dem Inhalt dieses Schreibens durch Ihrer beider Unterschrift auf diesem Telefax zu bestätigen und uns das Original der Bestätigung unverzüglich zuzusenden. Wir werden Ihnen sodann unsere Beauftragten und unsere Anwälte für die Machbarkeitsstudie benennen.

Mit freundlichen Grüßen

Dr. J. Neumann     Dr. H.V.v.Hülsen

Einverstanden:

Herr Romano Artioli          Frau Artioli

BI107608