UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THE BUGATTI, INC.<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No.  05-11067-PBS |

## NOTICE OF FILING WITH CLERK'S OFFICE

Pursuant to the terms of the Protective Order entered in the above case, I hereby give notice that  that following *Highly Confidential*  documents will be manually filed with the Court under seal:

    Reply Memorandum in Response to Plaintiffs' Opposition The Bugatti, Inc.'s Motion to Compel Responses to Outstanding Discovery Requests; and

    Supplemental Declaration of Geri L. Haight, Esq. in Support of The Bugatti, Inc.'s Motion to Compel

    The following document was filed electronically with the Court this day:

    The Bugatti, Inc.'s Assented-To Motion for Leave to File a Reply Memorandum in Support of its Motion to Compel Responses to Outstanding Discovery Requests from Plaintiffs.

| | |
|---|---|
| Dated: March 15, 2006 | /s/ Geri L. Haight<br>H. Joseph Hameline (BBO# 218710) |
| <u>Certificate of Service</u> | Geri L. Haight (BBO# 638185)<br>Philip J. Catanzano (BBO# 654873) |
|     I hereby certify that this document Filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2006. | Darci J. Bailey (*pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS,<br>  GLOVSKY & POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>**ATTORNEYS FOR     DEVENDANT THE BUGATTI, INC.** |

        /s/ Geri L. Haight
        Geri L. Haight, BBO # 638185

LIT 1564927v.1