# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>THE BUGATTI, INC.<br><br>    Defendant and Counterclaim Plaintiff. | **Civil Action No.  05-11067-PBS** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court after an ADR proceeding March 15, 2006 mediated by US Magistrate Judge Sorokin between Plaintiffs Volkswagen AG, Volkswagen of America Inc., Bugatti International S.A., on the one hand, and Defendant The Bugatti, Inc., on the others (collectively "the Parties");

Magistrate Judge Sorokin having reported the case as settled and directed entry of a 60 day order of dismissal March 16, 2006;

The Court having entered a Settlement Order of Dismissal March 16, 2006, without costs and without prejudice;

The final Settlement Agreement having been concluded between the Parties; and

Now by stipulation, the Parties, by and through their attorneys, move for an order dismissing with prejudice all claims, counter claims and affirmative defenses and request that the Court retain jurisdiction over the enforcement of the Settlement Agreement and Mutual Releases. IT IS HEREBY ORDERED that:

1. The action is dismissed with prejudice and without costs.

2. The United States District Court for the District of Massachusetts retains jurisdiction to enforce the Settlement Agreement and Mutual Releases (the "Settlement Agreement") entered into by the parties as of March 29, 2006 pursuant to 28 USC § 636(c) as per that agreement.

3. This Order of Dismissal resolves the referenced claims, counterclaims and affirmative defenses and closes this case in all respects.

SO ORDERED,

_____                    _____
Date                                                          Saris, J.

ACCEPTED AND AGREED:

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, INC. and BUGATTI INTERNATIONAL, S.A.,<br>*Plaintiffs* | THE BUGATTI, INC.<br>*Defendant* |
| By their attorneys, | By its attorneys, |
| /s/ Margaret H. Paget_____<br>David A. Brown (BBO# 556161)<br>Margaret H. Paget (BBO# 567679)<br>**SHERIN AND LODGEN LLP**<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 646-2000<br><br>          *and*<br><br>Susan B. Flohr, Esq.<br>Michael D. White, Esq.<br>**BLANK ROME LLP**<br>600 New Hampshire Ave, NW<br>Washington, DC 20037<br>Telephone: (202) 772-5870<br>Facsimile: (202) 572-1407 | /s/ Geri L. Haight_____<br>H. Joseph Hameline (BBO# 218710)<br>Geri L. Haight (BBO# 638185)<br>Philip J. Catanzano (BBO# 654873)<br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 542-6000 |

Dated: March 30, 2006

### Certificate of Service

      I hereby certify that on this date, I caused a true and accurate copy of the foregoing document to be served upon Margaret H. Paget, Esq., SHERIN AND LODGEN LLP, 101 Federal Street, Boston, MA 02110, by complying with this Court's Administrative Procedures for Electronic Case Filing.

Dated: March 30, 2006                /s/ Geri L. Haight_____
                                                            Geri L. Haight

LIT 1567073v.1